1   XAVIER BECERRA
    Attorney General of California
2   MICHELLE M. MITCHELL
    Supervising Deputy Attorney General
3   CHAD A. STEGEMAN
    Deputy Attorney General
4   State Bar No. 225745
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3624
6    Fax:  (415) 703-5843
     E-mail:  Chad.Stegeman@doj.ca.gov
7   *Attorneys for Defendant Steve Gordon, in his official*
    *capacity*

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  **PAUL OGILVIE, ANDREA CAMPANILE,**      4:20-cv-01707-JST
    **JAMES BLAIR, PAUL CRAWFORD, and**
    **AMRIT KOHLI,**                         **STIPULATION AND [PROPOSED]**
14                                           **ORDER REGARDING ADR**
                                Plaintiffs,
15
                                             Judge:        Jon S. Tigar
16            v.                             Action Filed:  March 10, 2020

17  **STEVE GORDON, in his Official Capacity**
    **as Director of the California Department of**
18  **Motor Vehicles,**

19                                Defendant.

20

21

22

23

24

25

26

27

28

                               1

On behalf of Plaintiffs Paul Ogilvie, Amrit Kohli, Andrea Campanile, James Blair, and Paul Crawford and Defendant Steve Gordon, in his official capacity as Director of the California Department of Motor Vehicles, the undersigned certify that they have read the Court's Alternative Dispute Resolution Procedures Handbook, informed the parties of the alternative dispute resolution options available to them, considered the available dispute resolution options provided by the Court and private entities, and discussed whether this case might benefit from available dispute resolution options.

The Parties agree that referral to a formal ADR process is unlikely to be beneficial given the nature of the case.  Specifically, the issue in this case is whether the challenged regulation is facially invalid under the Free Speech Clause of the First Amendment.  Thus, at this time, the Parties agree that ADR is unlikely to aid in the resolution of this case and may unnecessarily consume the Court's time and resources.

Pursuant to ADR L.R. 3-3(c), the Parties hereby stipulate and jointly request that the case be removed from the ADR Multi-Option Program and that they be excused from participating in any further formal ADR process.  If any party subsequently determines that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

Dated:  May 19, 2020                                    Respectfully Submitted,

                                                       PACIFIC LEGAL FOUNDATION

                                                        /s/ *Wencong Fa*
                                                       WENCONG FA
                                                       *Attorneys for Plaintiffs Paul Ogilvie, et al.*

Dated:  May 19, 2020                                    XAVIER BECERRA
                                                       Attorney General of California
                                                       MICHELLE M. MITCHELL
                                                       Supervising Deputy Attorney General

                                                        /s/ *Chad A. Stegeman*
                                                       CHAD A. STEGEMAN
                                                       Deputy Attorney General
                                                       *Attorneys for Steve Gordon, in his official capacity*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Chad A. Stegeman, attest that concurrence in the filing of this document has been obtained.

/s/ Chad A. Stegeman
CHAD A. STEGEMAN

**[PROPOSED] ORDER**

Given the Parties' stipulation, and good cause appearing, the Parties are excused from participating in the formal ADR process.

**It is so ordered.**

Date: _____

_____
Jon S. Tigar
District Court Judge

# CERTIFICATE OF SERVICE

Case Name:   **_Ogilvie, Paul, et al. v. Steve_**     Case No.   **4:20-cv-01707-JST**
                **_Gordon_**

I hereby certify that on <u>May 19, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION AND [PROPOSED] ORDER REGARDING ADR**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 19, 2020</u>, at San Francisco, California.


| M. Mendiola | /s/ _M. Mendiola_ |
|:---:|:---:|
| Declarant | Signature |

SA2020101541
42198816.docx