WENCONG FA, SBN 301679
Email: WFa@pacificlegal.org
JOSHUA P. THOMPSON, SBN 250955
Email: JThompson@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs, Paul Ogilvie, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL OGILVIE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,<br><br>　　　　　　Defendant. | Case No.: 4:20-cv-01707-JST<br><br>**STIPULATION SETTING PARTIES' BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Section F of this Court's Standing Order for All Civil Cases, Plaintiffs Paul Ogilvie, Amrit Kohli, Andrea Campanile, Paul Crawford, and James Blair ("Plaintiffs") and Defendant Steve Gordon, in his official capacity as Director of the California Department of Motor Vehicles ("Defendant") stipulate as follows:

**RECITALS**

1.　　On August 31, 2020 counsel for the parties conferred and agreed to file cross-motions for summary judgment in the above-captioned case.

2. The Parties understand that as a result, a total of four briefs are allowed: (1) Plaintiffs' Motion; (2) Defendant's opposition and Cross Motion; (3) Plaintiffs' opposition to the Cross Motion and reply in support of the Motion; and (4) Defendant's reply brief in support of the Cross Motion.

## STIPULATION

WHEREFORE, the Parties stipulate and agree to the following briefing schedule for the Parties' motions for summary judgment:

1. Plaintiffs shall file their Motion on or before October 5, 2020.
2. Defendant shall file his Cross Motion and opposition brief to Plaintiffs' Motion no later than October 19, 2020.
3. Plaintiffs shall file their reply brief in support of their Motion and opposition brief to Defendant's Cross Motion no later than October 26, 2020.
4. Defendant shall file his reply brief no later than November 2, 2020.
5. The hearing on the Parties' motions shall be set for November 18, 2020 or at the Court's earliest convenience.

DATED: September 3, 2020.　　WENCONG FA, SBN 301679
　　　　　　　　　　　　　　JOSHUA P. THOMPSON, SBN 250955

　　　　　　　　　　　　　　By    /s/ Wencong Fa
　　　　　　　　　　　　　　　　　WENCONG FA

　　　　　　　　　　　　　　Pacific Legal Foundation
　　　　　　　　　　　　　　930 G Street
　　　　　　　　　　　　　　Sacramento CA 95814
　　　　　　　　　　　　　　Telephone: (916) 419-7111
　　　　　　　　　　　　　　WFa@pacificlegal.org
　　　　　　　　　　　　　　*Attorneys for Plaintiffs, Paul Ogilvie, et al.*

DATED: September 3, 2020.　　Xavier Becerra
　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　Michelle M. Mitchell
　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　By    /s/ Chad A. Stegeman
　　　　　　　　　　　　　　　　　CHAD A. STEGEMAN
　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　*Attorneys for Steve Gordon, in his official capacity*

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

By    /s/ Wencong Fa
WENCONG FA

### [PROPOSED] ORDER

Given the Parties' stipulation, and good cause appearing, it is hereby ORDERED that the Parties will adhere to the following briefing schedule for their Cross Motions on Summary Judgment:

1. Plaintiffs shall file their Motion on or before October 5, 2020.
2. Defendant shall file his Cross Motion and opposition brief to Plaintiffs' Motion no later than October 19, 2020.
3. Plaintiffs shall file their reply brief in support of their Motion and opposition brief to Defendant's Cross Motion no later than October 26, 2020.
4. Defendant shall file his reply brief no later than November 2, 2020.
5. The hearing on the Parties' motions shall be set for _____.

**IT IS SO ORDERED**.

Date: _____    _____
Jon S. Tigar
District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **STIPULATION SETTING PARTIES' BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** has been served through the Court's CM/ECF system on all registered counsel.

DATED: September 3, 2020.

                            Respectfully submitted,

                            WENCONG FA, SBN 301679
                            JOSHUA P. THOMPSON, SBN 250955

                            By     /s/ Wencong Fa
                                    WENCONG FA

                            Pacific Legal Foundation
                            930 G Street
                            Sacramento CA 95814
                            Telephone: (916) 419-7111
                            Facsimile: (916) 419-7747
                            WFa@pacificlegal.org
                            *Attorneys for Plaintiffs,*
                            *Paul Ogilvie, et al.*