1  WENCONG FA, SBN 301679
2  Email: WFa@pacificlegal.org
   JOSHUA P. THOMPSON, SBN 250955
3  Email: JThompson@pacificlegal.org
   Pacific Legal Foundation
4  930 G Street
5  Sacramento, California 95814
   Telephone: (916) 419-7111
6  Facsimile: (916) 419-7747

7  *Attorneys for Plaintiffs, Paul Ogilvie, et al.*

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL OGILVIE, *et al.*, | Case No.: 4:20-cv-01707-JST |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles, | Hearing Date: Nov. 18, 2020 |
| Defendant. | Time: 2:00 pm |
| | Judge: Jon S. Tigar |
| | Location: Courtroom 6 |
| | Action Filed: March 10, 2020 |

1   This matter is before the Court on the parties' cross-motions for summary judgment. The
2   Court has considered arguments and evidence submitted in support of and in opposition to the
3   parties' cross-motions for summary judgment. Based on the foregoing, it is ORDERED:

   Plaintiffs' Motion for Summary Judgment is GRANTED. The Court declares that Defendant's ban of personalized license plate configurations "offensive to good taste and decency," Cal. Code Regs. tit. 13 § 206.00(c)(7)(D), violates the First Amendment to the United States Constitution. The Court enjoins Defendant—including his officers, servants, and employees—from enforcing the "offensive to good taste and decency" provision in Cal. Code Regs. tit. 13 § 206.00(c)(7)(D).

   IT IS SO ORDERED.


   DATED: _____, 2020.       _____
                                           JON S. TIGAR
                                           U.S. District Judge