WENCONG FA, SBN 301679
Email: WFa@pacificlegal.org
JOSHUA P. THOMPSON, SBN 250955
Email: JThompson@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs, Paul Ogilvie, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL OGILVIE, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,<br><br>            Defendant. | Case No.: 4:20-cv-01707-JST<br><br>**DECLARATION OF WENCONG FA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  Nov. 18, 2020<br>Time:          2:00 pm<br>Judge:         Jon S. Tigar<br>Location:      Courtroom 6<br><br>Action Filed: March 10, 2020 |

I, Wencong Fa, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am over eighteen years of age, have personal knowledge of the facts stated herein, and if called upon to do so, could and would testify competently thereto.

2. I am an attorney at Pacific Legal Foundation and represent Plaintiffs in the above-styled action.

3. I provide this declaration in support of Plaintiffs' motion for summary judgment.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan.

5. Attached hereto as Exhibit 2 is a true and correct copy of exhibit 6 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "Plate Notes Beginning 8/22/2014."

6. Attached hereto as Exhibit 3 is a true and correct copy of exhibit 7 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "Coordination Sheet."

7. Attached hereto as Exhibit 4 is a true and correct copy of exhibit 8 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "Revised Denial Reason Codes."

8. Attached hereto as Exhibit 5 is a true and correct copy of exhibit 9 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "ELP Denial Reason Codes Revision 1."

9. Attached hereto as Exhibit 6 is a true and correct copy of exhibit 10 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "Environmental License Plate Review Procedures."

10. Attached hereto as Exhibit 7 is a true and correct copy of exhibit 12 from the August 10, 2020, Fed. R. Civ. P. 30(b)(6) deposition of Christian Milhoan, entitled "California Specialty License Plates Order."

11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the August 11, 2020, deposition of Aleisha Correa.

12. Attached hereto as Exhibit 9 is a true and correct copy of exhibit 4 of the August 11, 2020, deposition of Aleisha Correa, entitled "Defendant Steve Gordon's Responses to Interrogatories."

13. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the August 14, 2020, deposition of Agnes Holmes.

14. Attached hereto as Exhibit 11 is a true and correct copy of exhibit 3 of the August 14, 2020, deposition of Agnes Holmes, entitled "Campanile Letter."

15. Attached hereto as Exhibit 12 is a true and correct copy of exhibit 4 of the August 14, 2020, deposition of Agnes Holmes, entitled "Crawford Letter."

16. Attached hereto as Exhibit 13 is a true and correct copy of the picture referenced in Paragraph 5 of Plaintiff Andrea Campanile's declaration, submitted in conjunction with this motion.

17. Attached hereto as Exhibit 14 is a true and correct copy of the picture referenced in Paragraph 6 of Plaintiff Andrea Campanile's declaration, submitted in conjunction with this motion.

18. Attached hereto as Exhibit 15 is a true and correct copy of the denial letter referenced in Paragraph 4 of Plaintiff Amrit Kohli's declaration, submitted in conjunction with this motion.

19. Attached hereto as Exhibit 16 is a true and correct copy of the denial letter referenced in Paragraph 4 of Plaintiff James Blair's declaration, submitted in conjunction with this motion.

20. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of Defendant Gordon's Responses to Plaintiff's Requests for Production in *Kotler v. Gordon*, which is part of the record in this case. *See* Exh. 18.

21. Attached hereto as Exhibit 18 is a true and correct copy of the parties' stipulation regarding discovery in this case.

22. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of a document bearing Bates number DMV 000001 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

23. Attached hereto as Exhibit 20 is a true and correct copy of a document bearing Bates number DMV 000057 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

24. Attached hereto as Exhibit 21 is a true and correct copy of a document bearing Bates number DMV 000060 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

25. Attached hereto as Exhibit 22 is a true and correct copy of a document bearing Bates number DMV 000066 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

26. Attached hereto as Exhibit 23 is a true and correct copy of a document bearing Bates number DMV 000073 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

27. Attached hereto as Exhibit 24 is a true and correct copy of a document bearing Bates number DMV 000097 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

27. Attached hereto as Exhibit 25 is a true and correct copy of a document bearing Bates number DMV 000071 that was produced by Defendant Gordon in the *Kotler* litigation, and made a part of the record in this case pursuant to the parties' stipulation.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this day: October 5, 2020.

Respectfully submitted,

By  /s/ Wencong Fa
WENCONG FA

*Attorney for Plaintiffs, Paul Ogilvie, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DECLARATION OF WENCONG FA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** has been served through the Court's CM/ECF system on all registered counsel.

DATED: October 5, 2020.

By     /s/ Wencong Fa
       WENCONG FA

*Attorney for Plaintiffs,*
*Paul Ogilvie, et al.*