# Exhibit 2

P. MSJ / Milhoan Depo. Exh. 6: Rejections

Court: N.D. Cal.  Case No. C 4:20-cv-01707 JST

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814 – 916.419.7111

| ignment | | Recall Initiated | | | Hearing Requested | | | | Date Cancelled | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ned | Configuration | Recall Letter Mailed on | Deadline to Request Hearing | Routed to Legal on | Hearing Date | Outcome Date | Outcome Judgement | | | | |
| | 17248 | 8/22/2014 | 9/5/2014 | | | | | | 9/22/2014 | Sub-plated on 9/22/2014 | The configuration "17248" could be mistaken plate used by law enforcement. |
| | DUMAMAI | 11/24/2014 | 12/8/2014 | | | | | | 12/2/2014 | Cancelled on 12/2/2014 | The configuration "DUMAMAI" is Vietnamese mother." |
| | PREAPZM | 12/5/2014 | 12/19/2014 | | | | | | 1/7/2015 | Cancelled on 1/7/2015 | The configuration "PREAPZM" is phonetic meaning an erection lasting more than f... a sexual connotation. |
| | KLSRENO | 2/4/2015 | 2/18/2015 | | | | | | 3/2/2015 | Cancelled on 3/5/2015 | The configuration "KLSRENO" can be cons... SURENO." Sureno refers to people from ... of whom are quite active in gangs. |
| | MXNCHSR | 4/2/2015 | 4/16/2015 | | | | | | 7/24/2015 | Cancelled on 7/24/2015 | The configuration "MXN CHSR" can be c... CHASER" and seen as offensive to a certa... |
| | 31OHSSA | 5/11/2015 | 5/25/2015 | | | | | | 5/29/2015 | Cancelled 5/29/2015 | The configuration "31OHSSA" can be read backwards and is a swear word. |
| | UFUBAR | 7/2/2015 | 7/16/2015 | | | | | | 8/4/2015 | Plate was cancelled and sub-plated on 8/4/2015 | The configuration "UFUBAR" is an recogn... Fu*ked Up Beyond all Recognition." |
| | VIAYJAY | 7/2/2015 | 7/16/2015 | | | | | | 8/4/2015 | Plate was cancelled and sub-plated on 8/4/2015 | The configuration "VIAYJAY" is slang for... sexual connotation. |
| | FNGMRLO | 7/22/2015 | 8/5/2015 | 8/10/2015 | 4/12/2017 | | | | 6/1/2017 | LAD File Number ELP-16-0374. Suplated | The configuration "FNGMRLO" refers to a f... "Sideways," where the main character ra... Merlot." |
| | THEJAP1 | 11/23/2015 | 12/7/2015 | 12/14/2015 | 1/19/2017 | | | | 2/22/2017 | LAD File Number ELP-16-0373-Customer decided to waive hearing and subplate to QB2. SPO ordered 01/10/2017. Will cancel once new plate arrives. Cancelled and mailed new plates to RO | The word "JAP" is as a racial slur against ... descent and may be offensive to some o... |
| | HNTZNGR | 7/21/2016 | 8/4/2016 | | | | | | 11/19/2016 | Cancelled on 11/19/2016. | The plate configuration "HNTZNGR" coul... degrading term. |
| | MEVLVRG | 7/22/2016 | 8/5/2016 | | | | | | 8/27/2016 | Cancelled 8/27/2016 | "MEVLVRG" is often used as an abbreviat... phrase "Me Vale Verga" which in English give a f**k" and is offensive to good tast... be misleading to some of our citizens. |
| a | WITT69 | 11/3/2016 | 11/17/2016 | | | | | | 11/30/2016 | sub plate processed 11/30/2016 JCG | 69 has a sexual connotation and its use o... restricted to 1969 year model vehicles. |

