# Exhibit 3

P. MSJ / Milhoan Depo. Exh. 7: Kotler Letters

Court: N.D. Cal.  Case No. C 4:20-cv-01707 JST

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814 – 916.419.7111

| | | |
|---|---|---|
| **DMV** STATE OF CALIFORNIA / DEPARTMENT OF MOTOR VEHICLES / A Public Service Agency | **COORDINATION SHEET** | Director's Office Assignment Number  D18-0438 |

**1. ORIGINATING DIVISION/OFFICE**
ROD / Customer and Program Support

**2. SUBJECT OR TITLE**
Personalized License Plates

| **3. AUTHOR** Friecy Tjokrosoeharto | **PHONE NUMBER** (916)-657-0815 | **DATE PREPARED** 7/12/2018 |
|---|---|---|
| **4. CONTACT** Friecy Tjokrosoeharto | | **PHONE NUMBER** (916)-657-0815 |

**ACTION REQUESTED**

☒ Expedite   ☐ Simultaneous Coordination   ☐ Mail   ☐ Call for Pick Up

NAME AND PHONE NUMBER

| | REVIEWER'S NAME | | REVIEWER'S SIGNATURE | | |
|---|---|---|---|---|---|
| DATE RECEIVED | REVIEWER'S NAME/DIVISION | REVIEWER'S APPROVAL* | DATE | COMMENTS REQUIRING RESPONSE |  |
| | Karen Aguilar/ ROD- | *(signature)* | 7/12 | | |
| | Agnes Holmes/ ROD- | *(signature)* | 7-16 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Signifies that document has been independently and thoroughly reviewed for form and content and is recommended for signature or other intended use, subject to comments indicated.

**COMMENTS**
O:\CustomerServiceProgramSupport\Program SupportSection\CORRESPONDENCE\2018 Correspondence\D18 Letters\D18-0438 Jonathan Kotler

| PROOFREAD BY | DATE | PROOFREAD BY | DATE |
|---|---|---|---|
| Kassy Zavala | | | |
| Lori Goerlich | | | |
| | | | |
| | | | |

**EXHIBIT**
**7**

DEPONENT NAME: C. milhoan   DATE: 8/10/20

ADM 1103A (REV. 10/2007) EF

DMV 000007

 Picture1

Run Date: 4/11/2019

Page 1 of 1

Search Option Selected: Plate Number
Only
Search Criteria Entered:
License Plate - coyw
Sorted by Plate# & then Work-Date

# SPU IPP Search Report

| | |
|---|---|
| **Plate Number** | COYW |
| **Customer Name** | KOTLER JONATHAN |
| **Work Date** | 4/19/2018 |
| **Office ID** | EI1 |
| **Tech ID** | 40 |
| **Sequence Number** | 306 |
| **Plate Code** | Z |
| **VIN (Last 3)** | |
| **Fee Code Amount** | 50.00 |
| **Credit Card Approval Code** | 02013D |
| **Credit Card CompletionTime** | 4/18/2018   9:14:00PM |
| **Cust Request Name {optional}** | |
| **Phone** | 8182225363 |
| **City** | CALABASAS |
| **Plate Meaning** | LONDON'S FULHAM FOOTBALL CLUB IS KNOW AS "THE WHITES" THEIR ALL WHITE UNIFORMS.  THEIR FANS CHEER THEM ON BY ON YOU WHITES," ABBREVIATED TO "COYW." |

**USCAnnenberg**
School for Communication
and Journalism

**Jonathan Kotler**
*Associate Professor*
*School of Journalism*

University of Southern California
3502 Watt Way, Suite 202A
Los Angeles, CA 90089-0281
Tel: 213 740 9944  Fax: 213 740 8624
kotler@usc.edu



## ENVIRONMENTAL LICENSE PLATE (ELP)
## SECONDARY REVIEW

DATE RECEIVED in CSRU: __7 . 6 . 2018__

ASSIGNMENT NUMBER: __E18 - 0557__

LICENSE PLATE NUMBER: __COYW__

*ANALYST WILL PROVIDE THE FOLLOWING:*

1. ELP Review Sheet
2. Customer's order from Crystal Report
3. Any background information

*APPROVED:* _____

*DENY:* _____

*COMMENTS:* _____

_____

_____

DUE TO KAREN: __7/16__

DUE TO AGNES: __7/17__

COORDINATION

_X_ Originator   _X_ CPS Manager   _X_ BRANCH CHIEF

*Prepare for Program Manager's signature*

OTHER INSTRUCTIONS:

