# Exhibit 6

P. MSJ / Milhoan Depo. Exh. 10: Procedures

Court: N.D. Cal.  Case No. 4:20-cv-01707 JST

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814 – 916.419.7111



# Environmental License Plates

# Review Procedures









September 2017

EXHIBIT

10

DEPONENT NAME:
C. Milhoan

DATE:
8/10/20



# Table of Contents

Introduction ........................................................................................................... 1

ELP Review ........................................................................................................... 2

Receipt of Work ..................................................................................................... 3

Order Leader Responsibilities ............................................................................... 4

Reviewer's Responsibilities ................................................................................... 10

ELP ROD Letter/Refund Procedures ..................................................................... 12

    Introduction ..................................................................................................... 12

    Procedure to Insert Symbols on ELP Letters .................................................. 13

ELP Refund Procedures ......................................................................................... 14

Special Plate Order Requests ................................................................................. 19

    Overview .......................................................................................................... 19

    Background ....................................................................................................... 19

    Miscellaneous Information ............................................................................... 19

Receipt of Special Plate Order Work ..................................................................... 20

Prison Errors .......................................................................................................... 22

Regular Special Plate Orders ................................................................................. 24

Receipt of License Plates and Decals .................................................................... 26

GSO Shipping Process ........................................................................................... 29

ELP Recalls ............................................................................................................ 31

Acronyms ............................................................................................................... 34

Glossary ................................................................................................................. 35

Attachments ........................................................................................................... 36

    Attachment 1 - Daily ELP Work Order RM75#1 ........................................... 36

    Attachment 2 – California Environmental Protection Program Form (REG 272) ............ 37

    Attachment 3 – Secure File Transfer (SFT) Screens ...................................... 38

    Attachment 4 - Reasons for Denial List ......................................................... 43

    Attachment 5 - California Code of Regulations .............................................. 54

    Attachment 6 – ADM 399-ELP Refund Template .......................................... 52

    Attachment 7 - IPP Crystal Report ................................................................. 52

    Attachment 8 – PPIRO Report for Refunds .................................................... 58

Attachment 9 – Screen Print of ELP Review Folder.................................................... 63

Attachment 10 – Special Plate Order (SPO) Request ................................................. 64

Attachment 11 – Cashier's Transfer Receipt (ADM 311)........................................... 65

# REASONS FOR DENIAL

## NOTE:  THIS IS A PARTIAL LIST OF REASONS FOR DENIAL

**Attachment 4**

| Review Code 1: Sexual | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Sexual - Female | | | | |
| Vagina | 1 | Y | Sexual - Female | |
| Box | 1 | N | Sexual - Female | Common language word |
| Twat | 1 | Y | Sexual - Female | |
| Cutty | 1 | Y | Sexual - Female | |
| Pink | 1 | N | Sexual - Female | Common language word |
| Taco | 1 | N | Sexual - Female | Common language word |
| Pie | 1 | N | Sexual - Female | Common language word |
| Monkey | 1 | N | Sexual - Female | Common language word |
| Kitty | 1 | N | Sexual - Female | Common language word |
| Cat | 1 | N | Sexual - Female | Common language word |
| Beaver | 1 | N | Sexual - Female | Common language word |
| Fur Burger | 1 | Y | Sexual - Female | |
| Honey Pot | 1 | Y | Sexual - Female | |
| Clam | 1 | N | Sexual - Female | Common language word |
| Cupcake | 1 | N | Sexual - Female | Common language word |
| Muffin | 1 | N | Sexual - Female | Common language word |
| Tuna | 1 | N | Sexual - Female | Common language word |
| Cunt | 1 | Y | Sexual - Female | |
| Vajayjay | 1 | Y | Sexual - Female | |
| Gash | 1 | N | Sexual - Female | Common language word |
| Pussy | 1 | Y | Sexual - Female | Should be moved from Profanity/Repulsive – Obscene |
| Kooch | 1 | Y | Sexual - Female | Should be moved from Profanity/Repulsive – Obscene |
| Queef | 1 | Y | Sexual - Female | Should be moved from Profanity/Repulsive – Obscene |
| Sexual - Buttocks | | | | |
| Booty | 1 | Y | Sexual - Buttocks | |
| Ass | 1 | Y | Sexual - Buttocks | |
| Junk | 1 | Y | Sexual - Buttocks | |
| Donk | 1 | Y | Sexual - Buttocks | |
| Badonkadonk | 1 | Y | Sexual - Buttocks | |
| Tail | 1 | N | Sexual - Buttocks | Common language word |
| Tush | 1 | Y | Sexual - Buttocks | |
| Bum | 1 | Y | Sexual - Buttocks | |
| Cakes | 1 | N | Sexual - Buttocks | Common language word |
| 22A | 1 | Y | Sexual - Buttocks | Ass, backwards, reads "Ass" in mirror |
| ZZA | 1 | Y | Sexual - Buttocks | Ass, backwards, reads "Ass" in mirror |