EXHIBIT
6
DEPONENT NAME: C. Milman
DATE: 8/10/20

D

| Plate | Col1 | Col2 | Col3 | Col4 | Col5 | Notes | Reason |
|---|---|---|---|---|---|---|---|
| CEROTE | 10/25/2016 | 11/8/2016 | | | 11/30/2016 | sub plate processed 11/30/2016 JCG | The configuration "CEROTE" is a slang Spanish excrement. The plate may be considered offensive to good taste and decency and misleading to some of our citizens. |
| RAYPVAN | 8/31/2016 | 9/14/2016 | 9/15/2016 | 3/16/2017 | 3/9/2017 | LAD File Number ELP-16-0408 – Customer withdrew hearing request on 3/8/17. SPO for "WAKA" ordered 3/1/17. New plates assigned and mailed 3/23/17. | The configuration "RAYPVAN" could be read which is offensive to good taste and decency and misleading to some of our citizens. |
| KIKEP | 2/10/2016 | 2/24/2016 | 3/9/2016 | 3/1/2017 | 6/5/2017 | LAD File Number ELP-16-0114. Subplated | |
| DASHIT | 7/21/2016 | 8/4/2016 | 8/12/2016 | 5/18/2017 | 10/12/2017 | LAD File Number ELP-16-0440. Subplated | "DASH IT" could be read as "Da Sh*t" or may be considered offensive to good taste and decency and misleading to some of our citizens. |
| XHINGON | 10/11/2016 | 10/25/2016 | 10/24/2016 | 5/18/2017 | 6/8/2017 | LAD File Number ELP-16-0507. subplated | The configuration "XHINGON" phonetically "CHINGON," which is a vulgar Spanish slang. The plate may be considered offensive to good taste and decency and misleading to some of our citizens. |
| 8EEOTCH | 12/13/2016 | 12/29/2016 | | | 12/30/2016 | Customer was transferring configuration to Legacy, so plate was cancelled and refund for transfer was issued. Customer kept sequential plate already issued during transfer. | The configuration "8EE OTCH" can be read "B*TCH." The plate may be considered offensive and decency and misleading to some of our citizens. |
| DIZNUTS | 12/15/2016 | 12/29/2016 | | | 7/8/2016 | PWO cancelled, 16C7499 issued on 1/10/17. | The configuration "DIZNUTS" is a term that "Deez Nuts" which is a phrase referring to misleading to some of our citizens. |
| SKINSS | 1/5/2017 | 1/19/2017 | | | 3/31/2017 | No response. Subplated. | The configuration "SKINSS" is a word that has connotations. It is used in the Neo-Nazi White Supremacists, is regarded as Anti-gang affiliations. |
| UKEHUNT | 1/6/2017 | 1/20/2017 | 2/7/2017 | | 2/22/2018 | subplated | Phonetically the configuration "UKEHUNT" reads C*nt" and may be misleading to some of our citizens. |
| COGIBLE | 1/13/2017 | 1/31/2017 | | | 2/13/2017 | No response. Subplated. | The configuration "COGIBLE" can also be read which means "f*ckable" in Spanish. |
| TOLUST4 | 1/13/2017 | 1/31/2017 | | | 2/13/2017 | No response. Subplated. | The word "LUST" is defined as "a very strong may be misleading to some of our citizens. |
| PANCHOD | 2/3/2017 | 2/17/2017 | 2/22/2017 | 7/12/2017 | 7/20/2018 Recalled | 10/17/2018 Received response from the customer on 2/16/2017. Court decision never made it to ROD until 10/17/18 | The configuration "PANCHOD" phonetically BEHNCHOD, which translates to Sister F*ck. |
| CTOXYEB | 3/24/2017 | 4/11/2017 | | | 4/24/2017 | Received return receipt 4/4/2017. No reponse. Subplated. | In the Cyrillic alphabet, "CTOXYEB" reads offensive to some of our citizens. |
| MACHODA | 4/25/2017 | 5/12/2017 | | | 5/31/2017 | Returned as undeliverable 4/14/2017. Resent with new address. No response. Subplated. | In the Hindi language, "MACHODA" means is offensive to some of our citizens. |
| 2ND2SEX | 4/28/2017 | 5/12/2017 | 6/26/2017 | | 10/18/2018 | Response received 5/30. subplated | The configuration "2ND2SEX" has a sexual offensive to some of our citizens. |