_____

_____

DMV 000009

Department of Motor Vehicles

Special Processing Unit

MS D238

2415 First Avenue

Sacramento, CA


July 3, 2018


**APPEAL OF REFUSAL TO ISSUE PERSONALIZED LICENSE PLATE, X-REF 093, LIC: C O Y W**


Dear Sir/Madam:


One hundred and forty years ago, London's first league football (soccer) team, the Fulham Football Club, took the field at their home park in West London, wearing then, as now, all-white jerseys. As such, they were known (and still are known) as "The Whites," just as their soon to be neighbors, the much larger and much more famous Chelsea Football Club, with their iconic blue jerseys were (and still are) known as "The Blues," and in northern England, the famous Liverpool Football Club, with their red jerseys, were known (and still are) called by everyone, "The Reds," and in the British Midlands, the Coventry Football Club, are the "Sky Blues," after their signature jersey color.

These are simple meanings with simple explanations, no double entendre ever suggested. (For instance, during the Cold War, no one refrained from referring to Liverpool as "The Reds," on the chance that their nickname might be interpreted to mean that they were Communists. To do so would have been beyond foolish.)

This naming of a team after the color of their uniforms is a worldwide practice. In California, of course, there is the Stanford "Cardinal," named after the color of their uniforms, not some bird. Cal alums refer to themselves, and are referred by others, as "Old Blues." Indeed, America's oldest collegiate sports team goes by the name of the Harvard "Crimson." A few hours' drive to their west, one will find the Syracuse "Orangemen." And, of course, the Alabama Crimson Tide are known far and wide. Guess the color of their jerseys?

Since day one, Fulham supporters cheered on their team, the Whites, by chanting, rhythmically, "Come on you Whites, Come on you Whites." These four words have been taken on by all connected with the Fulham club as a kind of members' signature greeting, used when addressing one another, usually shortened to the first letter of each word, or "COYW."

Indeed, so prevalent is this greeting among Fulham players, staff, and supporters, (and, as will be demonstrated in a following paragraph, even by the team's Pakistani-American owner), that it also has been adopted as the team's Twitter hashtag, which is "#COYW." It is also used on Fulham souvenir merchandise and clothing. And it has nothing to do with anything other than support of this beloved team. Frankly, to suggest that these simple words of support "carries connotations offensive to good taste and decency," is more than a little bit perverted, if not outright twisted.

To show the breadth and innocence of these letters and the greeting and support they represent, I have attached the following:

1.   The team's owner, Mr. Shadid Khan's greeting to the fans, as photocopied from the match program of this past April 27, the last home match of the year. Notice how Mr. Khan refers throughout his message to "the Whites" and how he signs off: "Come on You Whites." Don't you think, as a non-white person himself, if he, as team owner, thought there was something offensive in the team signature phrase or the team nickname, that he would have changed it rather than, as he and everyone else associated with the team for the more than a century has, embracing it fully?

2.   The cover of that same program. It shows Fulham's star player, 18 year old Ryan Sessegnon, a local London-born young man who has played for Fulham and its youth teams since he was nine years old. As does and has his brother, Steven. An absolutely phenomenal talent, this season he was named the league's Player of the Year. At the time he was so named, he was all of seventeen years old. Ryan has had several opportunities to move on to much bigger, richer teams and will have many more in the future. Instead, he has put personal wealth and increased fame aside, and has extended his contract to remain with his boyhood team, Fulham. And in recognition of his local roots, when he takes the field, the fans chant, "He's one of our own, he's one of our own. Ryan Sessegnon, he's one of our own." He is a White, through and through.

3.   A photograph I took of two of the "clappers" passed out by the team to their home fans used to generate supportive noise at the stadium. The first, shows their team slogan, "Come On You Whites" (abbreviated: "C O Y W"). The second urges the crowd to "Make Some Noise," along with the Twitter hashtag, "#COYW."

4. The social media page from the team program, under the title "#COYW."

5. A page from a game program last fall, urging fans to purchase Fuham-related products for the Holidays.  The ad tag line was "Make it a Whites Christmas."

6. A series of photographs showing team highlights from the previous twelve months.  The use of the word "Whites" to describe the team is replete throughout, as highlighted.

7. A letter published in the match program from Antony Lin, an American fan, apparently of Chinese heritage, wherein he explains why he roots for Fulham, especially referencing the number of Americans who have played for the club.  Included in this list is Carlos Bocanegra, the former captain of the USA men's national team, a California born Mexican-American, an alumnus of UCLA, and former Fulham fan favorite (and captain).  Bocanegra fit right in to the Fulham team ethos, as it always has been one of the most inclusive teams in all of British football.  Come on You Whites?  Currently Fulham's players come from 15 countries, including, of course England, Scotland, Ireland and Northern Ireland, but also the Congo, Togo, Portugal, Norway, Brazil, Spain, Belgium, Slovenia, France, Serbia, and the United States.  Over the years, so many Americans have played for Fulham (including their all-time high scorer, Clint Dempsey), that in England the team is often jokingly referred to as "FulAmerica."  In addition, the Whites' manager (coach) is from Serbia and their owner, Shadid Khan, is a Pakistani-born naturalized American citizen.  And they are all proud to be "Whites."  (Remember, in international team soccer/football, there is no draft.  Players play for the clubs they play for by coming to them by choice; purely voluntarily.)