Attachment 4

| Sexual – Acts | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Fuck | 1 | Y | Sexual – Acts | Should be moved from Profanity/Repulsive – Swear |
| 69 | 1 | Y | Sexual – Acts | |
| Tea Bag | 1 | Y | Sexual – Acts | |
| Eat | 1 | N | Sexual – Acts | Common language word that must be paired with sexual word to be offensive |
| Ate | 1 | N | Sexual – Acts | Common language word that must be paired with sexual word to be offensive |
| Cum | 1 | Y | Sexual – Acts | |
| Suck | 1 | Y | Sexual – Acts | |
| Squirt | 1 | Y | Sexual – Acts | |
| O | 1 | N | Sexual – Acts | Does not necessarily convey sexual activity |
| Orgasm | 1 | Y | Sexual – Acts | |
| Orgy | 1 | Y | Sexual – Acts | |
| Donkey Punch | 1 | Y | Sexual – Acts | |
| Doggy Style | 1 | Y | Sexual – Acts | |
| Screw | 1 | N | Sexual – Acts | |
| Blow | 1 | N | Sexual – Acts | Needs to be added as a flagged word |
| Laid | 1 | Y | Sexual – Acts | |
| Sexual - Male | | | | |
| Penis | 1 | Y | Sexual - Male | |
| Cock | 1 | Y | Sexual - Male | |
| Dick | 1 | Y | Sexual - Male | |
| Nut | 1 | Y | Sexual - Male | Common language word |
| Schlong | 1 | Y | Sexual - Male | |
| Woody | 1 | Y | Sexual - Male | |
| Meat | 1 | N | Sexual - Male | Common language word |
| Anaconda | 1 | Y | Sexual - Male | |
| Ball | 1 | N | Sexual - Male | Common language word |
| Dong | 1 | Y | Sexual - Male | |
| Tool | 1 | N | Sexual - Male | Common language word |
| Prick | 1 | Y | Sexual - Male | |
| Knob | 1 | N | Sexual - Male | Common language word |
| Wang | 1 | N | Sexual - Male | Common Chinese surname |
| Pecker | 1 | Y | Sexual - Male | |
| Nards | 1 | Y | Sexual - Male | |
| Bone | 1 | N | Sexual - Male | Common language word |
| Boner | 1 | Y | Sexual - Male | |
| Hard on | 1 | Y | Sexual - Male | |

**Attachment 4**

**Review Code 2: Vulgar, Contempt, Prejudice, Hostility, Insulting, Degrading, Racial or Ethnic Degrading. Not Sexual or Gang Related.**