| Plate | Date 1 | Date 2 | Date 3 | Date 4 | Status | Date 5 | Notes | Description |
|---|---|---|---|---|---|---|---|---|
| NKGFUTS | 5/30/2017 | 6/13/2017 | | | | 6/19/2017 | New plate assigned 11/9/18 | The configuration "NKGFUTS" is another way [of saying] nuts;" therefore, is considered offensive to decency. |
| GANNIMA | 5/30/2017 | 6/13/2017 | | | | 7/27/2017 | No response. Subplated. | The configuration "GAN NIMA" can be read [as] mother" in Mandarin, therefore, is considered [offensive to] taste and decency. |
| DRUNK | 6/23/2017 | 7/7/2017 | | | | | Recall cancelled. Legal would not move forward with recall on grounds that ▮ | The configuration "DRUNK" is considered [offensive to] taste and decency. |
| UREDRUM | 7/12/2017 | 7/26/2017 | | | | 8/1/2017 | No response. Subplated. | The configuration "UREDRUM" is "murder[..]" and is considered offensive to good taste a[nd decency.] |
| DUFOTZE | 7/31/2017 | 8/14/2017 | 9/7/2017 | | | 2/12/2018 | plate surrendered | The configuration "DU FOTZE" in English [..] is considered offensive to good taste and [decency.] |
| BADASS4 | 8/17/2017 | 8/31/2017 | 9/28/2017 | | | 5/3/2018 | plate surrendered | The configuration "BADASS4" is considered [offensive to] taste and decency. |
| F2THANO | 8/17/2017 | 8/31/2017 | 9/7/2017 | | | 10/25/2018 | subplated | The configuration "F2THANO" can be read [as...] and is considered offensive to good taste a[nd decency.] |
| F2THENO | 8/17/2017 | 8/31/2017 | | | | 10/7/2017 | No response. Subplated. | The configuration "F2THENO" can be read [as...] and is considered offensive to good taste a[nd decency.] |
| BUKHAKI | 8/18/2017 | 9/1/2017 | | | | 10/27/2017 | License plate surrendered to Nevada | The configuration "BU KHAKI" has a sexu[al...] considered offensive to good taste and d[ecency.] |
| O4FKSKE | 8/19/2017 | 9/2/2017 | | | | 10/7/2017 | No response. Subplated. | The configuration "O4FKSKE" can be con[strued...] sake" which is offensive to good taste and [decency.] |
| FUHRWGN | 8/19/2017 | 9/2/2017 | | | | 9/12/2017 | Vehicle was sold and plate removed on 9/2017 | The configuration "FUHR" could be const[rued as] Nazism and considered offensive to good [taste...] |
| URABA★D | 8/25/2017 | 9/8/2017 | | | | 10/7/2017 | No response. Subplated. | The configuration "URABA★D" could be [read as] "You're a bastard" which is considered [offensive to] taste and decency. |
| SIKTIR | 8/29/2017 | 9/12/2017 | 9/15/2017 | | | 3/20/2018 | received on 9/20 by Legal | "SIKTIR" means "f*ck" or "f*ck you" in T[urkish] and is considered offensive to good taste a[nd decency.] |
| UGFY | 9/14/2017 | 9/28/2017 | 9/26/2017 | 3/14/2018 | 5/1/2018 Recalled | 10/17/2018 | Court decision never made it to ROD until 10/17/18 | "GFY" can be used as an acronym for "G[..." ] considered offensive to good taste and d[ecency.] |
| FUQNAW | 9/28/2017 | 10/12/2017 | 11/2/2017 | 3/14/2018 | 5/1/2018 Recalled | 10/17/2018 | Court decision never made it to ROD until 10/17/18 | The configuration "FUQ NAW" can be re[ad as...] considered offensive to good taste and d[ecency.] |
| CHNGA2O | 10/30/2017 | 11/13/2017 | 11/14/2017 | | | 5/3/2018 | Subplated | "CHNGA" can be read as "f*ck" in Spanish a[nd is] offensive to good taste and decency. |
| DUSVULT | 12/7/2017 | 12/21/2017 | | | | 1/25/2018 | No response. Subplated. | "Dus Vult" can be read as "Deus Vult," a ter[m with] negative connotations to a specific group. |