8. The first page of the most recent issue of "football" a popular British football blog that covers the London professional teams.  The highlighted first line tells of Fulham's current refusal to match the asking price for a player it wishes to bring into the squad but who currently plays for another team.  And it refers to Fulham, naturally, as "The Whites."

9. A one page insert that came with my Fulham season tickets this past year.  It is a letter of welcome from the aforementioned team owner, Mr. Khan, and says that my ticket provides me with a "a guaranteed seat at Craven Cottage for all of the Whites' home games."

10. and 11.  And finally, copies of two pages from the latest Fulham merchandise catalogue, offering t shirts emblazoned with the legend:  "COYW."  In your choice of colors.

I believe that the foregoing shows without a shadow of a doubt that the letters "COYW," as requested for my personalized California license plate hardly is "offensive to good taste and dignity."  Rather, the phrase "Come On You Whites" is emblematic of a team and a team culture that, for more than a century, has represented both good taste and dignity.  To suggest otherwise, as has the DMV in denying my personalized license request to this point, is evidence either of malice or ignorance, but, in either event, without some evidence to the contrary, hardly amounts to sufficient grounds to deny me the requested license plate.

Moreover, as the letter I received from your M. Acosta accurately points out, by denying me the requested vehicle plate, the State of California has opened the door to questions regarding my rights to free speech and expression under both the United States and California Constitutions.

Given that I am an attorney who teaches Constitutional Law (at the Annenberg School of the University of Southern California), I would have no problem whatsoever if forced to seek redress of this matter at a higher level.  However, I sincerely hope it does not come to that, and with all the material of explanation I have provided you herein, that this will end the matter and that I am forthwith permitted to enjoy my rights to free speech and free expression and be allowed to proudly place the Fulham slogan of "C O Y W" on my automobile.

If not, however, any subsequent proceedings will provide a real world example for my students at USC of what freedom of speech entails and how it must be defended every day in the face of state action attempting to deny it.


Very Truly Yours,


Jonathan Kotler


cc:  Jean Shiomoto

CALIFORNIA STATE TRANSPORTATION AGENCY                                    EDMUND G. BROWN JR., *Governor*

**DEPARTMENT OF MOTOR VEHICLES**
REGISTRATION OPERATIONS DIVISION
P.O. BOX 942869
SACRAMENTO, CA  94269-0001



JUNE 1, 2018

JONATHAN KOTLER                                         LIC:      COYW
4020 PULIDO CT
CALABASAS, CA  91302

                                                        X-REF     093

Dear JONATHAN KOTLER:

The Department of Motor Vehicles (DMV) received and reviewed your request for the purchase of the above-described environmental license plate.

Per California Vehicle Code, Section 5105, the department **may refuse** any combination of letters and numbers that may be considered offensive, which could be misleading, or in conflict with any existing license plate series issued.  The primary purpose of a review is to determine if a requested license plate configuration is appropriate to manufacture.  Unfortunately, DMV is unable to approve the requested license plate configuration for the following reasons:

        The configuration otherwise carries connotations offensive to good taste and decency.

A credit card refund in the amount of $50 is being issued.  Please allow up to 60-90 days for the refund to be processed.  You may visit DMV's website at www.dmv.ca.gov to order and purchase another special interest license plate.

I am sure you can appreciate how difficult it is to balance an individual's constitutional right to free speech and expression while protecting the sensibilities of all segments of our population.  Please understand that this is a very difficult area to regulate and that not everyone feels the same way on any given subject.  If you feel that the department denied your license plate selection in error, please submit a letter of explanation for further review to:

- Provide a meaning of the license plate configuration you selected, or
- For 1969 year model vehicles, please provide a vehicle identification number for your **currently registered** vehicle.  Please note that the combination of the year model and the remainder of the plate configuration may still be denied if deemed misleading, offensive, or conflicts with an existing license plate series.

Thank you for your interest in the California Environmental License Plate Program.  If you have any questions, please call (916) 657-8035.

Sincerely,                                   DMV
                                             SPECIAL PROCESSING UNIT
M. ACOSTA, Chief                             MS D238
Customer Service Program Support             2415 FIRST AVENUE
G1:G1                                        SACTO  95818

California Relay Telephone Service for the deaf or hard of hearing from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922.