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Drug | 2 | Y | Drug | |
| Pot | 2 | Y | Drug | |
| Dab | 2 | Y | Drug | |
| Mary Jane | 2 | Y | Drug | Common language word |
| High | 2 | N | Drug | Common language word |
| Cocaine | 2 | Y | Drug | |
| Cannabis | 2 | Y | Drug | |
| LSD | 2 | Y | Drug | |
| Speed | 2 | N | Drug | Common language word |
| Dimebag | 2 | Y | Drug | |
| Molly | 2 | N | Drug | Common, unoffensive name |
| Meth | 2 | Y | Drug | |
| Heroin | 2 | Y | Drug | |
| Acid | 2 | Y | Drug | |
| PCP | 2 | Y | Drug | |
| Angel Dust | 2 | Y | Drug | |
| Crack | 2 | Y | Drug | |
| Joint | 2 | Y | Drug | |
| J | 2 | N | Drug | Common language word.  Often stands for (Michael) Jordan shoes. |
| Roach | 2 | Y | Drug | |
| 420 | 2 | Y | Drug | |
| IVXX | 2 | Y | Drug | |
| Burnout | 2 | N | Drug | Not only a drug reference |
| Cush | 2 | Y | Drug | |
| Kush | 2 | Y | Drug | |
| Purple Haze | 2 | Y | Drug | |
| Chronic | 2 | Y | Drug | |
| Blunt | 2 | Y | Drug | |
| Bud | 2 | Y | Drug | |
| Shrooms | 2 | Y | Drug | |
| Dope | 2 | Y | Drug | |
| Vape | 2 | Y | Drug | |
| Duby | 2 | Y | Drug | |
| Ecstasy | 2 | Y | Drug | |
| X | 2 | Y | Drug | Not only a drug reference |
| 8 Ball | 2 | Y | Drug | |
| Freebase | 2 | Y | Drug | |
| Speedball | 2 | Y | Drug | |
| Ganja | 2 | Y | Drug | |
| Hash | 2 | Y | Drug | |

Attachment 4

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Weed | 2 | Y | Drug | |
| Gram | 2 | N | Drug | Drugs are not the only thing measured in grams |
| Kilo | 2 | N | Drug | Drugs are not the only thing measured in kilograms |
| Hot Box | 2 | Y | Drug | |
| Bath Salts | 2 | Y | Drug | |
| Junkie | 2 | Y | Drug | |
| Scooby Snacks | 2 | Y | Drug | |
| Tina | 2 | N | Drug | Common, unoffensive name.  Used to justify acronymn, TNA |
| Hostile/Insulting – Racial & Ethnic | | | | |
| Jap | 2 | Y | Racial & Ethnic | |
| Nip | 2 | Y | Racial & Ethnic | |
| Spick | 2 | Y | Racial & Ethnic | |
| Wop | 2 | Y | Racial & Ethnic | |
| Nigger | 2 | Y | Racial & Ethnic | |
| Nigga | 2 | Y | Racial & Ethnic | |
| Kike | 2 | Y | Racial & Ethnic | |
| Knackers | 2 | Y | Racial & Ethnic | |
| Raghead | 2 | Y | Racial & Ethnic | |
| Cracker | 2 | Y | Racial & Ethnic | |
| Monkey | 2 | N | Racial & Ethnic | Common language word |
| Beaner | 2 | Y | Racial & Ethnic | |
| Chink | 2 | Y | Racial & Ethnic | |
| Dago | 2 | Y | Racial & Ethnic | |
| Kraut | 2 | Y | Racial & Ethnic | |
| Redskin | 2 | Y | Racial & Ethnic | |
| Coon | 2 | Y | Racial & Ethnic | |
| Camel Jocky | 2 | Y | Racial & Ethnic | |
| Honky | 2 | Y | Racial & Ethnic | More common spelling of the word "honkey" |
| Honkey | 2 | Y | Racial & Ethnic | |
| Weapons | | | | |
| Gun | 2 | Y | Weapons | |
| Knife | 2 | Y | Weapons | |
| Nuke | 2 | Y | Weapons | |
| Glock | 2 | Y | Weapons | |
| AK47 | 2 | Y | Weapons | |
| M16 | 2 | Y | Weapons | |
| 9MM | 2 | Y | Weapons | |
| 38 Special | 2 | Y | Weapons | |
| M4 | 2 | Y | Weapons | |