| Config | | | | | | | Date | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|
| ▼EDGING | 10/20/2017 | 11/3/2017 | 11/7/2017 | | | | 2/7/2018 | No Recall. Miguel and Andrew's decision. | "Edging" carries a sexual connotation and c offensive to good taste and decency. |
| HAILSS | 12/12/2017 | 12/26/2017 | | | | | 11/16/2017 | Plate subplated on 11/16/2017. | "HAILSS" can have negative connotations to |
| YARDAPE | 12/15/2017 | 12/29/2017 | | | | | 1/25/2018 | Plate not attached to a vehicle so marked as cancelled. | "YARD APE" can have negative connotation |
| FUUGUUU | 1/8/2018 | 1/22/2018 | | | | | | No recall. Reversed by Andrew. | "FUUGUUU" can have negative connotation group. |
| COHONES | 1/10/2018 | 1/24/2018 | | | | | | No Recall. Reversed by Miguel. | "COHONES" can be read as "cojones" and offensive to good taste and decency. |
| FICKOFF | 1/10/2018 | 1/24/2018 | | | | | 2/9/2018 | Subplated | The configuration "FICKOFF" can be read considered offensive to good taste and d |
| AGUEVO1 | 5/15/2018 | 5/29/2018 | | | | | 10/18/2018 | Subplated | The configuration "GUEVO" carries a sex offensive to some of our citizens. |
| GOD DAYM | 3/8/2018 | 3/22/2018 | | | | | 4/12/2018 | On 4/12/2018, a letter received from the plate owner. Per Karen, since he did not request a hearing, we should proceed with plate cancellation and issue regular sequential plates. Subplated. | "GOD DAYM" can be construed as "GOD" unacceptable. |
| EFFYAAH | 4/25/2018 | 5/9/2018 | | | | | 8/24/2018 | The certified letter came back, unable to forward. A new address found under DL record. A new certified letter send out on April 25, 2018. Per Karen, send another letter (regular and certified) to the address on the record (7/17/2018). Subplated. | The configuration "EFFYAAH" could be c YEAH" which is unacceptable. |
| KKARAJO | 3/16/2018 | 3/30/2018 | 4/3/2018 | | | | 8/27/2018 | RO requested a hearing, SPO for other configuration DELITO1 | The configuration "KARAJO" translated into construed as "F*ck" which is unacceptable. |
| ALCUKUF | 4/13/2018 | 4/27/2018 | | | | | 10/1/2018 | subplated with DJRBLUU | The configuration "ALCUKUF" reads "FUU which could be construed as "F*ck UCLA |
| TABARNC | 4/19/2018 | 5/3/2018 | | | | | 5/21/2018 | No response. Subplated. | The configuration "TABARNC" is a foreig means "F*CK" in French, and it is unacce |
| MVALEV | 4/17/2018 | 5/1/2018 | | | | | 12/18/2017 | subplated | The configuration "MVALEV" translated language means "I don't give a f*ck." This considered offensive to good taste and d to some of our citizens. |
| HAMCVTA | 4/18/2018 | 5/2/2018 | | | | | 6/8/2018 | no recall, legal decision | The configuration "HAMCVTA" for Hells Ventura has gang affiliations which could of our citizens. |
| FATASSZ | 10/15/2018 | 10/29/2018 | | | | | 10/23/2018 | subplated | "FATASSZ" contains the word "A*S" which i |

| Plate | | | | | | | | Date | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| MYMFV | 12/18/2018 | 1/1/2019 | | | | | | 1/30/2019 | Follow up with Karen regarding subplating MYMFV. No response from the plate owner. Per Karen on 1/30/2019, sub-plate and place cancell by DMV on the record. | "MYMFV" could be construed as "My Moth and is offensive to our citizens. |
| NAZC88 | 1/9/2019 | 1/23/2019 | | | | | | 1/17/2019 | A letter received from the plate owner and not challenging the department. Subplated on 01/17/2019. | "NAZCR88" can be read as "NAZI88" which Hitler" in Neo-Nazi community and has gan |
| DEWNAY | 11/29/2018 | 12/13/2018 | 12/7/2018 | | | | | | | "DEW NAY" sounds like "DIU NEI" which Cantonese and is offensive to our citizens |
| REDRUM2 | | | | | | | | | Reversed by Andrew. | "REDRUM 2" is "to murder" spelled backw hostility. |
| XYECLA | 1/18/2019 | 2/1/2019 | | | | | | 2/28/2019 | No response. Subplated. | "XYE" can sound like a slang term for male pronounced in Russian and is considered |
| PHCOFF | 3/6/2019 | 3/20/2019 | 3/15/2019 | 8/15/2019 | | | | 6/27/2019 | Appelant obtained new plate | "PH COFF" can be construed as "f*ck off" our citizens. |
| WYTPRYD | 3/5/2019 | 3/19/2019 | 3/15/2019 | | | | | | | "WYTPRYD" or "white pride" can be cons hostility and has negative connotations t |
| INGA2MA | 5/29/2019 | 6/12/2019 | | | | | | 9/27/2019 | Follow up with Aleisha regarding subplating INGA2MA. No response from the plate owner and registration expired in July. Per ALeisha on 9/27/19, place cancell by DMV on the record. | "INGA2MA" can be read as "f*ck your mot considered offensive to our citizens. |
| ITOFUU | | | | | | | | | No Recall per Andrew Conway. | "I♥TOFUU" can be construed o you," which is unacceptable. |
| PHKNZS | 4/24/2019 | 5/8/2019 | | | | | | 5/15/2019 | Customer surrendered plate to field office on 5/6 and was issued new sequential. | "PHKNZS" can be construed to contain th offensive to some of our citizens. |
| VORIA | 9/23/2019 | 10/7/2019 | | | | | | | No Recall, legal decision (Jennifer Berry) | "VORIA" could be construed as "As*y" in be offensive to some of our citizens. |
| MFBOSS | 9/30/2019 | 10/14/2019 | | | | | | | No Recall per Miguel | "MF" could be construed as "Mother F*c to our citizens. |