*A Public Service Agency*

DMV 000014

## The Chairman

# THE CHAIRMAN

Shahid Khan is full of praise for all connected with Fulham after a stellar season to date ...

**G**ood evening and thank you for choosing to spend your Friday night with Fulham Football Club, under the floodlights and on the occasion of drawing the curtain on the home portion of one of the more memorable and impressive regular seasons in your Club's brilliant history.

45th fixture in a grueling but rewarding journey in the Sky Bet Championship and, of course, I hope it will be our final home appearance this season. As much as we all love Craven Cottage, wouldn't it be great if we don't have to return to play again in May?

There are few words to adequately describe what we've experienced here at our home ground and wherever the Whites have appeared over the past four months. I cannot tell you anything about our stunning victory, as I run that you don't already know. I cannot add anything to the explosive and anything but easy week ago tonight at Millwall that continues to resonate throughout our Club. And now, with the good fortune resulting from Derby County's win over Cardiff City on Tuesday, I'm no different than you, entertaining all the scenarios and outcomes over the final two weekends of the season that might lift us to a second-place finish on 6th May.

All I can offer is it's no exaggeration to say that Fulham have been the talk of English football and likely beyond since our last league defeat in mid-December against Sunderland, our

guests this evening. That makes me exceptionally proud to be your Chairman, and I thank each of you for being part of a story that now only lacks the happy final chapter that you, our coaches, staff and players all deserve.

Your Club has enjoyed a spectacular run off the pitch in recent weeks. While it seems like a long time ago, it was only 20th March when our plans to redevelop the Riverside Stand at Craven Cottage were approved at a London Borough of Hammersmith and Fulham planning hearing. Perhaps

the neighbourhood beautifications to come. Whether Fulham are in action or not, the new Riverside Stand - and the uninterrupted walking path along the Thames that it will provide - will become the next important element of the new Riverside Stand, and that's helping to create a viable and sustainable future for Fulham as well as our historic and beloved home here at Craven Cottage.

For more great news off the pitch, allow me to salute Ryan Georgiou on recently collecting the Apprentice five-EFL awards, the recognition of the Year, Young Player of the Season and Championship Player of the Season, the latter of which he was up against his teammate and captain Tom Cairney as well as the spectacular Norwich duo of Wolverhampton Wanderers, Ryan was also acknowledged as a member of the Championship Team of the Year with club and captain Frederickc, and he received a special recognition award in the EFL Club Developed XI category, a definitive nod to the tradition of the calibre of our Academy and the dedication of How Vessum.

And I have to mention too that just last weekend, when he competed in the tournament in Young Player of the Year at the EFL awards, becoming the third Academy product of the Fulham Academy to win consecutive nominations. His was about acquiring up his trophy treasures at Leagues Championship Player of the Year, but Ryan not only should also reveal

to see his brilliance recognised at the highest level of the English game. Well done, Ryan!

Of course, we don't need an awards ceremony to tell us that in Slaviša Jokanović we have one of the very best men in the game, and in any category imaginable. The results Slaviša has posted as our Head Coach over the past two seasons speak for themselves, but I'd personally like to acknowledge something more. When I think of Slaviša, I consider the presence, integrity and pride he brings to your Club, certainly not only on matchday, but also as we train, as we travel and in all manners of representation of Fulham. Our players mirror Slaviša's determination and class, giving all of us one more reason to love this squad. No matter how our campaign ends, our appreciation for Slaviša Jokanović should last a lifetime.

And what a time to appoint Alex White to the role of Official Club Historian! You're probably

familiar with Alex, but if not, he has unofficially served as Fulham's historian in the past, with credentials that are virtually unrivalled given that he attended his first Whites match in 1962. Alex is the author of numerous books on Fulham and he continues to contribute to the programme you're reading now. I'm delighted that his years of service are being duly noted with this official appointment as our historian, during what is unquestionably an historic season for your Club.

It's a great time to be a Fulham supporter, and that's evident in the strong interest so far in 2018/19 Season Tickets, renewals and new purchasers alike. Whether we're playing 19 or 23 league matches at home next season, being able to count on your passion and faith is important, appreciated and never overlooked.

And, to members of the Fulham family everywhere, whether you

attend the occasional match at the Cottage, travel on the coach to back the Whites on the road, or tune in around the world to the description of Gentleman Jim and Jamie Reid, always know that your support is every bit as treasured. To everyone who produces independent Fulham podcasts, fanzines and fan forums, thank you as well for your authentic voice and energy. To the Fulham staff, from the backroom to the front office, to everyone dedicated to making matchday at Craven Cottage the ultimate football experience, thank you for being the best in the business.