Attachment 4

| Review Code 3: Profanity, Obscenity, Repulsiveness | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Hostile/Insulting – Hostility | | | | |
| Hate | 3 | Y | Hostile/Insulting – Hostility | |
| H8 | 3 | Y | Hostile/Insulting – Hostility | |
| Murder | 3 | Y | Hostile/Insulting – Hostility | |
| Kill | 3 | Y | Hostile/Insulting – Hostility | |
| Killer | 3 | Y | Hostile/Insulting – Hostility | |
| Rape | 3 | Y | Hostile/Insulting – Hostility | |
| Sniper | 3 | Y | Hostile/Insulting – Hostility | |
| You | 3 | Y | Hostile/Insulting – Hostility | |
| U | 3 | Y | Hostile/Insulting – Hostility | |
| 187 | 3 | Y | Hostile/Insulting – Hostility | |
| Profanity/Repulsive – Swear | | | | |
| Mother Fucker | 3 | Y | Profanity/Repulsive – Swear | |
| Damn | 3 | Y | Profanity/Repulsive – Swear | |
| Hell | 3 | Y | Profanity/Repulsive – Swear | |
| Bitch | 3 | Y | Profanity/Repulsive – Swear | |
| Bish | 3 | Y | Profanity/Repulsive – Swear | |
| Bastard | 3 | Y | Profanity/Repulsive – Swear | |
| Piss | 3 | Y | Profanity/Repulsive – Obscene | |
| Pee | 3 | Y | Profanity/Repulsive – Obscene | |
| Fart | 3 | Y | Profanity/Repulsive – Obscene | |
| Turd | 3 | Y | Profanity/Repulsive – Obscene | |

Attachment 4

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Trim | 3 | Y | Profanity/Repulsive – Obscene | |
| Tits | 3 | Y | Profanity/Repulsive – Obscene | |
| Boob | 3 | Y | Profanity/Repulsive – Obscene | |
| TT | 3 | Y | Profanity/Repulsive – Obscene | |
| Balls | 3 | N | Profanity/Repulsive – Obscene | Common language word |
| Douche | 3 | Y | Profanity/Repulsive – Obscene | |
| XXX | 3 | Y | Profanity/Repulsive – Obscene | |
| WTF: What the Fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| AF: As Fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| TNA: Tina? | 3 | N | Profanity/Repulsive – Acronyms | Produces no searched references. If it is a reference to Tina, it is a common name |
| OMWTF: On my way there, fucker | 3 | Y | Profanity/Repulsive – Acronyms | |
| BA: Bad Ass | 3 | N | Profanity/Repulsive – Acronyms | |
| FTW: Fuck the world | 3 | Y | Profanity/Repulsive – Acronyms | |
| SOB: Son of a Bitch | 3 | Y | Profanity/Repulsive – Acronyms | |
| FU: Fuck you | 3 | Y | Profanity/Repulsive – Acronyms | |
| FN: Fucking | 3 | Y | Profanity/Repulsive – Acronyms | |
| MF: Mother Fucker | 3 | Y | Profanity/Repulsive – Acronyms | |
| FC: Fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| FK: Fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| FQ: Fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| LMAO: Laughing my ass off | 3 | Y | Profanity/Repulsive – Acronyms | |
| LMFAO: Laughing my fucking ass off | 3 | Y | Profanity/Repulsive – Acronyms | |

Attachment 4

|  | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| AFDN: Any fucking day now | 3 | Y | Profanity/Repulsive – Acronyms | |
| BFD: Big fucking deal | 3 | Y | Profanity/Repulsive – Acronyms | |
| HBIC: Head bitch in charge | 3 | Y | Profanity/Repulsive – Acronyms | |
| DTF: Down to fuck | 3 | Y | Profanity/Repulsive – Acronyms | |
| BS: Bullshit | 3 | N | Profanity/Repulsive – Acronyms | |
| FOAD | 3 | Y | Profanity/Repulsive – Acronyms | Fuck Off and Die |

| Review Code 4: Negative Connotation to a Specific Group | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Hostile/Insulting – Gang, Hate Group | | | | |
| 13 | 4 | N | Hostile/Insulting – Gang, Hate Group | Unto itself does not convey gang affiliation |
| 14 | 4 | N | Hostile/Insulting – Gang, Hate Group | Unto itself does not convey gang affiliation |
| 18 | 4 | N | Hostile/Insulting – Gang, Hate Group | |
| 88 | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| Red | 4 | N | Hostile/Insulting – Gang, Hate Group | Unto itself does not convey gang affiliation |
| Blue | 4 | N | Hostile/Insulting – Gang, Hate Group | Unto itself does not convey gang affiliation |
| Gang | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| Gangster | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| MOB | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| OG | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| G | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| Klan | | Y | | Clan is ok.  Klan is not. |
| Thug | 4 | Y | Hostile/Insulting – Gang, Hate Group | |