Literally to everyone, thanks for a magical season.

**Come On You Whites!**

*Shahid Khan*

**Shahid Khan, Chairman.**

> *"Our players mirror Slaviša Jokanović's determination and class. No matter how our campaign ends, our appreciation for Slaviša Jokanović should last a lifetime."*



# FULHAM











A round-up of our favourite recent tweets and Instagram posts by players, fans and the Club's official account. Follow Fulham on Twitter and Instagram @FulhamFC

# twitter

## FFC Official

**· Dec 14**
MOTM:        was the comprehensive winner of Man of the Match last night, claiming 64.4% of the votes.

**· Dec 13**
       would have preferred the win to have been more comfortable, but was satisfied with the character shown.

**· Dec 13**
FT: There goes the whistle, as the Whites come from behind to take all three points!

**· Dec 13**
ACTION SHOT: The moment Johansen made it 1-1.


**· Dec 13**
CONFIRMED: Our FA Cup tie at Cardiff has been chosen for TV and will take place on Sunday 8th Jan (11:30am).

**· Dec 12**
FT:      pick up an impressive 4-0 victory over Brighton as they return to winning ways in the PL2.

## FFC Players

**· Dec 14**


**· Dec 13**
Not an easy win tonight for us but an important one, feels good to get the three points. Saturday we go again! Thanks for the support!

**· Dec 13**
Smiles all around.


**· Dec 12**
About time!

**· Dec 12**
Solid 4-0 win against Brighton, different gravy from everyone tonight, always better with a clean sheet.

**· Dec 10**
Good 2-0 win from the boys today. Good performance. Clean sheet. Three points.

## FFC Fans

**· Dec 14**
Tom Cairney alone completed more passes than the whole of the Rotherham team last night.

**· Dec 14**
Nine points better off than at this stage last season.

**· Dec 14**
The most exciting thing about Johansen is you really get the feeling there could be plenty more to come.

**· Dec 13**
Johansen is a seriously good footballer. I didn't realise when we got him he'd be that good. Fredericks my MOM tonight, though.

**· Dec 13**
On Saturday we'll really see if we're a team good enough to push for promotion. A huge game.

**· Dec 13**
A total of 80 shots in the last three games

**· Dec 13**
Good win with a missed pen in the mix. Highlight of the broadcast was the excitement from Jim and Jamie getting the pies.

# instagram


lukejohann Fulham Football Club Dec 13
She's only wearing the kit!


shawsy37 Fulham Football Club Dec 13
Christmas outing to the Cottage


julieannnew Craven Cottage Dec 13

CORA... FULH... 1. REGIS 2. PLA 3. GET £3 REGISTER NOW BET £10 GET £30: New UK (£) Online & ... of 1/2 or greater placed within 14 days ... stake not returned. Fu3 ... Need ... HEN THE FUN STOPS



# Christmas Store

*Find the perfect Fulham gift for Christmas*

*UK Express Delivery cut-off date:*
*Monday 19th December*

Stadium Store | fulhamdirect.fulhamfc.com | 0843 208 1223

 



Pavel Pogrebnyak
stoops to head in his first

## Hat-Tric
## Heroes

A detailed look at the F...
players who've foun...
of the net three times ...
in one game...

# Fulham
# The Year In Pictures

As 2016 draws to a close, we look back at some of the key moments from another eventful 12 months for Fulham Football Club.





### January

Following his appointment as Head Coach a few days earlier, Slaviša Jokanović takes charge of Fulham for the first time as the Whites go down to a 1-0 defeat to Sheffield Wednesday at Craven Cottage.



### March

A Fulham Under-19 side reach [...] Cup but fall at the last hurdle [...] to a 2-1 defeat to Everton. [...] Fulham's goal.





### February

Three goals in 10 first-half minutes from Ross McCormack, Moussa Dembélé and Tom Cairney put the Whites on course for a memorable 3-1 win against local rivals Queens Park Rangers at Loftus Road.



### May

The Whites end the 2015/16 campaign with a 1-0 victory over already relegated Bolton Wanderers. Tom Cairney scores [...] minute, his eighth goal of the sea[...]





## March

A Fulham Under-19 side reach the Final of the Dallas Cup but fall at the last hurdle when they go down to a 2-1 defeat to Everton. Elijah Adebayo scores Fulham's goal.

## April

An injury-time strike by Emerson Hyndman earns Fulham a 2-1 win over Cardiff City and a third successive victory to edge further clear of the drop zone. Scott Parker had cancelled out Lex Immers' opener.



## May

The Whites end the 2015/16 campaign with a 1-0 victory over already relegated Bolton Wanderers. Tom Cairney scores the winner in the 77th minute, his eighth goal of the season.