Attachment 4

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Nazi | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| Mafia | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| AB | 4 | Y | Hostile/Insulting – Gang, Hate Group | Arian Brotherhood |
| Arian | 4 | Y | Hostile/Insulting – Gang, Hate Group | |
| Hostile/Insulting – Sexuality and Gender | | | | |
| Fag | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Faggot | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Fruit | 4 | N | Hostile/Insulting – Sexuality and Gender | Common language word |
| Dyke | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Queer | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Tranny | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Lesbo | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Flamer | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Fairy | 4 | N | Hostile/Insulting – Sexuality and Gender | Common language word |
| Twink | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Queen | 4 | N | Hostile/Insulting – Sexuality and Gender | Common language word |
| Pansy | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Homo | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Sissy | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Poof | 4 | Y | Hostile/Insulting – Sexuality and Gender | Common language word |
| Sodomite | 4 | Y | Hostile/Insulting – Sexuality and Gender | |
| Shemale | 4 | Y | Hostile/Insulting – Sexuality and Gender | |

Attachment 4

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| **Offensive - Law Enforcement** | | | | |
| Pig | 4 | N | Offensive - Law Enforcement | Common language word |
| Bacon | 4 | N | Offensive - Law Enforcement | Common language word |
| Bull | 4 | N | Offensive - Law Enforcement | Common language word |
| Narc | 4 | N | Offensive - Law Enforcement | Referring to police is not prohibited and is not necessarily offensive. |
| Po Po | 4 | N | Offensive - Law Enforcement | Referring to police is not prohibited and is not necessarily offensive. |
| Five O | 4 | N | Offensive - Law Enforcement | Referring to police is not prohibited and is not necessarily offensive. |
| 50 | 4 | N | Offensive - Law Enforcement | Referring to police is not prohibited and is not necessarily offensive. |
| **Offensive -Disabled and Handicapped** | | | | |
| Retard | 4 | Y | Offensive -Disabled and Handicapped | |
| Tard | 4 | Y | Offensive -Disabled and Handicapped | |
| Cripple | 4 | Y | Offensive -Disabled and Handicapped | |
| Gimp | 4 | Y | Offensive -Disabled and Handicapped | |
| Dumb | 4 | Y | Offensive -Disabled and Handicapped | |
| Idiot | 4 | Y | Offensive -Disabled and Handicapped | |
| Moron | 4 | Y | Offensive -Disabled and Handicapped | |
| Spaz | 4 | Y | Offensive -Disabled and Handicapped | |
| **Offensive - Rural References** | | | | |
| Hillbilly | 4 | Y | Offensive -Disabled and Handicapped | |
| Redneck | 4 | Y | Offensive -Disabled and Handicapped | |
| Cracker | 4 | N | Offensive -Disabled and Handicapped | Common language word. |

Attachment 4

| | Review Code | Auto-Deny | Reason | Comment |
|---|---|---|---|---|
| Hick | 4 | Y | Offensive -Disabled and Handicapped | |
| Bumpkin | 4 | Y | Offensive -Disabled and Handicapped | |
| Yokel | 4 | Y | Offensive -Disabled and Handicapped | |
| White Trash | 4 | Y | Offensive -Disabled and Handicapped | |
| **Review Code 5: Misrepresentation of a Law Enforcement Agency** | **Review Code** | **Auto-Deny** | **Reason** | **Comment** |
| CHP | 5 | Y | Misrepresentation of a Law Enforcement Agency | |
| PD | 5 | Y | Misrepresentation of a Law Enforcement Agency | Needs to clearly read as a standalone: ***PD, i.e. Sac PD, SPD, LAPD... |
| FBI | 5 | Y | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone.  Revmoved from sequentials |
| CSI | 5 | N | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone.  Not removed from sequentials |
| DEA | 5 | N | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone.  Not removed from sequentials |
| CIA | 5 | Y | Misrepresentation of a Law Enforcement Agency | Removed from sequentials. |
| ATF | 5 | N | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone |
| DOJ | 5 | Y | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone |
| DHS | 5 | N | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone |
| MP | 5 | Y | Misrepresentation of a Law Enforcement Agency | Needs to be stand alone |