## June

Dan Burn, Shaun Hutchinson, Alexander Kačaniklić and Jamie O'Hara are released, while Andrew Lonergan moves to Wolverhampton Wanderers. Moussa Dembélé and Emerson Hyndman join Celtic and AFC Bournemouth respectively.





## July

Floyd Ayité, Sone Aluko, Tomas Kalas, Denis Odoi, Scott Malone, David Button and Kevin McDonald arrive. Ben Pringle, Jazz Richards, Maarten Stekelenburg, Kostas Mitroglou and Fernando Amorebieta head for the exit door.









## August

The Whites start the season with a thrilling 1-0 home win over title favourites and recently relegated Newcastle United thanks to a Matt Smith goal. Ross McCormack is sold to Aston Villa.

## September

A statue of Fulham's World Cup winner George Cohen is unveiled at Craven Cottage. The sculpture was paid for by donations from fans, with the final figure matched pound for pound by Chairman Shahid Khan.

 Official Matchday Programme · Fulham Vs. Derby County · P17416

The Year in Pictures



## October

A Chris Martin brace and further strikes by Tomas Kalas, Lucas Piazon and Kevin McDonald earn Fulham a brilliant 5-0 win over high-flying Huddersfield Town at the Cottage.





## November

Six days after the thrashing of Huddersfield Town, Sone Aluko and Tom Cairney are on target as Fulham put neighbours Brentford to the sword in a convincing 2-0 win at Griffin Park.





## December

The Whites record another 5-0 victory. This time it's third-placed Reading who depart the Cottage with their tails between their legs after a Chris Gunter own-goal and efforts by Chris Martin (2), Sone Aluko and Stefan Johansen.

www.fulhamfc.com  (f) facebook.com/fulhamfc  (y) @fulhamfc



# BoConcept

# MAKE THE MOST OUT OF *YOUR SPACE*

At BoConcept, we offer customised, coordinated and affordable Danish design furniture and accessories. Whether you need help to furnish an entire home or would like some inspiration as to which sofa will work in your living room, our Interior Designers are here to help. Next time you visit one of our stores, ask about our **free interior design service**.

**Win our iconic Imola Chair, worth up to £4,100, today!**

To enter, text Fulham & your full name to 66777. Hurry, entry closes at kick-off and the winner will be announced during half time. Terms & Conditions apply. Texts cost 1 standard network rate message.

Battersea Reach | Kingston | Harrods | Finchley Road | Notting Hill
Tottenham Court Road | Guildford | Westfield London **now open** | boconcept.com

# We LOVE SUPREME

A Fulham fan tells their unique Whites-related story. This evening it's the turn of **Antony Lin…**



Damien Duff celebrates having a go against Merseyside

**A** s a converted fan of football/soccer, I'm a supporter of the New York Red Bulls (formerly Metrostars) and the U.S. National Team (Men's/Women's). With many Americans supporting European clubs as well, I've often asked, 'Why am I going to follow a club thousands of miles away from home?'.

With the likes of Fulham signing numerous U.S. internationals in the mid-2000s, I'd started taking notice. I was surprised to see Carlos Bocanegra, Brian McBride and Clint Dempsey getting significant minutes at such a high level.

Seeing the occasional match from afar, I decided that watching Fulham on TV wasn't enough. Seeing the beautiful Craven Cottage on TV was just a tease, I needed to attend a Fulham match.

I went to Fulham versus Newcastle in 2011, where Damien

Duff scored the winner in the 67th minute. I was one of the last to leave the stadium. A steward smiled and

*There's something unique about Fulham. With other clubs, it feels more like a brand.*

said, 'Okay, one more photo and then you have to go.' From kick-off to the end, it was just an amazing experience from the 'Johnny Haynes Stand. Getting to meet Billy the Badger was quite a highlight, too!

There are many stadiums around the world to see. I realised going back to Craven Cottage would never be a waste of time. Fast forward to March 2018, my girlfriend Elizabeth and I got to experience a stadium tour led by Ed Vanson. Afterwards, it was determined that she needed to see her first Fulham match in the future, while I needed to come back to Craven Cottage for a third time.

There's something unique about Fulham. With other clubs it feels more like a brand. Granted, I'm a tourist, but the other clubs feel too "touristy". Fulham has a local community feel to it. This is a club for the people. 🏆

If you'd like to write for the official matchday programme, email your 500-word submission with a photo of yourself to tharvey@pitchmedia

69 The Official Fulham FC Matchday Programme



**FULHAM**

# Fulham yet to match Newcastle's valuation of Aleksandar Mitrovic

The Whites are keen on a deal for Mitrovic but so far have failed to match the north-east club's valuation of their player

 COMMENTS

By **Ryan O'Donovan**
16:00, 24 JUN 2018

DMV 000025

 

**FULHAM FOOTBALL CLUB**

2017/18 | **Season**

Dear Jonathan

**Thanks for signing up with London's original football club.
I am happy to personally welcome you!**

The 2017/18 campaign promises to be an exciting time for everyone connected with Fulham Football Club. Following our Play-Off finish last term, this season there is fresh optimism and a burning desire to be even better.

As a Season Ticket Holder, you've guaranteed to be at the heart of the action, and our goal is to reward you on every occasion for your commitment to our Club and belief in our ability to be the class of the Sky Bet Championship.

On behalf of everyone at Fulham, please know we are dedicated to being a Club that provides more than the 90 minutes of action on the pitch. Just some of the benefits you'll enjoy across the campaign are listed below:

- Guaranteed seat at Craven Cottage for all of the Whites' home league games
- Priority access for away league matches as well as home and away Cup ties
- Subsidised official coach travel to away games
- Access to ticket promotions for friends and family
- Exclusive offers and promotions on Club merchandise across the season
- Games for free! Access to PL2 and Under-18 league matches at Motspur Park or Craven Cottage

I personally look forward to seeing you at Craven Cottage this season. We can't wait to get going, and we're delighted to have you on board!

Shahid Khan
Chairman

**We are Fulham Football Club.**

*This season, all supporters will receive a new Season Ticket Card. This provides you access to Craven Cottage, and is enclosed in your pack. If your card is missing, please contact the Fulham Ticket Office on 0843 208 1234 (opt. 2).*

 

Prof Jonathan Kotler / 7148 /

DMV 000026

1
1
1

(/siteimg/prodhires/1695-407.jpg)

# COYW Tee

~~WAS £18.00~~  /  NOW

£7.50

(excl. VAT £6.25)

Blk/Wht/Red

SIZE

| S | M | L | XL | XXL |

DESCRIPTION  >

DELIVERY & RETURNS  >

SHARE

f  𝕏  G+  ✉

(http://www.facebook.com/sharer/share.php?
u=http://shop.fulhamfc.com/shop/mens-
fashion/tshirts/1695-coyw-
tee.html)

Colour:Blk/Wht/Red                Product code: SOU00021

# YOU MAY LIKE

DMV 000027

SHOP (HTTPS://SHOP.FULHAMFC.COM)   /   MENS FASHION (HTTPS://SHOP.FULHAMFC.COM/FASHION/MENS-FASHION/)   /
T-SHIRTS & POLOS (HTTPS://SHOP.FULHAMFC.COM/FASHION/MENS-FASHION/TSHIRTS/)   /   COYW TEE



(/siteimg/prodhires/1697-444.jpg)

# COYW Tee

WAS £18.00  /  NOW

£7.50

(excl. VAT £6.25)

Grey/Multi

SIZE

| S | M | L | XL | XXL |

DESCRIPTION  〉

DELIVERY & RETURNS  〉

SHARE

(http://www.facebook.com/sharer/share
u=http://shop.fulhamfc.com/fashion/mens-
fashion/tshirts/1697_coy
tee.html)

Colour:Grey/Multi

Product code: SOU00023

## YOU MAY LIKE

DMV 000028




Fulham Crest Badge Tee          Fulham Crest Badge Tee

£18.00                          £18.00

(/fashion/mens-               (/fashion/mens-
fashion/tshirts/1693 fulham   fashion/tshirts/1694 fulham-
crest-badge-tee.html)         crest-badge-tee.html)

DMV 000029

   

Fulham Legends Black Tee   Fulham Legends Red Tee   Fulham 1879 Red Tee   Fulham 1879 Charco

~~£18.00~~  £10.00   ~~£18.00~~  £5.00   ~~£18.00~~  £5.00   ~~£18.00~~  £5.0

(/fashion/mens-fashion/tshirts/1377 fulham-legends-black-tee.html)   (/fashion/mens-fashion/tshirts/1378 fulham-legends-red-tee.html)   (/fashion/mens-fashion/tshirts/1379 fulham-1879-red-tee.html)   (/fashion/mens-fashion/tshirts/1554 1879-charcoal-tee.h

DMV 000030





DMV
INCOMING MAIL

2018 JUN -5 AM 11:16

Mr. Jonathan Kotler
4020 Pulido Ct
Calabasas, CA 91302

KOTLER
**USCAnnenberg**

School for Communication
and Journalism

**JOURNALISM OFFICE**

University of Southern California
3502 Watt Way, Suite 303
Los Angeles, CA 90089-0281

DMV
Special Processing Unit
MS D238

2415 First Avenue

Sacramento, CA  95818



CALIFORNIA STATE TRANSPORTATION AGENCY                                                          EDMUND G. BROWN JR., *Governor*

**DEPARTMENT OF MOTOR VEHICLES**
REGISTRATION OPERATIONS DIVISION
P.O. BOX 825393
SACRAMENTO, CA 94232-5393



July 17, 2018


Mr. Jonathan Kotler                                            License:  COYW
4020 Pulido Court
Calabasas, CA  91302

Dear Mr. Kotler:

The department has received and reviewed your letter of explanation, requesting the approval of the Environmental License Plate (ELP) configuration "COYW."

Upon review, we are remaining with our original determination that the configuration is unacceptable. "Come On You Whites "can have racial connotations.

The California Code of Regulations, Article 3.3, Section §206.00 (7)(D)2., states "The department shall refuse any configuration that may carry connotations offensive to good taste and decency, or which would be misleading, based on criteria which includes, but is not limited to the following:

- The configuration is a vulgar term; a term of contempt, prejudice, or hostility; an insulting or degrading term; a racially degrading term; or an ethnically degrading term."

Thank you for your interest in the California ELP Program.

Sincerely,

A. HOLMES, Program Manager
Customer Service Program Support Branch

California Relay Telephone Service for the deaf or hard of hearing from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

REG 186 HO (REV. 1/2017) DMVWeb          *A Public Service Agency*

DMV 000032

Urban Dictionary: COYW

Page 1 of 3

Type any word...

(/add.php?consent) (/add.php)

**TOP DEFINITION**

🐦 (https://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-50dc926d011f6845&source=tbx-300&lng=en-US&url=http%3A%2F%2Fcoyw.urbanup.com%2F3331726&title=Urban+Dictionary%3A+COYW&s=twitter)
f (https://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-50dc926d011f6845&source=tbx-300&lng=en-US&url=http%3A%2F%2Fcoyw.urbanup.com%2F3331726&title=Urban+Dictionary%3A+COYW&s=facebook)
✉ (https://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-50dc926d011f6845&source=tbx-300&lng=en-US&url=http%3A%2F%2Fcoyw.urbanup.com%2F3331726&title=Urban+Dictionary%3A+COYW)

# COYW (/define.php?term=COYW)

Stands for "Come On You Whites (/define.php?term=Whites)", Whites being the nickname of Fulham (/define.php?term=Fulham) FC (/define.php?term=FC).

*COYW!*

#fulham (/tags.php?tag=fulham) #football (/tags.php?tag=football) #soccer (/tags.php?tag=soccer) #mcbride (/tags.php?tag=mcbride) #london (/tags.php?tag=london) #english (/tags.php?tag=english) #premier league (/tags.php?tag=premier%20league)

by COYW (/author.php?author=COYW) September 09, 2008

 👍 172 | 👎 55   ( ... )

**Get a COYW mug for your coworker Zora.**

(https://urbandictionary.store/products/mug?defid=3331726&utm_campaign=onpage&utm_source=define&utm_medium=web)



buy the domain for your diy blog

coyw.net (https://namecheap.pxf.io/c/1208915/386170/5618?u=https%3A%2F%2Fwww.namecheap.com%2Fdomains%2Fregistration%2Fresults.aspx%3Fdomain%3Dcoyw.net)

coyw.info (https://namecheap.pxf.io/c/1208915/386170/5618?u=https%3A%2F%2Fwww.namecheap.com%2Fdomains%2Fregistration%2Fresults.aspx%3Fdomain%3Dcoyw.info)

DMV 000033

R6799933XXXALCOYW

DATE: 04/11/19 TIME: 08:39
LIC: COYW
UNACCEPTABLE


SUB:E
RCC:76 RCD:180531 HND:180531
ADD:KOTLER JONATHAN
END

DMV 000034

**Guerard, Melissa J.@DMV**

| | |
|---|---|
| **From:** | Murphy, Zachary D.@DMV |
| **Sent:** | Thursday, April 11, 2019 8:48 AM |
| **To:** | Correa, Aleisha A.@DMV |
| **Cc:** | Cavazos, Angela K.@DMV |
| **Subject:** | COYW documents |
| **Attachments:** | COYW docs.pdf |

Scanned copies of the R67 w/ unacceptable and SPU IPP search report.

Zachary Murphy
Department of Motor Vehicles
Customer Service Resolution Unit

1

DMV 000035

```
R6799933XXXALCOYW

DATE: 04/11/19 TIME: 08:30
LIC: COYW
UNACCEPTABLE


SUB:E
RCC:76 RCD:180531 HND:180531
ADD:KOTLER JONATHAN
 END
```

DMV 000036