1   XAVIER BECERRA
    Attorney General of California
2   MICHELLE M. MITCHELL
    Supervising Deputy Attorney General
3   CHAD A. STEGEMAN
    Deputy Attorney General
4   State Bar No. 225745
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3624
6    Fax:  (415) 703-5843
     E-mail:  Chad.Stegeman@doj.ca.gov
7   *Attorneys for Defendant Steve Gordon, in his official
    capacity*

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  **PAUL OGILVIE, ANDREA CAMPANILE,**          4:20-cv-01707-JST
    **JAMES BLAIR, PAUL CRAWFORD, and**
14  **AMRIT KOHLI,**                              **DECLARATION OF CHAD A.**
                                                  **STEGEMAN**
                            Plaintiffs,
15
                                                  Hearing Date: November 18, 2020
16              v.                                Time:          2:00 p.m.
                                                  Judge:         Jon S. Tigar
17  **STEVE GORDON, in his Official Capacity**    Location:      Courtroom 6
    **as Director of the California Department of**
18  **Motor Vehicles,**                           Action Filed:  March 10, 2020

19                          Defendant.

20

21

22

23

24

25

26

27

28

                                    1

1    I, Chad A. Stegeman, declare:

2    1.    I am an attorney admitted to practice before the courts of the State of California and

3    before this Court.  I am employed by the California Attorney General's Office, and am counsel

4    for Defendant Steve Gordon, in his official capacity as the Director of the California Department

5    of Motor Vehicles.  I am competent to testify to the matters set forth in this declaration and would

6    do so if called upon by the Court.

7    2.    Attached hereto as Exhibit D is a true and correct copy of Defendant Steve Gordon's

8    Responses to Interrogatories served on counsel for the Plaintiffs on July 16, 2020.

9    3.    Attached hereto as Exhibit E is a true and correct copy of the 1994 Rulemaking File

10   Z94-0520-01.  This rulemaking file was produced to Plaintiffs during the course of litigation and

11   reflects the Bates number range of DMV 024264 -354.

12   4.    Attached hereto as Exhibit F is a true and copy correct of pages from the certified

13   transcript of Christian Milhoan's August 10, 2020 deposition.

14   5.    Attached hereto as Exhibit G is a true and correct copy of pages from the certified

15   transcript of Aleisha Correa's August 11, 2020 deposition.

16   6.    Attached hereto as Exhibit H is a true and correct copy of pages from the certified

17   transcript of Agnes Holmes' August 14, 2020 deposition.

18    I declare under penalty of perjury and the laws of the United States that the foregoing is

19   true and correct and that this declaration was executed on October 19, 2020, in San Francisco,

20   California.

21

22                                        /s/ *Chad A. Stegeman*
                                          Chad A. Stegeman

23

24

25

26

27

28

# Exhibit D

1   XAVIER BECERRA
Attorney General of California
2   MICHELLE M. MITCHELL
Supervising Deputy Attorney General
3   CHAD A. STEGEMAN
Deputy Attorney General
4   State Bar No. 225745
  455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
  Telephone:  (415) 510-3624
6   Fax:  (415) 703-5843
  E-mail:  Chad.Stegeman@doj.ca.gov
7   *Attorneys for Defendant Steve Gordon, in his official
capacity*

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **PAUL OGILVIE, ANDREA CAMPANILE, JAMES BLAIR, PAUL CRAWFORD, and AMRIT KOHLI,** | 4:20-cv-01707-JST |
| Plaintiffs, | **DEFENDANT STEVE GORDON'S RESPONSES TO INTERROGATORIES** |
| v. | Judge:        Jon S. Tigar |
| **STEVE GORDON, in his Official Capacity as Director of the California Department of Motor Vehicles,** | Action Filed:  March 10, 2020 |
| Defendant. | |

21  PROPOUNDING PARTY:   Plaintiffs Paul Ogilvie, et al.

22  RESPONDING PARTY:    Defendant Steve Gordon, in his official capacity as Director of the
23                       Department of Motor Vehicles

24  SET NO.:             ONE

25

26

27

28

1

**PRELIMINARY STATEMENT**

Defendant Steve Gordon, in his official capacity as Director of the California Department of Motor Vehicles (DMV), has not yet fully completed the investigation of the facts relating to this case and has not yet fully completed discovery in this action.  All of the responses contained herein are based solely upon information and documents that are presently available to, and specifically known by, DMV and disclose only those contentions that presently occur to DMV.  It is anticipated that further discovery, independent investigation, legal research, and analysis will supply additional facts and lead to additions, changes, and variations from the answers herein.

The following responses are given without prejudice to the right to produce evidence or witnesses that DMV may later discover.  DMV accordingly reserves the right to change any and all responses herein as additional facts are ascertained, witnesses are identified and legal research is completed.  The responses contained herein are made in good faith in an attempt to supply as much factual information and as much specification of legal contention as is presently known and should in no way prejudice DMV in relation to further discovery and proceedings.

**INTERROGATORY NO. 1**

Identify all individuals consulted in preparation of answers to these interrogatories, and indicate the interrogatory or interrogatories for which each person was consulted.

**RESPONSE TO INTERROGATORY NO. 1**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege.  Without waiving any objections, Defendant responds that the following individuals were consulted in conjunction with the responses in *Kotler v. Gordon*, E.D. Cal. Case No. 2:19-cv-2682 GW-SK, or in conjunction with these responses:

- Michael Rand, Staff Attorney

- Karen Aguilar, Manager (now retired), Operations Support & Special Program Processing (OSSP)

- Christian Milhoan, Manager, OSSP

2

- William Gutierrez, Manager, OSSP

- Fariba Shahmirzadi, Manager, OSSP

- Audra Rutz, Manager, OSSP

- Friecyana Tjokrosoeharto, Manager, Registration Automation Development

- Aleisha Correa, Manager of Vehicle Registration Customer & Program Support

- Zachary Murphy, Motor Vehicle Technician Customer Service Resolution Unit

- Carmen Moreno, Motor Vehicle Technician Customer Service Resolution Unit

- Melissa Guerard, Associate Government Program Analyst

- Phuong Wan, Manager of Registration Automation Development

- Lien Chew, Manager of Reconciliation and Financial Reporting Unit

- Agnes Holmes (now retired), Program Manager, Customer Service & Operations Support.

Each person above is or was an employee of the California Department of Motor Vehicles and may be reached through Defendant's counsel.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 2**

Identify each document referred to or examined in preparation of the answers to these interrogatories, including identifying the interrogatory for which each document was referred to or examined.

**RESPONSE TO INTERROGATORY NO. 2**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege. Defendant objects that the interrogatory is overbroad, unduly burdensome, would require DMV to incur undue costs, and seeks third-parties' protected, private personally-identifying information. Without waiving any objections, Defendant responds as follows: Defendant identifies documents labeled DMV 000001-000054, as well as the additional

3

documents that Defendant has identified and produced in response to the *Kotler* Plaintiff's Request for Production of Documents.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 3**

Identify each person you intend to have offer testimony in this case, and describe the substance of each person's anticipated testimony.

**RESPONSE TO INTERROGATORY NO. 3**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege.  Defendant refers Plaintiff to Defendant's initial disclosures, which Defendant will supplement if and as required by the Federal Rules of Civil Procedure.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 4**

Identify each governmental interest you contend is advanced by Cal. Code Regs. tit. 13, § 206.00(c)(7)(D).

**RESPONSE TO INTERROGATORY NO. 4**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege.  Without waiving any objections, Defendant responds as follows:  Cal. Code Regs. tit. 13, § 206.00(c)(7)(D) advances the interests set forth and embodied in California Vehicle Code section 5105, including preventing the duplication of registration numbers and the preventing issuance of any combination of letters or numbers, or both, that may carry connotations offensive to good taste and decency or which would be misleading or a duplication of license plates provided for in Article 8 (commencing with Section 5000) of Chapter 1 of Division 3.  Through the above, Cal. Code Regs. tit. 13, § 206.00(c)(7)(D) and its subparts also advance public safety and prevent the appearance that the State of California or California Department of Motor

4

Vehicles endorses or condones any message that may carry connotations offensive to good taste and decency or which would be misleading.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 5**

For each governmental interest identified in your response to the preceding Interrogatory, explain how Cal. Code Regs. tit. 13, § 206.00(c)(7)(D) is designed to further that interest.

**RESPONSE TO INTERROGATORY NO. 5**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege.  Without waiving any objections, Defendant responds as follows:  Cal. Code Regs. tit. 13, § 206.00(c)(7)(D) and its subparts prevent the issuance of license plate configurations that may cause the harms described above.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 6**

Identify all evidence and supporting documents (including, but not limited to, legislative evidence, scientific studies, investigations, interviews, or testimony) that support the assertion that Cal. Code Regs. tit. 13, § 206.00(c)(7)(D) advances the interests you identified in your response to Interrogatory 4.

**RESPONSE TO INTERROGATORY NO. 6**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege, the attorney work product doctrine, and/or the deliberative process privilege.  Without waiving any objections, Defendant responds as follows: Defendant refers Plaintiffs to documents produced in response to the *Kotler* Plaintiff's Request for Production of Documents No. 4.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 7**

For each governmental interest identified in your response to Interrogatory 4, explain how a ban on a personalized license plate configuration of "COYW" furthers that interest.

**RESPONSE TO INTERROGATORY NO. 7**

Defendant objects to this interrogatory as it is not relevant to the current litigation. Subject to and without waiving the foregoing objection, Defendant states: The acronym of "COYW" means "Come On You Whites, which may carry connotations offensive to good taste and decency or which could be misleading. DMV's denial of the "COYW" license plate configuration prevents issuance of a combination of letters that may carry connotations offensive to good taste and decency or which would be misleading and thereby advances public safety and prevents the appearance that the State of California or California Department of Motor Vehicles endorses or condones any message that may carry connotations offensive to good taste and decency or which would be misleading.

Defendant also refers Plaintiffs to documents produced in response to the *Kotler* Plaintiff's Request for Production of Documents No. 5.

**INTERROGATORY NO. 8**

Identify all evidence and supporting documentation (including, but not limited to, legislative evidence, scientific studies, investigations, interviews, or testimony) that support the assertion that a ban on a personalized license plate configuration of "COYW" furthers that the interests you identified in your response to Interrogatory 4.

**RESPONSE TO INTERROGATORY NO. 8**

Defendant objects to the extent the interrogatory seeks information protected by the attorney-client privilege and the attorney work product doctrine, and/or the deliberative process privilege. Defendant also objects to this interrogatory as it is not relevant to the current litigation. Subject to and without waiving the foregoing objection, Defendant states: Defendant refers Plaintiffs to documents produced in response to the *Kotler* Plaintiff's Request for Production of Documents No. 6.

1    **INTERROGATORY NO. 9**

2        Describe the process by which you determine whether proposed personalized license plate

3    configurations should be rejected under Cal. Code Regs. tit. 13, § 206.00(c)(7)(D), and identify

4    all supporting documents, including, but not limited to, guidelines, training materials, internal

5    memoranda, and communications.

6    **RESPONSE TO INTERROGATORY NO. 9**

7        Defendant objects to the extent the interrogatory seeks information protected by the

8    attorney-client privilege, the attorney work product doctrine, and/or the deliberative process

9    privilege. Without waiving any objections, Defendant responds as follows.

10       Personalized license plate requests are received by the department as either physical

11   applications submitted in person, by mail, or as electronic applications through the department's

12   online ordering system. Physical applications are initially reviewed by the processing technician

13   receiving the application. The application may be denied and returned to the customer without

14   being processed if the configuration is already in use, blatantly offensive, mimics a sequential

15   configuration, or is substituting a letter for a number or number for a letter creating a

16   configuration of similar appearance to an existing license plate. If the technician determines that

17   a configuration may be in conflict with ELP guidelines, the application may be forwarded to

18   headquarters for review with an explanation of their concerns prior to the application being

19   processed. All processed ELP applications are automatically bundled into daily orders, which

20   average around 800 applications per day. This process generates an ELP order list displaying all

21   of the applications. In addition, individual California Environmental Protection Program

22   Applicant Notifications (REG 272) are generated for each application on the order and forwarded

23   to the ELP review team. The REG 272 only displays the requested license plate configuration

24   and customer name and address.

25       The daily ELP orders are reviewed in the order they are received. When an order is ready

26   to review, the ELP review team divides up the order and distributes the REG 272's to individual

27   reviewers. The reviewer then looks over each REG 272 in their portion of the order to determine

28   if it is unacceptable according to the California Code of Regulations (CCR), Title 13, section

7

206.00(c)(7).  For purposes of this review process, DMV has reduced this CCR section down to a list of reasons justifying denial.  DMV provides that written list of reasons to each reviewer.  Each reason on the list is also accompanied by a unique alphanumeric/numeric "reason code" that corresponds with the reason for denial.  The reason codes have varied over time, but DMV last updated those codes in April 2019.

For each REG 272, the reviewer assesses the configuration as a whole to determine the perceived meaning of the license plate.  If the configuration appears acceptable under section 206.00(c)(7) the application is approved.  If the configuration appears unacceptable under section 206.00(c)(7) the application is denied.  If the configuration represents an unfamiliar slang term, foreign word, or acronym, or may be otherwise offensive, additional research is performed.  This research includes, but is not limited to: the customer's meaning provided on the ELP application; online resources such as Urban Dictionary, Google, or Google Translate to identify the meanings of unknown words or phrases; and, if necessary, foreign language speakers.

The reviewers evaluate their findings and determine if the configuration may carry connotations offensive to good taste and decency.  If the evaluation is inconclusive, the configuration and findings are provided to the other members of the review team and discussed.

If an ELP application is denied during this initial review process, the customer is issued a refund and sent a letter indicating the reason for the denial.  If the customer believes that this denial was in error, they may write a letter to the department further explaining the meaning of the license plate configuration.  When a secondary review letter is received, it is assigned a tracking number and subsequently distributed to a manager for review.  The manager reviews the letter and researches the configuration further using the same resources described above in addition to possible consultation with other managers or staff.

After a thorough review is completed, the manager creates a file and makes a recommendation to approve or deny the requested configuration.  The file and recommendation, customer letter, and research are reviewed by the section manager and program manager for a final determination.  If the configuration is approved, a letter is sent to the customer with instructions on how complete the process and have the license plate process expedited.  If the

8

1  configuration is denied, a letter is sent providing a more detailed explanation of why the license

2  plate configuration was denied.

3     Defendant also refers Plaintiffs to documents produced in response to the *Kotler*

4  Plaintiff's Request for Production of Documents Nos. 7 and 8.

5     Discovery is ongoing and Defendant reserves the right to amend or supplement this

6  response.

7  **INTERROGATORY NO. 10**

8     Identify all evidence and documents, including but not limited to, internet sources, news

9  articles, and internal memoranda, that guide you in your determination of whether to reject

10  proposed personalized license plate configurations under Cal.

11  Code Regs. tit. 13, § 206.00(c)(7)(D).

12  **RESPONSE TO INTERROGATORY NO. 10**

13     Defendant objects to the extent the interrogatory seeks information protected by the

14  attorney-client privilege, the attorney work product doctrine, and/or the deliberative process

15  privilege.  Without waiving any objections, Defendant responds as follows: Defendant refers

16  Plaintiffs to his response to Interrogatory No. 9, above, and documents produced in response to

17  the *Kotler* Plaintiff's Request for Production of Documents Nos. 7 and 8.

18     Discovery is ongoing and Defendant reserves the right to amend or supplement this

19  response.

20  **INTERROGATORY NO. 11**

21     Identify all evidence and supporting documents, including, but not limited to, internet

22  sources, news articles, and internal memoranda, on which you relied to reject Plaintiffs' proposed

23  personalized configuration of "COYW."

24  **RESPONSE TO INTERROGATORY NO. 11**

25     Defendant objects to the extent the interrogatory seeks information protected by the

26  attorney-client privilege, the attorney work product doctrine, and/or the deliberative process

27  privilege.  Defendant also objects to this interrogatory as it is not relevant to the current litigation.

28  Subject to and without waiving the foregoing objection, Defendant states:  Defendant refers

9

1   Plaintiffs to his response to documents produced in response to the *Kotler* Plaintiff's Request for

2   Production of Documents No. 9.

3   **INTERROGATORY NO. 12**

4        Identify all applications for personalized license plate configurations since

5   October 1, 2016, including the proposed configuration and the meaning of each configuration

6   as provided by the applicant.

7   **RESPONSE TO INTERROGATORY NO. 12**

8        Defendant objects that the interrogatory is overbroad, unduly burdensome, would require

9   DMV to incur undue costs, and seeks third-parties' protected, private personally-identifying

10  information.  DMV has received over 770,000 such applications and each contains the applicant's

11  confidential personally identifying information that would need to be individually redacted.  The

12  parties have met and conferred and agreed that this interrogatory would be limited to applications

13  submitted to DMV online only.  In light of that agreement, and without waiving any objections,

14  Defendant responds as follows:  Defendant refers Plaintiffs to documents produced in response to

15  the *Kotler* Plaintiff's Request for Production of Documents No. 10.

16  **INTERROGATORY NO. 13**

17       For each application identified in the preceding interrogatory, state whether each

18  application was approved or rejected, and provide the reason each proposed personalized

19  license plate configuration was approved or rejected.

20  **RESPONSE TO INTERROGATORY NO. 13**

21       Defendant objects that the interrogatory is overbroad, unduly burdensome, would require

22  DMV to incur undue costs, and seeks third-parties' protected, private personally-identifying

23  information.  DMV has received over 770,000 such applications and each contains the applicant's

24  confidential personally identifying information that would need to be individually redacted.  The

25  parties have met and conferred and agreed that this interrogatory would be limited to applications

26  submitted to DMV online only.  In light of that agreement, and without waiving any objections,

27  Defendant responds as follows:  Defendant refers Plaintiffs to documents produced in response to

28  the *Kotler* Plaintiff's Request for Production of Documents No. 10.

**INTERROGATORY NO. 14**

Identify each personalized license plate configuration that the California Department of Motor Vehicles has cancelled or revoked since January 1, 2014, and provide the reason each license plate configuration was cancelled or revoked.

**RESPONSE TO INTERROGATORY NO. 14**

Defendant refers Plaintiffs to the document produced in response to the *Kotler* Plaintiff's Request for Production of Documents No. 11.

**INTERROGATORY NO. 15**

For the preceding interrogatory, identify any penalties, including traffic tickets and fines, either contemplated or assessed to a motorist for operating a vehicle with a cancelled or revoked personalized license plate configuration, and identify all supporting documents, including, but not limited to, communications and reports.

**RESPONSE TO INTERROGATORY NO. 15**

Following a reasonable investigation, Defendant lacks the information necessary to respond to this interrogatory.

**INTERROGATORY NO. 16**

Identify each and every current license plate configuration, regardless of whether the configuration is standard or personalized, that includes "RED," "BLUE," "BLU," "WHITE," "WHT," "BLACK," "BLK," "COYW," "YLW," "BRWN," or "PRPL."

**RESPONSE TO INTERROGATORY NO. 16**

Defendant refers Plaintiffs to the information in the native excel spreadsheet produced herewith, entitled "DMV 000001."

**INTERROGATORY NO. 17**

Identify the number of applications for personalized license plates since January 1, 2014, including the number of applications for personalized license plates that were approved and the number of applications for personalized license plates that were denied in each calendar year.

**RESPONSE TO INTERROGATORY NO. 17**

Defendant responds as follows.

In 2014, DMV processed 93,427 personalized license plate applications, of which 82,988 were approved and 10,439 were denied.

In 2015, DMV processed 149,725 personalized license plate applications, of which 136,155 were approved and 13,570 were denied.

In 2016, DMV processed 262,728 personalized license plate applications, of which 237,240 were approved and 25,488 were denied.

In 2017, DMV processed 259,497 personalized license plate applications, of which 233,742 were approved and 25,755 were denied.

In 2018, DMV processed 249,120 personalized license plate applications, of which 218,796 were approved and 30,324 were denied.

In 2019, DMV processed 233,791 personalized license plate applications, of which 205,231 were approved and 28,560 were denied.

Between January and May of 2020, DMV processed 61,587 personalized license plate applications, of which 52,046 were approved, 6,755 were denied, and 2,786 were pending review.

Discovery is ongoing and Defendant reserves the right to amend or supplement this response.

**INTERROGATORY NO. 18**

Identify the amount of funds generated under the Environmental License Plate Program for each year since 2014, including the programs and agencies that received those funds in each calendar year.

**RESPONSE TO INTERROGATORY NO. 18**

The following amounts were generated by California special interest license plates in each fiscal year between 2014 and 2020 (May 31, 2020).

Fiscal Year 2014/2015

Total amount generated: $49,276,104.83.

Breakdown of amounts by fund, recipient agency/program, and amount:

| Fund | Recipient Agencies/Programs | Amount |
|---|---|---|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $39,950,606.96 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $0.00 |
| Yosemite Fund (0071) | Environmental Protection Program | $756,372.88 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $35,845.36 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,972,140.83 |
| Veterans Fund (0083) | Department of Veterans Affairs | $1,108,221.18 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $1,069,919.55 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,545,378.64 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $690,600.12 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $279,061.66 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $294,329.16 |
| CA Cultural & Historical Endowment Fund (8058) | Secretary for Natural Resources | $0.00 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $1,573,628.49 |

13

1    Fiscal Year 2015/2016

2    Total amount generated: $57,342,502.05.

3    Breakdown of amounts by fund, recipient agency/program, and amount:

4

5

| Fund | Recipient Agencies/Programs | Amount |
|------|------------------------------|--------|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $43,867,837.80 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $0.00 |
| Yosemite Fund (0071) | Environmental Protection Program | $733,977.28 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $33,407.11 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,867,931.97 |
| Veterans Fund (0083) | Department of Veterans Affairs | $1,120,989.65 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $1,034,066.64 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,491,054.40 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $679,545.75 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $272,480.05 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $309,977.41 |
| CA Cultural & Historical Endowment Fund (8058) | Secretary for Natural Resources | $0.00 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $5,931,233.99 |

14

Fiscal Year 2016/2017

Total amount generated: $67,565,994.20.

Breakdown of amounts by fund, recipient agency/program, and amount:

| Fund | Recipient Agencies/Programs | Amount |
|---|---|---|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $51,576,195.12 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $0.00 |
| Yosemite Fund (0071) | Environmental Protection Program | $709,915.37 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $32,141.73 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,774,213.54 |
| Veterans Fund (0083) | Department of Veterans Affairs | $1,096,826.10 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $993,723.38 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,425,934.50 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $667,003.17 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $271,179.32 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $313,297.85 |
| CA Cultural & Historical Endowment Fund (8058) | Secretary for Natural Resources | $61,197.56 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $8,644,366.56 |

Fiscal Year 2017/2018

Total amount generated: $74,724,746.75.

Breakdown of amounts by fund, recipient agency/program, and amount:

| Fund | Recipient Agencies/Programs | Amount |
|---|---|---|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $59,291,769.44 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $0.00 |
| Yosemite Fund (0071) | Environmental Protection Program | $674,930.41 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $31,497.79 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,668,000.17 |
| Veterans Fund (0083) | Department of Veterans Affairs | $1,091,906.96 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $948,372.53 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,354,123.62 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $646,118.22 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $267,883.74 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $304,449.37 |
| CA Cultural & Historical Endowment Fund (8058) | Secretary for Natural Resources | $360,608.54 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $8,085,085.96 |

16

Fiscal Year 2018/2019

Total amount generated: $77,576,881.21.

Breakdown of amounts by fund, recipient agency/program, and amount:

| Fund | Recipient Agencies/Programs | Amount |
|---|---|---|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $63,019,666.68 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $153,929.85 |
| Yosemite Fund (0071) | Environmental Protection Program | $639,314.94 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $28,359.14 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,567,313.20 |
| Veterans Fund (0083) | Department of Veterans Affairs | $1,051,452.46 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $904,710.16 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,293,591.20 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $627,029.04 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $252,601.10 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $284,014.44 |
| CA Cultural & Historical Endowment Fund (Snoopy Plates) (8058) | Secretary for Natural Resources | $385,260.99 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $7,369,638.01 |

17

1   Fiscal Year 2019/2020 (through May 31, 2020)

2   Total amount generated: $69,890,962.47.

3   Breakdown of amounts by fund, recipient agency/program, and amount:

4

5

| Fund | Recipient Agencies/Programs | Amount |
|---|---|---|
| Environmental License Plate Fund (Fund 0140) | Secretary for Natural Resources | $58,045,723.63 |
| Breast Cancer Control Account, Breast Cancer Fund (0009) | Department of Health Care Services | $191,602.74 |
| Yosemite Fund (0071) | Environmental Protection Program | $550,799.91 |
| Collegiate Fund (0072) | Governing body of the participating public universities and colleges | $24,231.81 |
| Graphic Design (Arts Council) Fund (0078) | CA Arts Council | $1,331,474.93 |
| Veterans Fund (0083) | Department of Veterans Affairs | $908,862.38 |
| Lake Tahoe Cons. Fund (0286) | CA Tahoe Conservancy | $776,183.85 |
| CA Coastal Comm Fund (0371) | CA Coastal Commission | $1,100,349.77 |
| Firefighters Fund (0979) | State Controllers' Office/Franchise Tax Board/California Fire Foundation | $542,457.28 |
| Specialized License Plate Fund (3139) | Department of Food & Agriculture | $228,122.01 |
| Specialized License Plate Fund (3139) | Veterinary Medical Board | $239,796.74 |
| CA Cultural & Historical Endowment Fund (Snoopy Plates) (8058) | Secretary for Natural Resources | $361,321.47 |
| Motor Vehicle Account-Administrative Service Fee | Department of Motor Vehicles | $5,590,035.95 |

21

22   **INTERROGATORY NO. 19**

23          Identify all facts and documents that support your contention that "the State would have

24   no choice but to discontinue the [Environmental License Plate] program," ECF No. 19, at 17:4-

25   5, if it could not enforce Cal. Code Regs. tit. 13, § 206.00(c)(7)(D).

26   **RESPONSE TO INTERROGATORY NO. 19**

27          If DMV could no longer enforce Cal. Code Regs. tit. 13, § 206.00(c)(7)(D), the State

28   may have to discontinue the Environmental License Plate program in order to prevent the

18

issuance of offensive license plates, protect the integrity of DMV and the State, and protect the other interests identified above in response to Interrogatory No. 4.

Dated:  July 16, 2020

XAVIER BECERRA
Attorney General of California
MICHELLE M. MITCHELL
Supervising Deputy Attorney General


 /s/ *Chad A. Stegeman*

CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Steve Gordon, in his official capacity*

19

## VERIFICATION OF INTERROGATORY ANSWERS

I, Aleisha Correa, am employed by the State of California Department of Motor Vehicles as a Manager in Operations Support & Special Program Processing. I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2020, at Sacramento, California.

_____
Aleisha Correa

SA2020101541
Ogilvie Responses to Interrogatories.docx

Defendant's Responses to Interrogatories (4:20-cv-01707-JST)

Exhibit E

Z94-0520-01

# RULEMAKING FILE

## SPECIAL PLATES

### TABLE OF CONTENTS

**EXHIBIT**                                                                                          **TAB**

The Published Notice..................................................................................................1

The Original Regulatory Text.....................................................................................2

The Forms Described In The Original Regulatory Text................................3

The Initial Statement Of Reasons .......................................................................4

The Mailing Notice Statement For The Original Regulatory Text.............5

The Written Comments On The Original Regulatory Text........................6

The Public Hearing Proceedings .........................................................................7

The Notice Of Modification Of The Regulatory Text.....................................8

The Modified Regulatory Text..............................................................................9

The Updated Informative Digest......................................................................10

The Final Statement Of Reasons......................................................................11

The Local Mandate Determination..................................................................12

The Small Business Economic Impact Determination .................................13

The Plain English Statement..............................................................................14

The Cost Impact On Private Persons Or Businesses......................................15

The Fiscal Impact Estimate ...............................................................................16

The Effect On Housing Costs ............................................................................17

The List Of Small Businesses ............................................................................18

The Order To Adopt The Proposed Action And The Adopted
    Language..........................................................................................................19

DMV 024264

Z94-0520-01

## CERTIFICATION

The foregoing index constitutes the Department of Motor Vehicles' rulemaking file for the adoption of the regulations in Sections 170.00 through 171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations.  The rulemaking file as submitted is complete.  The rulemaking record for the subject regulations was closed on August 4, 1994.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Sacramento, California on August 4, 1994.

Signed:

_Sally K. Theroux_ _____
Sally K. Theroux
Regulations Analyst

DMV 024265

EXHIBIT 1

DMV 024266

## TITLE 13: DEPARTMENT OF MOTOR VEHICLES

### NOTICE IS HEREBY GIVEN
The Department of Motor Vehicles (the department) proposes to add Sections 170.00 through 171.04 and 173.00 through 173.08 to Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations to specify the requirements for obtaining and maintaining environmental license plates (personalized plates) and other special license plates issued by the department.

### PUBLIC HEARING
No public hearing has been scheduled on the proposed action. However, a hearing will be held if the department receives a written request for a public hearing from any interested person, or his or her duly authorized representative, no later than 15 days prior to the close of the written comment period. A written request for a public hearing may be sent to the Department of Motor Vehicles, Regulations Unit C244, PO Box 932345, Sacramento, California 94232-3450.

### DEADLINE FOR WRITTEN COMMENTS
Any interested person may submit written comments relevant to the proposed action to the Department of Motor Vehicles, Regulations Unit C244, PO Box 932345, Sacramento, California 94232-3450. The comments must be received at the department no later than 5:00 PM on July 25, 1994 in order for them to be considered by the department.

### AUTHORITY AND REFERENCE
The department proposes to adopt these regulations under the authority granted by Sections 1651 and 5110 of the Vehicle Code in order to implement, interpret, or make specific Sections 5101 through 5106 and 5108 of the Vehicle Code.

### INFORMATIVE DIGEST
Section 5101 of the Vehicle Code establishes the eligibility criteria for environmental license plates. Sections 5102 through 5106 of the Vehicle Code address the description and definition of environmental license plates, the issuance, application, and cancellation criteria, and the additional fees required. Section 5108 of the Vehicle Code specifies the fees for the transfer of environmental license plates to another vehicle.

Sections 5101.4, 5101.5, and 5101.8 of the Vehicle Code specifically address Legion of Valor license plates, former Prisoner of War (as defined in Vehicle Code Section 324.5) license plates, and Purple Heart license plates,

Z94-0520-01

respectively, and provide the description, eligibility requirements, and fees for each of these plates.

The effect of the proposed regulations is to provide for the administration of the department's issuance of environmental license plates, Prisoner of War license plates, Legion of Valor license plates, and Purple Heart license plates by specifying in regulation the following items: the application requirements for each type of license plate, including the type of documentation required to prove eligibility for the license plates; the requirements when the license plates are assigned to a leased or company vehicle; the requirements when environmental license plates are received as gifts; the disposition of the current license plates; the delivery methods for the plates; the requirements for retention of environmental license plates; the criteria for cancellation of environmental license plates after issuance; the number of plate sets available to a plate owner; and the disposition of the plates upon death of the plate owner.

## PLAIN ENGLISH OVERVIEW OF THE REGULATIONS

The objectives of the proposed regulations are as follows:

170.00--Specifies the application form and information required to request an environmental license plate (personalized plate), explains how to submit the application, refers to the required fees, establishes acceptable letter/number combinations, specifies the reasons for disapproving a request, and specifies when changes can be made.

170.02--Specifies the additional information which must be given when the plate applicant's name does not appear on the registration certificate for leased and company vehicles.

170.04--Specifies the additional information which must be given when plates are ordered for someone else as a gift, but the correct name of the plate owner was not given.

170.06--Specifies what happens to the current plates when the new plates are received.

170.08--Specifies how and when new plates are delivered or must be picked up.

170.10--Explains that if the plate owner chooses to keep the environmental license plates when registration fees are not due on the vehicle, a special retention fee must be paid.

170.12--Explains the reasons the department can cancel a license plate after it has been issued, and what actions the owner can take to stop the cancellation.

171.00--Refers to the statutory definition of the term "former prisoner of war," specifies the application requirements and documents needed to prove eligibility for a Prisoner of War license plate, and refers to the letter/number combinations which must appear on the plates.

171.02--Clarifies that a prisoner of war may apply for Prisoner of War plates for each vehicle owned.

171.04--Specifies that Prisoner of War license plates must be returned to the department when the prisoner of war dies.

Z94-0520-01

173.00--Specifies the application requirements and refers to documents needed to prove eligibility for a Legion of Valor or Purple Heart license plate, specifies the fees required, and specifies what happens to the current plates when the new plates are received.

173.02--Provides a list of the acceptable documents to prove eligibility for a Legion of Valor license plate.

173.04--Provides a list of the acceptable documents to prove eligibility for a Purple Heart license plate.

173.06--Clarifies that a Legion of Valor or Purple Heart recipient may apply for Legion of Valor or Purple Heart license plates for each vehicle owned.

173.08--Specifies that Purple Heart license plates must be returned to the department when the Purple Heart recipient dies.

FISCAL IMPACT STATEMENT

The proposed regulatory action imposes (1) no cost or savings to any state agency, (2) no cost to any local agency or school district that is required to be reimbursed under Part 7 (commencing with Section 17500) of Division 4 of the Government Code, (3) no other nondiscretionary cost or savings to local agencies, and (4) no cost or savings in federal funding to the state. The fee established in regulation for Purple Heart license plates reimburses the department for the costs to administer the program; all other fees are established by statute and are not a result of these regulations.

COST TO LOCAL AGENCIES AND SCHOOL DISTRICTS

The proposed regulatory action does not impose any mandate on local agencies or school districts.

EFFECT ON HOUSING COSTS

The proposed regulatory action has no effect on housing costs.

EFFECT ON BUSINESS

The department finds that the adoption of the proposed regulatory action affects businesses who choose to apply for special license plates, but has no significant adverse economic impact on businesses, including the ability of California businesses to compete with businesses in other states. Any businesses which choose to apply for these license plates perform a simple application process which requires minimal time and paperwork on their part. No studies or data were relied upon in making this determination.

ASSESSMENT REGARDING JOB CREATION/ELIMINATION

The department has determined that the proposed regulations will not create or eliminate jobs within California, will not create or eliminate businesses within California, and will not affect the expansion of businesses currently doing business within California.

Z94-0520-01

COST IMPACT ON PRIVATE PERSONS OR BUSINESSES
The potential cost impact of the proposed regulatory action is expected to be insignificant on private persons or directly affected businesses.

ALTERNATIVES CONSIDERED
The department must determine that no alternative considered by the department would be more effective in carrying out the purpose for which the action is proposed, or would be as effective and less burdensome to affected private persons than the proposed action.

CONTACT
Inquiries relevant to the proposed regulatory action should be directed to departmental representative Sally Theroux, Department of Motor Vehicles, Regulations Unit, PO Box 932345, Sacramento, California 94232-3450 or (916) 657-5690.

AVAILABILITY OF STATEMENT OF REASONS AND TEXT OF PROPOSED REGULATION
The department has prepared an initial statement of reasons for the proposed action and has available all the information upon which the proposal is based. The express terms of the proposed action written in plain English are available from the contact person named in this notice. The contact person identified in this notice shall make available to the public upon request the express terms of the proposed action using underline or italics to indicate additions to, and strikeout to indicate deletions from, the California Code of Regulations. The contact person identified in this notice shall also make available to the public upon request the initial statement of reasons and the location of public records, including reports, documentation, and other materials, related to the proposed action.

AVAILABILITY OF MODIFIED TEXT
Following the written comment period, the department may adopt the proposed regulations substantially as described in this notice. If modifications are made which are sufficiently related to the originally proposed text, the full modified text with changes clearly indicated shall be made available to the public for at least 15 days prior to the date on which the department adopts the resulting regulations. Requests for copies of any modifications to the regulations should be directed to the department contact person identified in this notice. The department will accept written comments on the modified regulations for 15 days after the date on which they are first made available to the public.

EXHIBIT 2

Z94-0520-01

# EXPRESS TERMS

## TITLE 13.  MOTOR VEHICLES

## ARTICLE 3.1 SPECIAL PLATES

## ENVIRONMENTAL LICENSE PLATES

### 170.00.  Information Required on an Application for Environmental License Plates.

(a) An application for environmental license plates, as defined in Section 5103 of the Vehicle Code, shall be submitted in person or by mail to the department on an application for Environmental License Plates, Form REG. 17 (7/92), provided by the department.

(1) If the application is made in person, it shall be made to any department location which processes vehicle registrations.

(2) If the application is made by mail, it shall be sent to the Department of Motor Vehicles, P.O. Box 942869, Sacramento, CA 94269-0001, or to any department location which processes vehicle registrations.

(b) The application shall be accompanied by the applicable fee specified in Sections 4850, 5106 and 5108 of the Vehicle Code.

(c) The application shall include the following information:

(1) An indication of whether the application is for original plates, duplicate plates, or substitute plates, and whether one or two plates are needed for duplicate or substitute plates.

(2) An indication of whether the license plates will be assigned to an auto/truck, trailer, or motorcycle.

(3) The applicant's first and second choices of the configuration of letters and numbers to appear on the license plates and the meaning of each.

(A) The configuration shall comply with the specifications of Section 5105 of the Vehicle Code.

(B) When a desired configuration is not available, a letter shall not be substituted for a number, nor shall a number be substituted for a letter, to create another configuration with a similar appearance.

(C) The number zero shall not be used in the configuration.

(D) The department shall refuse any configuration that may carry connotations offensive to good taste and decency, or which would be misleading, based on criteria which includes, but is not limited to, the following:

(i) The configuration has a sexual connotation or is a term of lust or depravity.

(ii) The configuration is a vulgar term; a term of contempt, prejudice, or hostility; an insulting or degrading term; a racially degrading term; or an ethnically degrading term.

(iii) The configuration is a swear word or term considered profane, obscene, or repulsive.

1

Z94-0520-01

    (iv) The configuration has a negative connotation to a specific group.
    (v) The configuration misrepresents a law enforcement entity.
    (vi) The configuration has been deleted from regular series license plates.
    (vii) The configuration is a foreign or slang word or term, or is a phonetic spelling or mirror image of a word or term, falling into the categories described in (i) through (vi).
    (4) The true full name of the person who will be the plate owner as shown on the driver license or identification card.
    (5) The address of the person who will be the plate owner.
    (6) The purchaser's name.
    (7) A statement signed by the purchaser indicating the purchaser has read the instructions contained on the application and understands the conditions under which the plates are to be issued.
    (8) The purchaser's daytime telephone number.
    (9) If the plate is being purchased as a gift, the plate owner specified in (4) and (5) shall be the recipient, and the purchaser specified in (6), (7), and (8) shall be the applicant.
    (10) The location of the department or auto club office where the current license plates and registration will be exchanged for the environmental license plates if the vehicle to which the plates will be assigned is unknown.
    (d) The department shall not honor a request for a change of choice or spacing in the letter/number configuration, or a request for a refund, after the license plate reservation is made, unless the request is due to departmental error.
    (1) If the department erred when making the environmental license plate reservation, and the plate owner requests a change, the plate owner shall be permitted to submit a new environmental license plates application without payment of additional fees.
    (2) If the department did not err when making the reservation, a new application and application fees shall be submitted for any change in the configuration.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 4850, 5101, 5102, 5103, 5105, 5106, and 5108, Vehicle Code.

**170.02.  Assignment of Environmental License Plates to Leased or Company Vehicle.**
    (a) If the applicant is the lessee of the vehicle to which the environmental license plates are to be assigned but the registration certificate does not show the applicant's name as a lessee, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the leasing company.
    (b) If the environmental license plates are to be assigned to a company vehicle, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the company.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 5101, 5104, and 5105, Vehicle Code.

DMV 024273

**170.04.  Receipt of Environmental License Plates as a Gift.**
   (a) A statement of facts shall be required when the plates were ordered as a gift and the purchaser's name was incorrectly listed as the plate owner.
   (1) The statement of facts shall indicate that the plates are a gift to the registered owner or lessee of the vehicle to which the plates will be assigned and that no money changed hands.
   (2) The statement of facts shall be completed either by the original applicant or the recipient.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5101, 5104, and 5105, Vehicle Code.

**170.06.  Surrender of Current Plates.**
   (a) When application for environmental license plates is made for a currently registered vehicle, and the vehicle to which the plates will be assigned is known, the current plates shall be surrendered to the department at the time of application, with the following exception:
   (1) If the current plates are not available, the applicant shall complete a statement of facts.
   (A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
   (i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.
   (b) When the vehicle to which the plates will be assigned is unknown at the time of application, the current plates and registration certificate shall be surrendered when the environmental license plates are picked up and assigned to the vehicle, with the following exception:
   (1) If the current plates are not available, the applicant shall complete a statement of facts.
   (A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
   (i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5101 and 5105, Vehicle Code.

**170.08.  Delivery of Environmental License Plates.**
   (a) When the vehicle to which the plates will be assigned is known and the registration documents are furnished at the time of application, the department shall mail the plates to the plate owner.
   (b) When the vehicle to which the plates will be assigned is unknown or the registration documents are not furnished at the time of application, the department

3

shall notify the plate owner when the plates have been delivered to the designated office.

(1) The department shall make three attempts by telephone or mail to contact the plate owner to pick up the plates and assign them to a vehicle.

(A) If the owner does not respond within four months of the first contact attempt, the department shall notify the owner in writing that priority to the plates will be lost in 30 days and the plates will be destroyed.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 5104 and 5105, Vehicle Code.

## 170.10.  Retention of Environmental License Plates.

(a) When payment of registration renewal fees is not required as specified in Vehicle Code Section 4000 for a vehicle to which the environmental license plate was last assigned, the environmental license plate owner shall be permitted to retain the plate upon payment of an annual retention fee of $25, as specified in Vehicle Code Section 5106(c).

(1) If the annual retention fee is not paid by the expiration of the registration year for which payment of registration renewal fees is not required, the plate owner shall lose ownership and the letter/number configuration shall become available for reassignment.

NOTE:  Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5105 and 5106, Vehicle Code.

## 170.12.  Cancellation of Environmental License Plates.

(a) Pursuant to Vehicle Code Section 5105, the department shall cancel and order the return of any environmental license plate previously issued which contains any configuration of letters and/or numbers which the department later determines may carry connotations offensive to good taste and decency.

(1) The department shall base this determination on the criteria specified in Section 170.00(c)(3)(d).

(b) The department shall notify the plate owner in writing of the cancellation and advise the plate owner of the options available for further action, as specified in Vehicle Code Section 5105(b).

(1) Pursuant to Vehicle Code Section 5105(b), the plate owner shall be entitled to a hearing by submitting a written request to the department no later than ten departmental business days after receiving the notification.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Section 5105, Vehicle Code.

DMV 024275

Z94-0520-01

## FORMER PRISONER OF WAR PLATES

### 171.00.  Requirements for Former Prisoner of War License Plates.

(a) To be eligible for former Prisoner of War license plates, the applicant for plate ownership must meet the definition of a former prisoner of war as described in Section 324.5 of the Vehicle Code.

(b) In addition to the requirements specified in Sections 170.00 through 170.08 for environmental license plates, the applicant shall present proof of the registered owner's or lessee's eligibility for a former Prisoner of War license plate by submitting to the department one of the following documents:

(1) A letter of verification from the National Personnel Records Center showing the registered owner's or lessee's name and establishing that the registered owner or lessee was held as a prisoner of war by forces hostile to the United States during a period of armed conflict.

(2) An official document which substantiates that the registered owner or lessee was a prisoner of war, such as a Veterans Administration Hospital Card marked "POW" or military discharge papers which declare the bearer to be an ex-prisoner of war.

(c) The evidence submitted to the department shall be returned to the applicant.

(d) The configuration specified in Section 170.00(c)(3) shall meet the specifications of Vehicle Code Section 5101.5.

NOTE: Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 324.5, 5101.5, 5106 and 5108, Vehicle Code.

### 171.02.  Number of Prisoner of War License Plate Sets.

(a) Upon application, submission of eligibility proof, and payment of fees specified in Section 170.00(b), additional sets of Prisoner of War license plates, each set bearing a different configuration, shall be issued for each vehicle owned or leased by the former prisoner of war.

NOTE: Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Section 5101.5, Vehicle Code.

### 171.04.  Surrender of Prisoner of War License Plates upon Death.

(a) Prisoner of War license plates shall be surrendered to the department within 60 days after the death of the former prisoner of war.

(b) Prisoner of War license plate ownership shall not be transferred to any other person, including the co-owner of the vehicle.

NOTE: Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Section 5101.5, Vehicle Code.

DMV 024276

Z94-0520-01

## LEGION OF VALOR AND PURPLE HEART LICENSE PLATES

### 173.00.  Application Requirements for Legion of Valor License Plates or Purple Heart License Plates.

(a) An application for Legion of Valor license plates or Purple Heart license plates for a vehicle currently registered in California shall be submitted to the department on a Special License Plate Application, Form REG. 583 (12/91), provided by the department and shall include the following information:

(1) The vehicle identification number of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

(2) The make of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

(3) The current license plate number of the vehicle to which the Legion of Valor or Purple Heart license plates will be assigned.

(4) The true full name of the registered owner of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

(A) To be eligible for a Legion of Valor license plate, the registered owner must be the recipient of one or more of the following medals: Army Medal of Honor, Navy Medal of Honor, Air Force Medal of Honor, Army Distinguished Service Cross, Navy Cross or Air Force Cross.

(B) To be eligible for a Purple Heart license plate, the registered owner must be a recipient of a Purple Heart.

(5) The address of the registered owner.

(6) A statement signed and dated by the registered owner certifying under penalty of perjury under the laws of the State of California that all the information entered on the application by the registered owner is true and correct.

(7) The registered owner's daytime telephone number.

(8) An indication of whether the vehicle to which the Legion of Valor license plates will be assigned is classified as auto/commercial or trailer.

(A) Legion of Valor license plates shall not be assigned to motorcycles.

(9) An indication of whether the vehicle to which the Purple Heart license plate will be assigned is classified as auto/commercial, motorcycle, or trailer.

(10) An indication that the type of plates requested are Legion of Valor or Purple Heart license plates.

(b) The application shall be submitted with:

(1) Proof of eligibility as specified in Section 173.02 for Legion of Valor license plates or Section 173.04 for Purple Heart license plates.

(2) The fee required by Section 5101.4 of the Vehicle Code for Legion of Valor license plates; or

(3) In addition to the regular fees for an original or renewal registration, a fee of $36 for Purple Heart license plates, unless the recipient is exempt from the additional fees for one vehicle pursuant to Section 5101.8(d) of the Vehicle Code.

(4) The current registration certificate.

(c) The current plates shall be surrendered to the department at the time of application, with the following exception:

6

DMV 024277

  (1) If the current plates are not available, the applicant shall complete a statement of facts.

  (A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.

  (i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE:  Authority cited: Section 1651, Vehicle Code. Reference:  Sections 5101.4 and 5101.8, Vehicle Code.

**173.02.  Additional Requirement for Legion of Valor License Plate Application.**
  (a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the medal recipient's name and type of medal awarded, which shall be retained by the department:

  (1) Department of Defense form D.D. 214.

  (2) A General Order issued by the Department of Defense.

  (3) Correspondence with a letterhead from the Awards and Decorations Unit, Department of Defense, The Pentagon, Washington, D.C.

NOTE:  Authority cited:  Section 1651, Vehicle Code. Reference: Section 5101.4, Vehicle Code.

**173.04.  Additional Requirement for Purple Heart License Plate Application.**
  (a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the Purple Heart recipient's name, which shall be retained by the department:

  (1) Orders awarding the Purple Heart.

  (2) The applicant's service record or discharge papers showing receipt of the Purple Heart award.

  (3) Certification from a Purple Heart organization.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Section 5101.8, Vehicle Code.

**173.06.  Number of Legion of Valor or Purple Heart License Plate Sets.**
  (a) Upon application, submission of eligibility proof, and payment of the applicable fee specified in Section 173.00(b)(2) and (3), additional sets of Legion of Valor or Purple Heart license plates, each set bearing a different configuration, shall be issued for each vehicle owned by the medal or Purple Heart recipient, respectively, regardless of the number of awards received.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Sections 5101.4 and 5101.8, Vehicle Code.

Z94-0520-01

### 173.08.  Surrender of Purple Heart License Plates upon Death.
   (a) Purple Heart license plates shall be surrendered to the department within 60 days of the death of the Purple Heart recipient.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Section 5101.8, Vehicle Code.

DMV 024279

Exhibit 3

DMV 024280

Z94-0520-01

## SPECIAL PLATES FORMS

Environmental License Plates                    REG 17 (Rev. 7/92)

Special License Plate Application               REG 583 (Rev. 12/91)

Z94-0520-01

## ENVIRONMENTAL LICENSE PLATES—INSTRUCTIONS

If this application is to be mailed, send to Department of Motor Vehicles, P. O. Box 942869, Sacramento, CA 94269-0001.

The ELP fee will be deposited in the California Environmental Protection Fund. The additional $1 charged for reflectorized plates covers the cost of reflectorizing. Make check or money order payable to the Department of Motor Vehicles.

**NOTE: ALL ENVIRONMENTAL LICENSE PLATES HAVE AN ADDITIONAL $25 RENEWAL FEE EACH YEAR.**

NAME REQUIREMENT—Enter the name of the person who will be the owner of the plates (for ELP gifts, this will be the recipient's name). Plate applicant (purchaser) signs on signature lines.

**DO NOT SUBSTITUTE LETTERS FOR NUMBERS OR NUMBERS FOR LETTER.**

Position the characters in the boxes as you wish them to show on your license plates.
Slash = 1/2 space     • = full space     Number zero cannot be used
Write letter O as 0, letter i as 1 and number one as 1.

| 1 | C | R | Ø | S | S | 2 | I | • | A | M | A | M | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Space is available for only ONE half-space with 7 digit license plates.)*
*NOTE: Two half spaces DO NOT equal one character.*

Plates will be sent to the DMV office you name in the application, to be exchanged for your present plates. The current registration card must be surrendered at that time.

Please enter telephone number (include area code) where we can call you during the day if a problem arises in connection with your choice of plates.

### California Environmental Protection Program*

**Environmental License Plate Application Instructions**

The department has the right to refuse any combination of letters only or letters and numbers that may carry connotations offensive to good taste and decency, or which would be misleading, or in conflict with any license plate series now issued.

NOTE: A $25 annual fee is due to retain your priority to the plates even if your vehicle is not registered or the plates have been removed when the vehicle is sold. A $20 fee is also collected when the plates are transferred to another vehicle.

If the Environmental License Plates are to be used on a leased vehicle, company vehicle, or are intended as a gift, a Statement of Facts may be required at the time the plates are issued.

NOTE: The department will not honor a change of choice or spacing or a request for refund after the reservation is made.

*California's Environmental Protection Program: To preserve and protect California's environment.

REG 17 (REV 7/92)

92 70324

---



**STATE OF CALIFORNIA**
**DMV**
**DEPARTMENT OF MOTOR VEHICLES**
*A Public Service Agency*

| | DEPT. USE ONLY |
|---|---|

## ENVIRONMENTAL LICENSE PLATES

- ☐ ORIGINAL—$41
- ☐ DUPLICATE—$31
- ☐ SUBSTITUTE
- ☐ ONE PLATE
- ☐ TWO PLATES

FOR: *( IF EACH APPLICABLE BOX)*
- ☐ AUTO/TRUCK (A)
- ☐ TRAILER (T)
- ☐ MOTORCYCLE (M)

**PLEASE READ INSTRUCTIONS ON THE REVERSE SIDE**

I hereby make application for Environmental License Plates to be assigned to a currently registered vehicle. I request the following combination of letters (only) or letters and numbers (not less than two or more than seven positions).

**First Choice**

**Meaning**

**Second Choice**

**Meaning**

**NOTE: The department will not process if a meaning (including any secondary meaning) is not indicated above.**

TRUE FULL NAME OF PLATE OWNER AS SHOWN ON THE DRIVER LICENSE OR ID CARD (LAST, FIRST, MIDDLE)

STREET ADDRESS _____ APT.

CITY _____ STATE _____ ZIP _____

NAME OF PURCHASER (PRINT)

I have read the instructions on the reverse and understand the conditions under which these plates are to be issued.

PURCHASER'S SIGNATURE
X _____

DAYTIME TELEPHONE NUMBER
( )

LOCATION OR THE DMV OR AUTO CLUB WHERE PRESENT PLATES AND REGISTRATION CARD WILL BE EXCHANGED FOR YOUR NEW PLATE(S) IF.

| FOR DEPT. USE ONLY | RECEIPT NUMBER | DATE FEES PAID | MAIL CODE | DMV USE |
|---|---|---|---|---|

REG 17 (REV 7/92)

DMV 024282

Z94–0520–01

## SPECIAL LICENSE PLATE APPLICATION

The special plates will be assigned to the following vehicle. Vehicle must be currently registered in California.

| VEHICLE IDENTIFICATION NUMBER | MAKE | LICENSE PLATE NUMBER |

REGISTERED OWNER'S TRUE FULL NAME *(PLEASE PRINT)*

ADDRESS

| CITY | STATE | ZIP CODE |

### CERTIFICATION

I certify under penalty of perjury under the laws of the State of California, that the information entered by me on this document is true and correct. In addition, if the vehicle is classified as a Horseless Carriage, Historical Vehicle, or Street Rod, it will be used primarily for exibition or similar purposes.

DATE        SIGNATURE
X

DAYTIME PHONE NO.
(        )

*Please check appropriate boxes.*

THE PLATES WILL BE ASSIGNED TO:

☐ Auto/Commercial    ☐ Trailer    ☐ Motorcycle

THE TYPE OF PLATES REQUESTED:

☐ Historical Vehicle ($25)

☐ Horseless Carriage ($25)

☐ Antique Motorcycle ($15)

☐ Legion of Valor Plates ($36) *(a copy of service records showing applicant was awarded either Army, Navy, Air Force Medal of Honor, or Army Distinguished Service Cross, Navy Cross or Air Force Cross must accompany this application)*

☐ Pearl Harbor Survivor Plates ($36) *(certification on reverse side must be completed)*

☐ Purple Heart Plates ($36) *(a copy of orders, service record or discharge papers showing Purple Heart Award must accompany this application)*

☐ Amateur Radio Station Plates ($21) *(a copy of your unexpired FCC license must accompany this application)*

☐ Press Photographer Plates ($20) *(certification on reverse side must be completed by your employer)*

☐ Constable Plates ($25) *(enter county of employment below)*

COUNTY EMPLOYED BY:

DMV 024283

DMV 583 (REV 12/91)

OVER

## CERTIFICATION

### PEARL HARBOR SURVIVOR PLATES

*The plate owner was a member of the United States Armed Forces on December 7, 1941. He/she was stationed at Pearl Harbor, the island of Oahu, or offshore within a distance of three miles, on December 7, 1941, during the hours of 7:55 a.m. to 9:45 a.m., Hawaii time and received an honorable discharge from military service.*

Statement must be signed by an officer of a California chapter of the Pearl Harbor Survivors Association.

DATE        SIGNATURE
X

TITLE        DAYTIME PHONE NUMBER
(        )

### PRESS PHOTOGRAPHER LICENSE PLATES

*The above mentioned person is regularly employed or engaged in devoting more than fifty percent of his/her employment time or receiving more than fifty percent of his/her personal income as a press photographer or cameraman for a bona fide:*

☐ Newspaper        ☐ Newsmagazine        ☐ Newsgathering Agency

☐ Newsreel Company    ☐ Television Station

NAME OF COMPANY

ADDRESS

DATE        SIGNATURE AND TITLE OF ORGANIZATION'S REPRESENTATIVE
X

### LICENSE PLATE INFORMATION

**Horseless Carriage Plates** may be issued to motor vehicles manufactured in 1922 or prior, or to vehicles manufactured with 16 or more cylinders before 1965.

**Historical Plates** may be issued to a motor vehicle manufactured after 1922, that is 25 years old, and is of historic interest.

**Antique Motorcycle** plate may be issued to a motorcycle manufactured in 1942 or before.

**Legion of Valor Plates** may be issued to motor vehicles owned by Army, Navy, Air Force Medal of Honor, or Army Distinguished Service Cross, Navy Cross, and Air Force Cross recipients.

**Pearl Harbor Plates** may be issued to motor vehicles, other than a motorcycle, owned by anyone who was a member of the U.S. Armed Forces stationed at Pearl Harbor on December 7, 1941, and received an honorable discharge from military service.

**Purple Heart Plates** may be issued to vehicles owned by a Purple Heart recipient.

**Amateur Radio Plates** may be issued to a motor vehicle owned by anyone holding an unexpired license issued by the Federal Communications Commission. (Licensee may obtain only one set of license plates.)

**Press Photographer Plates** may be issued to a motor vehicle owned by anyone employed or engaged as a newspaper, newsreel, or television photographer. (Licensee may obtain only one set of license plates.)

**Constable Plates** may be issued to any vehicle owned by a constable or deputy constable and used in law enforcement work.

Department of Motor Vehicles
P. O. Box 942869
Sacramento, CA 94269-0001

EXHIBIT 4

Z94-0520-01

# THE INITIAL STATEMENT OF REASONS

## SPECIAL PLATES

Sections 5101, 5102 through 5106, and 5108 of the Vehicle Code describe and define environmental license plates, and address the requirements for eligibility, issuance, application, cancellation, and fees for environmental license plates.  Sections 5101.4, 5101.5, and 5101.8 of the Vehicle Code provide the description, eligibility requirements, and fees for Legion of Valor license plates, former Prisoner of War (as defined in Vehicle Code Section 324.5) license plates, and Purple Heart license plates.

The regulatory action is proposed to add Sections 170.00 through 171.04 and 173.00 through 173.08, Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations in order to specify the procedures and requirements associated with environmental license plates, former Prisoner of War license plates, Legion of Valor license plates, and Purple Heart license plates.

No alternative considered by the department would be more effective in carrying out the purpose for which the regulations are proposed or would be as effective or less burdensome to affected private persons than the proposed regulations.

## 170.00.  Information Required on an Application for Environmental License Plates.

Vehicle Code Section 5101 allows any registered owner or lessee of a passenger vehicle, commercial vehicle, or trailer to apply for environmental license plates which carry a combination of letters and/or numbers of the applicant's choice. Section 5105 indicates the application shall be made in such form as required by the department.

The purpose of this section is to specify the application form and information required by the department to request an environmental license plate, to establish procedures for submitting the application, and to provide a reference to the fees which must be submitted with the application.  This section also establishes specifications for the license plate configuration, the conditions under which the department can disapprove a requested configuration, and the conditions under which the department will allow a change in the configuration without the payment of an additional application fee.

This section is necessary so the affected public is able to determine easily what is required to apply for an environmental license plate.

It is necessary to require a specific form to ensure the designated information is provided in an organized manner and to enable the application to be processed in

1

the most efficient manner. The procedures for filing an application must be included in regulation so the affected public will be informed of where and how to file an application. The applications can be made in person or mailed to any department office which processes vehicle registrations because these offices can process the applications. The applications can also be mailed directly to the department headquarters for processing. The department has determined that these procedures are necessary to provide customer convenience and maximize the opportunity to submit applications. It is necessary to include a reference to the required statutory fees for clarity so the affected public will have a complete description of all the requirements associated with an application for environmental license plates.

It is necessary for the application to specify the type and number of plates for which application is being made and the type of vehicle to which the plate will be assigned to enable the department to produce the correct number and size of plates and determine the correct fees.

It is necessary for the applicant to list the first and second choices for the license plate configuration to provide the department with the information necessary to produce the license plate. Two choices are required in case the department is unable to honor the first choice because of duplication with an existing plate or series, or because the configuration is misleading or may carry connotations offensive to good taste and decency. Section 5105 of the Vehicle Code authorizes the department to refuse to issue plates if the configuration is misleading or carries connotations offensive to good taste and decency. The applicant must provide the meanings of the requested configurations to enable the department to make this determination. The department has established that it is in the public interest to refuse to issue offensive and misleading configurations, and has developed guidelines to assist in the determination. It is necessary to include the guidelines in regulation so the affected public will be apprised of the types of license plate configurations which the department will not approve.

It is necessary to refer to the configuration specifications found in statute so the affected public is made aware of the factors which must be considered when designing the configuration. It is also necessary to specify in regulation those restrictions on letters and/or numbers not specified in statute so the affected public will know what is acceptable when designing the configuration for the plates. In addition to the specifications described in Vehicle Code Section 5105, the department has determined that it is necessary to prohibit substituting numbers for letters and vice versa in a configuration which would resemble an existing configuration because it could hamper law enforcement and other agencies' ability to ensure a correct match with the department's computer files when reporting or obtaining information based on the license plate number. Similarly, the number zero cannot be used because it would be impossible to differentiate from the letter "O."

2

The name of the person who will own the plates is necessary to identify who the plate owner will be and to enable the department to determine if the person meets the eligibility requirements specified in Section 5101 of the Motor Vehicle Code to own the plate. The name must be shown as it appears on the driver license or identification card because these documents contain the person's true full name and are the standard to which all other documents must adhere for identification purposes. It is necessary for the department's records to reflect the same name, instead of nicknames or aliases, so that all records belonging to the individual can be identified. The address is necessary to ensure the department's records are correct and to provide the department with a method to notify the plate owner that the plates are ready for exchange or to mail the plates directly to the plate owner.

The purchaser's name is necessary because it may be different than the person who will be the plate owner if the plates are being purchased as a gift. The purchaser's signature is necessary because it is the method by which the purchaser certifies that the instructions have been read and the conditions under which the plates are to be issued are understood. The purchaser's phone number is necessary in case the department needs to contact the purchaser quickly should any questions arise. The department would attempt telephone contact with the purchaser if the plates are to be a gift.

It is necessary for the applicant to indicate the location of the department or auto club office where the current license plates and registration will be exchanged for the new environmental license plates so the department knows where to have the plates delivered when they are produced. The environmental license plates cannot be mailed directly to the intended plate owner unless they have been assigned to a specific vehicle and the conditions regarding the surrender of the current plates have been met.

It is necessary to specify the conditions under which the department will not change the license plate configuration or refund the fees so the affected public will know that once they have agreed to a certain configuration, they will not be allowed to change it without completing the application process again. The department cannot honor a request for a change after the reservation has been made because once the process to produce the plates has been initiated, any changes would complicate and delay the process and would result in additional costs to the State. Additional fees to change the configuration are not required if the department erred in the design of the plate because the plate owner is not responsible for department mistakes.

### 170.02.  Assignment of Environmental License Plates to Leased or Company Vehicle.

Vehicle Code Section 5104 requires environmental license plates to be issued only to the registered owner or lessee of the vehicle on which they are to be displayed. Sometimes, the applicant's name will not appear on the registration certificate as the lessee, especially when the vehicle has been recently leased and the leasing company has not updated the registration documents with new lessee information.  In

3

Z94-0520-01

addition, the applicant's name would not appear on the registration certificate for a vehicle which is owned by a company.

The purpose of this section is to specify the situations under which a statement of facts is required when the applicant's name does not appear on the registration certificate and to specify the information which must be included in the statement of facts.

It is necessary for the department to require a statement of facts from the leasing company when the plates are to be assigned to a leased vehicle and the applicant's name does not appear on the registration as a lessee to ensure that the applicant is actually the lessee.

A statement of facts is necessary when the plates are to be assigned to a company vehicle because the applicant is not actually the registered owner or lessee of the vehicle. In many cases the company is the registered owner. Because the applicant is part of the company and has authorized use of the vehicle, the department has determined that it is consistent with the intent of the statute to allow environmental license plates to be assigned to a company vehicle, with the permission of the company, even though the applicant is not the registered owner or lessee of the vehicle. A statement of facts must be completed by the company to ensure the applicant is authorized to display the plates on the company vehicle.

## 170.04.  Receipt of Environmental License Plates as a Gift.

Occasionally, when environmental license plates are ordered as gifts for another individual, the purchaser's name is given incorrectly as the intended plate owner's.

The purpose of this section is to specify the documentation required when the department's records do not show the correct name for the plate owner.

It is necessary to require a statement of facts when the license plates are a gift and the purchaser's name is shown on the department's records instead of the intended plate owner's because the department must ensure that its records are accurate and the plates are being delivered to the correct person. In addition, it is necessary to certify that no money exchanged hands between the purchaser and the recipient to ensure that the plates were not sold. No one other than the department is authorized to sell environmental license plates. The statement of facts can be completed by either the purchaser or the recipient because both of the individuals would have knowledge of the situation.

## 170.06.  Surrender of Current Plates.

It is the department's policy to require, with noted exception, the surrender of current plates when environmental license plates are ordered or picked up. The current plates are not always available when the applicant is at the department's

DMV 024288

office. In order to avoid requiring the applicant to return to the office to surrender the plates, the applicant can certify that he/she understands that the current plates are no longer valid and will destroy the plates.

The purpose of this section is to specify the requirements to either surrender the current plates or complete a statement of facts in which the applicant acknowledges an understanding that the plates are no longer valid and agrees to destroy the plates.

It is necessary to require the environmental license plate applicant to surrender the current plates or to sign a statement certifying he/she understands the plates are no longer valid and will destroy the current plates because any unauthorized use of the license plates could hamper the efforts of law enforcement and other agencies who rely on license plate information to protect the public. It is necessary to define what is considered destruction of the license plates so the affected public is made aware that the plates must be rendered useless. Compliance with this definition would prevent the plates from being subsequently retrieved and attached to a vehicle. If the plates are not surrendered or destroyed, they could be lost or stolen and used illegally. It is necessary for the department to allow the owner to destroy the plates in order to simplify the process and reduce the number of trips to the department's office.

## 170.08. Delivery of Environmental License Plates.

When the vehicle to which the environmental license plates will be assigned is known at the time of application, the department mails the environmental license plates to the owner. If the vehicle to which the plates will be assigned is not known at the time of application, the plates must be picked up so the department can assign the plates to the vehicle.

The purpose of this section is to specify the procedures for delivery of the plates.

It is necessary to inform the affected public of the department's procedures for delivering environmental license plates so they will know under which circumstances the plates will be mailed or when the plates must be picked up. It is necessary for the department to notify the plate owner when the plates are available for pick-up and to explain the consequences of a failure to pick up the plates. The public needs to know that plates will not be kept indefinitely, and if arrangements are not made to pick up the plates within the given time period, they will not be available. The department has determined that making three notification attempts by telephone and/or mail and allowing four months from the time the department first attempts notification is adequate for arrangements to be made to pick up the plates and generally allows for extended vacations, illnesses, mail forwarding if a move has occurred, etc. In addition, the final written notification that the plate owner has 30 days to pick up the plates before priority to the plates is lost and they are destroyed affords adequate consumer protection. The department must put some limit on the length of time allowed to pick up the plates because the department's

Z94-0520-01

storage space is limited and others are prevented from purchasing the same configuration.

## Section 170.10.  Retention of Environmental License Plates.

Vehicle Code Sections 5105(c) and 5106(c) give the department authority to cancel environmental license plates when the specified fees are not paid.  Some environmental license plate owners do not realize that even though registration fees are not required for a nonoperative vehicle to which environmental license plates were assigned, a $25 fee must still be paid to retain the plates.

The purpose of this section is to clarify Vehicle Code Sections 5105(c) and 5106(c) so that the affected public understands that if the environmental license plate fee is not paid, ownership of the plates will be lost and the configuration can be reassigned to another individual.

It is necessary for consumer protection to specify in regulation that the retention of environmental license plates which were assigned to a vehicle on which registration fees are not required pursuant to Vehicle Code Section 4000 is contingent on the payment of the fee specified in Vehicle Code Section 5106(c).  It is necessary to specify when the fee is due in order to clarify the statutory timeframe and ensure the affected public has a clear understanding of the statutory requirements.

## Section 170.12.  Cancellation of Environmental License Plates.

Vehicle Code Section 5105 authorizes the department to cancel a previously issued environmental license plate if the configuration is later determined to be offensive to good taste and decency.  While the department attempts to make this determination at the application stage, it is not uncommon for an approved license plate to be reported by a member of the public as offensive.  When this occurs, the department must make a determination, in accordance with the procedures specified in Vehicle Code Section 5105, on the acceptability of the license plate configuration.  The owner is entitled to a hearing if one is requested within ten days of receipt of the cancellation order.  The statute does not define if the days refer to calendar or business days.

The purpose of this section is to clarify the statutory authority by specifying the criteria which shall be used to determine if the license plate configuration is considered offensive and to clarify the time frame for requesting a hearing.

It is necessary to specify the criteria used by the department to determine if the plates should be canceled so the affected public is in a position to understand the basis for the department's actions.  A reference to the options available to the owner under Vehicle Code Section 5105(b) is necessary to make the owner aware of the legal basis for pursuing further action without duplicating all the provisions of the statute.  It

6

Z94-0520-01

is necessary to define that a hearing must be requested within 10 departmental business days so there will be no confusion on the deadline for filing a request for a hearing.  Using departmental business days rather than calendar days ensures adequate time for the owner to file a request for a hearing if desired.

## Section 171.00.  Requirements for Former Prisoner of War License Plates.

Vehicle Code Section 324.5 defines the term "former prisoner of war."  Vehicle Code Section 5101.5 requires an applicant for a former Prisoner of War license plate to provide satisfactory proof of his or her former prisoner of war status.  Vehicle Code Section 5101.5 also requires that the plate consist of the letters "POW" followed by four numbers of the applicant's choice.

The purpose of this section is to provide a reference to the statutory definition of "former prisoner of war," to specify the requirements for obtaining Prisoner of War license plates, and to provide a reference to the statutory requirements for the letter and number configuration that must appear on Prisoner of War license plates.

It is necessary to provide a reference to the statutory definition of a former prisoner of war so the affected public will be able to ascertain eligibility requirements for the Prisoner of War license plates.  Because the Prisoner of War license plates are actually a type of environmental license plate, it is necessary to inform the affected public that in addition to the special requirements for a Prisoner of War license plate, the requirements for environmental license plates must be met.  It is necessary to specify the additional requirements for Prisoner of War license plates so the affected public has a complete description of the requirements to obtain Prisoner of War license plates.

It is necessary to specify in regulations the documents that the department will accept as proof of eligibility for a Prisoner of War license plate.  It is necessary for the applicant to provide adequate proof of his or her former prisoner of war status so the department can determine that the eligibility requirement has been met.  A letter verifying the former prisoner of war's status from the National Personnel Records Center provides adequate evidence.  The department has determined that other documents which contain the applicant's name and information indicating former prisoner of war status are also acceptable to substantiate the applicant's eligibility.  It is necessary to return the evidence submitted to the applicant because the applicant may need the document to establish eligibility for other services.

It is necessary to provide a reference to the statutory specifications for the configuration of the Prisoner of War license plate so the affected public will be aware that the configurations available for environmental license plates do not apply to Prisoner of War license plates.

DMV 024291

Z94-0520-01

## Section 171.02.  Number of License Plate Sets.

Vehicle Code Section 5101.5 allows former prisoners of war to apply for and be issued special environmental license plates that bear the letters "POW" and four numbers of the applicant's choice.  The statute does not clearly indicate if Prisoner of War license plates can be issued for more than one vehicle owned or leased by the former prisoner of war.

The purpose of this section is to clarify whether a former prisoner of war may purchase special plates for more than one vehicle.

This section is necessary to clarify for the affected public that separate sets of former Prisoner of War license plates, each set bearing a different configuration, may be issued for each vehicle owned or leased by the former prisoner of war.  The configuration must be different for each set because every vehicle must bear license plates that are unique to that vehicle.

## Section 171.04.  Surrender of License Plates upon Death.

The Vehicle Code does not specifically indicate what happens to the former Prisoner of War license plates upon the death of the former prisoner of war.  Vehicle Code Section 5101.5 provides for issuance of former Prisoner of War license plates only to those applicants who submit satisfactory proof they are former prisoners of war.  Vehicle Code Section 5104 allows environmental license plates to be issued only to the registered owner or lessee of the vehicle on which the plates will be displayed.

The purpose of this section is to specify the disposition of the plates when the former prisoner of war dies, to specify the time frame in which the plates shall be surrendered upon the former Prisoner of War's death and to clarify that the license plates cannot be transferred to another person.

The surrender of the plates is necessary because only a vehicle owned or leased by a former prisoner of war may be assigned Prisoner of War license plates.  When the former prisoner of war dies, he or she is no longer the registered owner or lessee of the vehicle.  It is consistent with Vehicle Code Sections 5101.3 and 5101.8 governing Pearl Harbor Survivor license plates and Purple Heart license plates, respectively, to require the surrender of the license plates upon death.  The Pearl Harbor Survivor and Purple Heart license plates are similar in purpose to the Prisoner of War license plates, and it is reasonable to utilize the same standards for former Prisoner of War license plates.  The 60 day time frame for surrender of the plates was chosen because it is consistent with Vehicle Code Section 5007 that requires surrender of plates within 60 days of the death of the owner of a disabled person or disabled veteran license plate.  The license plates shall not be transferred to another person because each person must establish eligibility by making application as described in Section 5101.5 of the Vehicle Code.  This restriction is consistent with the specifications of

8

Vehicle Code Sections 5101.3 and 5101.8 governing Pearl Harbor Survivor license plates and Purple Heart license plates, respectively.

## Section 173.00.  Application Requirements for Legion of Valor License Plates or Purple Heart License Plates.

Vehicle Code Section 5101.4 allows the recipients of specified military medals awarded as the nation's highest decoration for valor to apply for special license plates that bear the words "Legion of Valor."  Vehicle Code Section 5101.8 allows Purple Heart recipients to apply for special license plates bearing the Purple Heart insignia, and the words "Combat Wounded" and "Purple Heart" or at least the letters "PH" as part of the numerical series.

The purpose of this section is to specify the application form and information required by the department to request a Legion of Valor or Purple Heart license plate, to establish the requirement for the submission of fees and other specified items with the application, and to establish the procedures for the surrender of the vehicle's current license plates.  This section also specifies the types of vehicles which are eligible to carry the Legion of Valor and Purple Heart license plates.

This section is necessary to specify in regulation all requirements for a Legion of Valor license plate or a Purple Heart license plate so that the affected public is easily able to determine what is required to apply for a Legion of Valor or Purple Heart license plate.

It is necessary to require that a specific application form be submitted to the department to ensure the designated information is provided in an organized manner and to enable the department to process the application in the most efficient manner.  The vehicle to which the Legion of Valor or Purple Heart license plates are to be assigned must be currently registered in California because current registration is a requirement for all vehicles owned by California residents to operate on California highways.  It is necessary to require the application to include the vehicle identification number, the make, and the current license plate number of the vehicle which will be assigned Legion of Valor or Purple Heart license plates so that the department can locate and update the vehicle file in the vehicle database.

The name of the registered owner is necessary to ensure that the recipient of the nation's highest decoration for valor or the Purple Heart is the registered owner of the vehicle as required by Sections 5101.4 and 5101.8 of the Vehicle Code.  The address of the registered owner is necessary to ensure the department's records are correct and to allow the department to mail the plates directly to the owner.  The registered owner must sign and date the certification because it is the method by which the owner acknowledges that the information on the application is correct.  The registered owner's telephone number is necessary in case the department needs to contact the individual quickly should any questions arise.

DMV 024293

It is necessary for the owner to indicate which type of vehicle will carry the Legion of Valor or Purple Heart license plates so that the department's records will be accurate and to enable the department to produce the correct number and size of plates. Legion of Valor license plates cannot be assigned to motorcycles because motorcycle license plates are too small to carry the words "Legion of Valor," the license plate number, and the adhesive sticker denoting the medal which are required by law to appear on the license plate. The registered owner must indicate that Legion of Valor plates or Purple Heart plates are being applied for because the form is used to apply for many types of special license plates and this information is essential to properly process the application.

It is necessary to specify the items which must be submitted with the application so the affected public will have a complete description of the requirements associated with an application for Legion of Valor or Purple Heart license plates.

A reference to the required presentation of proof of eligibility for the license plates is necessary in this section in order to present a full description of all the items which must be submitted with the application.

A reference to the required fees specified in statute for Legion of Valor license plates must be included in regulation for clarity and to provide sufficient information in the regulations for the affected public to ascertain the fees. It is necessary to establish the additional fee for Purple Heart license plates in regulation in order to make specific Vehicle Code Section 5101.8(d) which authorizes the department to charge a fee sufficient to cover all costs of the Purple Heart license plate program. The department has determined that the fee must be set at $36 per application to cover the costs. These costs include $21 to produce the plates, $1 for reflectorization, $11 to process the application and issue the plates, and $3 for postage to mail the plates to the owner. A reference to the statutory exemption from the additional fee is necessary in regulations for clarity.

The current registration certificate must be submitted with the application for Legion of Valor or Purple Heart license plates because the certificate is no longer valid and the department will issue a new registration certificate.

It is necessary to require the applicant to surrender the current license plates or to sign a statement certifying he/she understands the plates are no longer valid and will destroy the old plates because any unauthorized use of the license plates could hamper efforts of law enforcement and other agencies who rely on license plate information to protect the public. It is necessary to define what is considered destruction of the license plates so the affected public is made aware that the plates must be rendered useless. Compliance with this definition would prevent the plates from being subsequently retrieved and attached to a vehicle. If the plates are not surrendered or destroyed, they could be lost or stolen and used illegally. It is necessary for the department to allow the owner to destroy the plates in order to simplify the process and minimize the number of customer trips to the department.

10

## Section 173.02.  Additional Requirement for Legion of Valor License Plate Application.

Vehicle Code Section 5101.4 requires Legion of Valor license plate applicants to prove eligibility by presenting conclusive evidence that they are recipients of the nation's highest decoration for valor.

The purpose of this section is to specify what constitutes conclusive evidence of receipt of the nation's highest decoration for valor.

This section is necessary to clarify the statute by specifying the various documents that the department will accept as proof of eligibility for a Legion of Valor license plate.

It is necessary for the registered owner to provide a copy of either the Department of Defense form D.D. 214, a General Order issued by the Department of Defense, or correspondence with a letterhead from the Awards and Decoration Unit of the Department of Defense, identifying the applicant as an award recipient, so that the department can ascertain the applicant's eligibility.  The department has established that these official documents provide adequate proof of the applicant's eligibility. The department developed the list of acceptable documents with the assistance of the California Legion of Valor.  The type of medal awarded must be shown on the document so the department can issue the appropriate adhesive sticker.  The department retains the copy so that it can be microfilmed for retention as part of the file in case the applicant's eligibility is questioned.

## Section 173.04.  Additional Requirement for Purple Heart License Plate Application.

Vehicle Code Section 5101.8 requires that Purple Heart license plate applicants prove eligibility by providing satisfactory evidence that they are Purple Heart recipients.

The purpose of this section is to specify what constitutes satisfactory evidence of receipt of the Purple Heart.

This section is necessary to specify in regulations the various documents that the department will accept as proof of eligibility for a Purple Heart license plate.

It is necessary for the registered owner to provide a copy of either the orders awarding the Purple Heart to the applicant, the applicant's service record or discharge papers showing receipt of the Purple Heart, or certification from a Purple Heart organization identifying the applicant as a Purple Heart recipient, so that the department can ascertain the applicant's eligibility.  The department must retain the copy so that it can be microfilmed for retention as part of the file in case the applicant's eligibility is questioned.  The department has determined that these documents provide satisfactory evidence of the applicant's eligibility.  The list of

Z94-0520-01

acceptable documentation was developed by the department in conjunction with Purple Heart organizations.

## Section 173.06.  Number of Legion of Valor or Purple Heart License Plate Sets.

Vehicle Code Sections 5101.4 and 5101.8 describe the special license plates for which recipients of specified military medals or the Purple Heart can apply.  The statute is clear that only vehicles owned by medal or Purple Heart recipients may bear Legion of Valor or Purple Heart license plates, respectively, but does not specify the number of sets of license plates available to the award recipients.

The purpose of this section is to clarify the statute by specifying how many sets of Legion of Valor or Purple Heart license plates may be owned by an award recipient.

This section is necessary to clarify the statute by establishing in regulation that separate sets of Legion of Valor or Purple Heart license plates, each set bearing a different configuration, may be issued for each vehicle owned by the award recipient, regardless of the number of awards received.  The configuration must be different for each set because every vehicle must bear license plates that are unique to that vehicle.  This section also clarifies the statute by specifying that only one medal or Purple Heart will qualify the recipient for multiple sets of Legion of Valor license plates or Purple Heart license plates, respectively.

## Section 173.08.  Surrender of Purple Heart License Plates upon Death.

Vehicle Code Section 5101.8(c) requires the Purple Heart plates to be surrendered to the department upon the death of the Purple Heart recipient, but does not specify the time frames for surrender.

The purpose of this section is to specify the time frame in which the plates shall be surrendered upon the Purple Heart recipient's death.

It is necessary to clarify the statute by specifying the time frame for surrender of the Purple Heart license plate on the death of the recipient.  The 60 day time frame was chosen because it is consistent with Vehicle Code Section 5007 that requires surrender of plates within 60 days of the death of the owner of a disabled person or disabled veteran license plate.

DMV 024296

EXHIBIT 5

DMV 024297

Z94-0520-01

### THE MAILING NOTICE STATEMENT AND DATE
(Section 86 of Title 1 of the California Code of Regulations)

The Department of Motor Vehicles has complied with the provisions of
Government Code Section 11346.4, subdivisions (a)(1) through (4), regarding
the mailing of the notice of proposed action to adopt Sections 170.00 through
171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13
of the California Code of Regulations.  The notice was mailed June 1, 1994,
over 45 days prior to the scheduled public hearing and the close of the public
comment period on July 25, 1994.


Dated: _7/26/94_____                    _Sally Theroux_____
                                        Sally Theroux
                                        Regulations Analyst

DMV 024298

Exhibit 6

DMV 024299

Z94-0520-01

## THE WRITTEN COMMENTS ON THE ORIGINAL REGULATORY TEXT

The original text was made available to the public from June 3, 1994 through July 25, 1994. No comments were received on the original text.

DMV 024300

EXHIBIT 7

DMV 024301

Z94-0520-01

## THE PUBLIC HEARING PROCEEDINGS

No public hearing was scheduled and the department did not receive any requests for a public hearing from any interested person or his or her duly authorized representative prior to the close of the written comment period. Therefore, no public hearing was held.

EXHIBIT

8

DMV 024303

Z94-0520-01

## THE NOTICE OF MODIFICATION OF THE REGULATORY TEXT

The original text was modified by the department to change a cross reference in Section 170.12(a)(1) which contained a typographical error.  This is a nonsubstantial change which does not alter the requirements, rights, responsibilities, conditions, or prescriptions contained in the original text. Therefore, no notice of modification was required.

DMV 024304

EXHIBIT 9

THE MODIFIED REGULATORY TEXT

EXPRESS TERMS

TITLE 13.  MOTOR VEHICLES

ARTICLE 3.1 SPECIAL PLATES

## ENVIRONMENTAL LICENSE PLATES

**170.00.  Information Required on an Application for Environmental License Plates.**
  (a) An application for environmental license plates, as defined in Section 5103 of the Vehicle Code, shall be submitted in person or by mail to the department on an application for Environmental License Plates, Form REG. 17 (7/92), provided by the department.
  (1) If the application is made in person, it shall be made to any department location which processes vehicle registrations.
  (2) If the application is made by mail, it shall be sent to the Department of Motor Vehicles, P.O. Box 942869, Sacramento, CA 94269-0001, or to any department location which processes vehicle registrations.
  (b) The application shall be accompanied by the applicable fee specified in Sections 4850, 5106 and 5108 of the Vehicle Code.
  (c) The application shall include the following information:
  (1) An indication of whether the application is for original plates, duplicate plates, or substitute plates, and whether one or two plates are needed for duplicate or substitute plates.
  (2) An indication of whether the license plates will be assigned to an auto/truck, trailer, or motorcycle.
  (3) The applicant's first and second choices of the configuration of letters and numbers to appear on the license plates and the meaning of each.
  (A) The configuration shall comply with the specifications of Section 5105 of the Vehicle Code.
  (B) When a desired configuration is not available, a letter shall not be substituted for a number, nor shall a number be substituted for a letter, to create another configuration with a similar appearance.
  (C) The number zero shall not be used in the configuration.
  (D) The department shall refuse any configuration that may carry connotations offensive to good taste and decency, or which would be misleading, based on criteria which includes, but is not limited to, the following:
  (i) The configuration has a sexual connotation or is a term of lust or depravity.

DMV 024306

Z94-0520-01

(ii) The configuration is a vulgar term; a term of contempt, prejudice, or hostility; an insulting or degrading term; a racially degrading term; or an ethnically degrading term.

(iii) The configuration is a swear word or term considered profane, obscene, or repulsive.

(iv) The configuration has a negative connotation to a specific group.

(v) The configuration misrepresents a law enforcement entity.

(vi) The configuration has been deleted from regular series license plates.

(vii) The configuration is a foreign or slang word or term, or is a phonetic spelling or mirror image of a word or term, falling into the categories described in (i) through (vi).

(4) The true full name of the person who will be the plate owner as shown on the driver license or identification card.

(5) The address of the person who will be the plate owner.

(6) The purchaser's name.

(7) A statement signed by the purchaser indicating the purchaser has read the instructions contained on the application and understands the conditions under which the plates are to be issued.

(8) The purchaser's daytime telephone number.

(9) If the plate is being purchased as a gift, the plate owner specified in (4) and (5) shall be the recipient, and the purchaser specified in (6), (7), and (8) shall be the applicant.

(10) The location of the department or auto club office where the current license plates and registration will be exchanged for the environmental license plates if the vehicle to which the plates will be assigned is unknown.

(d) The department shall not honor a request for a change of choice or spacing in the letter/number configuration, or a request for a refund, after the license plate reservation is made, unless the request is due to departmental error.

(1) If the department erred when making the environmental license plate reservation, and the plate owner requests a change, the plate owner shall be permitted to submit a new environmental license plates application without payment of additional fees.

(2) If the department did not err when making the reservation, a new application and application fees shall be submitted for any change in the configuration.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Sections 4850, 5101, 5102, 5103, 5105, 5106, and 5108, Vehicle Code.

**170.02.  Assignment of Environmental License Plates to Leased or Company Vehicle.**
(a) If the applicant is the lessee of the vehicle to which the environmental license plates are to be assigned but the registration certificate does not show the applicant's name as a lessee, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the leasing company.

DMV 024307

Z94-0520-01

  (b) If the environmental license plates are to be assigned to a company vehicle, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the company.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 5101, 5104, and 5105, Vehicle Code.

## 170.04.  Receipt of Environmental License Plates as a Gift.
  (a) A statement of facts shall be required when the plates were ordered as a gift and the purchaser's name was incorrectly listed as the plate owner.
  (1) The statement of facts shall indicate that the plates are a gift to the registered owner or lessee of the vehicle to which the plates will be assigned and that no money changed hands.
  (2) The statement of facts shall be completed either by the original applicant or the recipient.

NOTE:  Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Sections 5101, 5104, and 5105, Vehicle Code.

## 170.06.  Surrender of Current Plates.
  (a) When application for environmental license plates is made for a currently registered vehicle, and the vehicle to which the plates will be assigned is known, the current plates shall be surrendered to the department at the time of application, with the following exception:
  (1) If the current plates are not available, the applicant shall complete a statement of facts.
  (A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
  (i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.
  (b) When the vehicle to which the plates will be assigned is unknown at the time of application, the current plates and registration certificate shall be surrendered when the environmental license plates are picked up and assigned to the vehicle, with the following exception:
  (1) If the current plates are not available, the applicant shall complete a statement of facts.
  (A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
  (i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Sections 5101 and 5105, Vehicle Code.

DMV 024308

Z94-0520-01

**170.08.  Delivery of Environmental License Plates.**
   (a) When the vehicle to which the plates will be assigned is known and the registration documents are furnished at the time of application, the department shall mail the plates to the plate owner.
   (b) When the vehicle to which the plates will be assigned is unknown or the registration documents are not furnished at the time of application, the department shall notify the plate owner when the plates have been delivered to the designated office.
   (1) The department shall make three attempts by telephone or mail to contact the plate owner to pick up the plates and assign them to a vehicle.
   (A) If the owner does not respond within four months of the first contact attempt, the department shall notify the owner in writing that priority to the plates will be lost in 30 days and the plates will be destroyed.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5104 and 5105, Vehicle Code.


**170.10.  Retention of Environmental License Plates.**
   (a) When payment of registration renewal fees is not required as specified in Vehicle Code Section 4000 for a vehicle to which the environmental license plate was last assigned, the environmental license plate owner shall be permitted to retain the plate upon payment of an annual retention fee of $25, as specified in Vehicle Code Section 5106(c).
   (1) If the annual retention fee is not paid by the expiration of the registration year for which payment of registration renewal fees is not required, the plate owner shall lose ownership and the letter/number configuration shall become available for reassignment.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5105 and 5106, Vehicle Code.


**170.12.  Cancellation of Environmental License Plates.**
   (a) Pursuant to Vehicle Code Section 5105, the department shall cancel and order the return of any environmental license plate previously issued which contains any configuration of letters and/or numbers which the department later determines may carry connotations offensive to good taste and decency.
   (1) The department shall base this determination on the criteria specified in Section 170.00(c)(3)(dD).
   (b) The department shall notify the plate owner in writing of the cancellation and advise the plate owner of the options available for further action, as specified in Vehicle Code Section 5105(b).

4

DMV 024309

Z94-0520-01

(1) Pursuant to Vehicle Code Section 5105(b), the plate owner shall be entitled to a hearing by submitting a written request to the department no later than ten departmental business days after receiving the notification.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference:  Section 5105, Vehicle Code.


## FORMER PRISONER OF WAR PLATES

### 171.00.  Requirements for Former Prisoner of War License Plates.

(a) To be eligible for former Prisoner of War license plates, the applicant for plate ownership must meet the definition of a former prisoner of war as described in Section 324.5 of the Vehicle Code.

(b) In addition to the requirements specified in Sections 170.00 through 170.08 for environmental license plates, the applicant shall present proof of the registered owner's or lessee's eligibility for a former Prisoner of War license plate by submitting to the department one of the following documents:

(1) A letter of verification from the National Personnel Records Center showing the registered owner's or lessee's name and establishing that the registered owner or lessee was held as a prisoner of war by forces hostile to the United States during a period of armed conflict.

(2) An official document which substantiates that the registered owner or lessee was a prisoner of war, such as a Veterans Administration Hospital Card marked "POW" or military discharge papers which declare the bearer to be an ex-prisoner of war.

(c) The evidence submitted to the department shall be returned to the applicant.

(d) The configuration specified in Section 170.00(c)(3) shall meet the specifications of Vehicle Code Section 5101.5.

NOTE:  Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Sections 324.5, 5101.5, 5106 and 5108, Vehicle Code.


### 171.02.  Number of Prisoner of War License Plate Sets.

(a) Upon application, submission of eligibility proof, and payment of fees specified in Section 170.00(b), additional sets of Prisoner of War license plates, each set bearing a different configuration, shall be issued for each vehicle owned or leased by the former prisoner of war.

NOTE:  Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference: Section 5101.5, Vehicle Code.

DMV 024310

## 171.04.  Surrender of Prisoner of War License Plates upon Death.

  (a) Prisoner of War license plates shall be surrendered to the department within 60 days after the death of the former prisoner of war.

  (b) Prisoner of War license plate ownership shall not be transferred to any other person, including the co-owner of the vehicle.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Section 5101.5, Vehicle Code.


## LEGION OF VALOR AND PURPLE HEART LICENSE PLATES

## 173.00.  Application Requirements for Legion of Valor License Plates or Purple Heart License Plates.

  (a) An application for Legion of Valor license plates or Purple Heart license plates for a vehicle currently registered in California shall be submitted to the department on a Special License Plate Application, Form REG. 583 (12/91), provided by the department and shall include the following information:

  (1) The vehicle identification number of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

  (2) The make of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

  (3) The current license plate number of the vehicle to which the Legion of Valor or Purple Heart license plates will be assigned.

  (4) The true full name of the registered owner of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.

  (A) To be eligible for a Legion of Valor license plate, the registered owner must be the recipient of one or more of the following medals: Army Medal of Honor, Navy Medal of Honor, Air Force Medal of Honor, Army Distinguished Service Cross, Navy Cross or Air Force Cross.

  (B) To be eligible for a Purple Heart license plate, the registered owner must be a recipient of a Purple Heart.

  (5) The address of the registered owner.

  (6) A statement signed and dated by the registered owner certifying under penalty of perjury under the laws of the State of California that all the information entered on the application by the registered owner is true and correct.

  (7) The registered owner's daytime telephone number.

  (8) An indication of whether the vehicle to which the Legion of Valor license plates will be assigned is classified as auto/commercial or trailer.

  (A) Legion of Valor license plates shall not be assigned to motorcycles.

  (9) An indication of whether the vehicle to which the Purple Heart license plate will be assigned is classified as auto/commercial, motorcycle, or trailer.

  (10) An indication that the type of plates requested are Legion of Valor or Purple Heart license plates.

DMV 024311

Z94-0520-01

(b) The application shall be submitted with:
(1) Proof of eligibility as specified in Section 173.02 for Legion of Valor license plates or Section 173.04 for Purple Heart license plates.
(2) The fee required by Section 5101.4 of the Vehicle Code for Legion of Valor license plates; or
(3) In addition to the regular fees for an original or renewal registration, a fee of $36 for Purple Heart license plates, unless the recipient is exempt from the additional fees for one vehicle pursuant to Section 5101.8(d) of the Vehicle Code.
(4) The current registration certificate.
(c) The current plates shall be surrendered to the department at the time of application, with the following exception:
(1) If the current plates are not available, the applicant shall complete a statement of facts.
(A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
(i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE:  Authority cited: Section 1651, Vehicle Code. Reference:  Sections 5101.4 and 5101.8, Vehicle Code.

**173.02.  Additional Requirement for Legion of Valor License Plate Application.**
(a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the medal recipient's name and type of medal awarded, which shall be retained by the department:
(1) Department of Defense form D.D. 214.
(2) A General Order issued by the Department of Defense.
(3) Correspondence with a letterhead from the Awards and Decorations Unit, Department of Defense, The Pentagon, Washington, D.C.

NOTE:  Authority cited:  Section 1651, Vehicle Code. Reference: Section 5101.4, Vehicle Code.

**173.04.  Additional Requirement for Purple Heart License Plate Application.**
(a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the Purple Heart recipient's name, which shall be retained by the department:
(1) Orders awarding the Purple Heart.
(2) The applicant's service record or discharge papers showing receipt of the Purple Heart award.
(3) Certification from a Purple Heart organization.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Section 5101.8, Vehicle Code.

DMV 024312

Z94-0520-01

### 173.06.  Number of Legion of Valor or Purple Heart License Plate Sets.

   (a) Upon application, submission of eligibility proof, and payment of the applicable fee specified in Section 173.00(b)(2) and (3), additional sets of Legion of Valor or Purple Heart license plates, each set bearing a different configuration, shall be issued for each vehicle owned by the medal or Purple Heart recipient, respectively, regardless of the number of awards received.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Sections 5101.4 and 5101.8, Vehicle Code.

### 173.08.  Surrender of Purple Heart License Plates upon Death.

   (a) Purple Heart license plates shall be surrendered to the department within 60 days of the death of the Purple Heart recipient.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Section 5101.8, Vehicle Code.

DMV 024313

EXHIBIT 10

Z94-0520-01

## THE UPDATED INFORMATIVE DIGEST

There has been no change in the laws relating to the proposed regulations, or to the effect of the proposed regulations, from that stated in the Notice of Proposed Regulatory Action.

DMV 024315

EXHIBIT 11

## THE FINAL STATEMENT OF REASONS

### SPECIAL PLATES

<u>(1) The Update to the Initial Statement of Reasons</u>

Sections 5101, 5102 through 5106, and 5108 of the Vehicle Code describe and define environmental license plates, and address the requirements for eligibility, issuance, application, cancellation, and fees for environmental license plates. Sections 5101.4, 5101.5, and 5101.8 of the Vehicle Code provide the description, eligibility requirements, and fees for Legion of Valor license plates, former Prisoner of War (as defined in Vehicle Code Section 324.5) license plates, and Purple Heart license plates.

The regulatory action is proposed to add Sections 170.00 through 171.04 and 173.00 through 173.08, Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations in order to specify the procedures and requirements associated with environmental license plates, former Prisoner of War license plates, Legion of Valor license plates, and Purple Heart license plates.

At the department's instance, a modification was made to the proposed regulatory section number to correct an inadvertant error in a cross-reference citation. This is a nonsubstantial change which in no way alters the intent of the regulation.

No alternative considered by the department would be more effective in carrying out the purpose for which the regulations are proposed or would be as effective or less burdensome to affected private persons than the proposed regulations.

### 170.00. Information Required on an Application for Environmental License Plates.

Vehicle Code Section 5101 allows any registered owner or lessee of a passenger vehicle, commercial vehicle, or trailer to apply for environmental license plates which carry a combination of letters and/or numbers of the applicant's choice. Section 5105 indicates the application shall be made in such form as required by the department.

The purpose of this section is to specify the application form and information required by the department to request an environmental license plate, to establish procedures for submitting the application, and to provide a reference

1

to the fees which must be submitted with the application. This section also establishes specifications for the license plate configuration, the conditions under which the department can disapprove a requested configuration, and the conditions under which the department will allow a change in the configuration without the payment of an additional application fee.

This section is necessary so the affected public is able to determine easily what is required to apply for an environmental license plate.

It is necessary to require a specific form to ensure the designated information is provided in an organized manner and to enable the application to be processed in the most efficient manner. The procedures for filing an application must be included in regulation so the affected public will be informed of where and how to file an application. The applications can be made in person or mailed to any department office which processes vehicle registrations because these offices can process the applications. The applications can also be mailed directly to the department headquarters for processing. The department has determined that these procedures are necessary to provide customer convenience and maximize the opportunity to submit applications. It is necessary to include a reference to the required statutory fees for clarity so the affected public will have a complete description of all the requirements associated with an application for environmental license plates.

It is necessary for the application to specify the type and number of plates for which application is being made and the type of vehicle to which the plate will be assigned to enable the department to produce the correct number and size of plates and determine the correct fees.

It is necessary for the applicant to list the first and second choices for the license plate configuration to provide the department with the information necessary to produce the license plate. Two choices are required in case the department is unable to honor the first choice because of duplication with an existing plate or series, or because the configuration is misleading or may carry connotations offensive to good taste and decency. Section 5105 of the Vehicle Code authorizes the department to refuse to issue plates if the configuration is misleading or carries connotations offensive to good taste and decency. The applicant must provide the meanings of the requested configurations to enable the department to make this determination. The department has established that it is in the public interest to refuse to issue offensive and misleading configurations, and has developed guidelines to assist in the determination. It is necessary to include the guidelines in regulation so the affected public will be apprised of the types of license plate configurations which the department will not approve.

2

DMV 024318

It is necessary to refer to the configuration specifications found in statute so the affected public is made aware of the factors which must be considered when designing the configuration. It is also necessary to specify in regulation those restrictions on letters and/or numbers not specified in statute so the affected public will know what is acceptable when designing the configuration for the plates. In addition to the specifications described in Vehicle Code Section 5105, the department has determined that it is necessary to prohibit substituting numbers for letters and vice versa in a configuration which would resemble an existing configuration because it could hamper law enforcement and other agencies' ability to ensure a correct match with the department's computer files when reporting or obtaining information based on the license plate number. Similarly, the number zero cannot be used because it would be impossible to differentiate from the letter "O."

The name of the person who will own the plates is necessary to identify who the plate owner will be and to enable the department to determine if the person meets the eligibility requirements specified in Section 5101 of the Motor Vehicle Code to own the plate. The name must be shown as it appears on the driver license or identification card because these documents contain the person's true full name and are the standard to which all other documents must adhere for identification purposes. It is necessary for the department's records to reflect the same name, instead of nicknames or aliases, so that all records belonging to the individual can be identified. The address is necessary to ensure the department's records are correct and to provide the department with a method to notify the plate owner that the plates are ready for exchange or to mail the plates directly to the plate owner.

The purchaser's name is necessary because it may be different than the person who will be the plate owner if the plates are being purchased as a gift. The purchaser's signature is necessary because it is the method by which the purchaser certifies that the instructions have been read and the conditions under which the plates are to be issued are understood. The purchaser's phone number is necessary in case the department needs to contact the purchaser quickly should any questions arise. The department would attempt telephone contact with the purchaser if the plates are to be a gift.

It is necessary for the applicant to indicate the location of the department or auto club office where the current license plates and registration will be exchanged for the new environmental license plates so the department knows where to have the plates delivered when they are produced. The environmental license plates cannot be mailed directly to the intended plate owner unless they have been assigned to a specific vehicle and the conditions regarding the surrender of the current plates have been met.

It is necessary to specify the conditions under which the department will not change the license plate configuration or refund the fees so the affected public

3

DMV 024319

will know that once they have agreed to a certain configuration, they will not be allowed to change it without completing the application process again. The department cannot honor a request for a change after the reservation has been made because once the process to produce the plates has been initiated, any changes would complicate and delay the process and would result in additional costs to the State. Additional fees to change the configuration are not required if the department erred in the design of the plate because the plate owner is not responsible for department mistakes.

## 170.02. Assignment of Environmental License Plates to Leased or Company Vehicle.

Vehicle Code Section 5104 requires environmental license plates to be issued only to the registered owner or lessee of the vehicle on which they are to be displayed. Sometimes, the applicant's name will not appear on the registration certificate as the lessee, especially when the vehicle has been recently leased and the leasing company has not updated the registration documents with new lessee information. In addition, the applicant's name would not appear on the registration certificate for a vehicle which is owned by a company.

The purpose of this section is to specify the situations under which a statement of facts is required when the applicant's name does not appear on the registration certificate and to specify the information which must be included in the statement of facts.

It is necessary for the department to require a statement of facts from the leasing company when the plates are to be assigned to a leased vehicle and the applicant's name does not appear on the registration as a lessee to ensure that the applicant is actually the lessee.

A statement of facts is necessary when the plates are to be assigned to a company vehicle because the applicant is not actually the registered owner or lessee of the vehicle. In many cases the company is the registered owner. Because the applicant is part of the company and has authorized use of the vehicle, the department has determined that it is consistent with the intent of the statute to allow environmental license plates to be assigned to a company vehicle, with the permission of the company, even though the applicant is not the registered owner or lessee of the vehicle. A statement of facts must be completed by the company to ensure the applicant is authorized to display the plates on the company vehicle.

DMV 024320

## 170.04.  Receipt of Environmental License Plates as a Gift.

Occasionally, when environmental license plates are ordered as gifts for another individual, the purchaser's name is given incorrectly as the intended plate owner's.

The purpose of this section is to specify the documentation required when the department's records do not show the correct name for the plate owner.

It is necessary to require a statement of facts when the license plates are a gift and the purchaser's name is shown on the department's records instead of the intended plate owner's because the department must ensure that its records are accurate and the plates are being delivered to the correct person. In addition, it is necessary to certify that no money exchanged hands between the purchaser and the recipient to ensure that the plates were not sold.  No one other than the department is authorized to sell environmental license plates.  The statement of facts can be completed by either the purchaser or the recipient because both of the individuals would have knowledge of the situation.

## 170.06.  Surrender of Current Plates.

It is the department's policy to require, with noted exception, the surrender of current plates when environmental license plates are ordered or picked up. The current plates are not always available when the applicant is at the department's office.  In order to avoid requiring the applicant to return to the office to surrender the plates, the applicant can certify that he/she understands that the current plates are no longer valid and will destroy the plates.

The purpose of this section is to specify the requirements to either surrender the current plates or complete a statement of facts in which the applicant acknowledges an understanding that the plates are no longer valid and agrees to destroy the plates.

It is necessary to require the environmental license plate applicant to surrender the current plates or to sign a statement certifying he/she understands the plates are no longer valid and will destroy the current plates because any unauthorized use of the license plates could hamper the efforts of law enforcement and other agencies who rely on license plate information to protect the public.  It is necessary to define what is considered destruction of the license plates so the affected public is made aware that the plates must be rendered useless.  Compliance with this definition would prevent the plates from being subsequently retrieved and attached to a vehicle.  If the plates are not surrendered or destroyed, they could be lost or stolen and used illegally.  It is necessary for the department to allow the owner to destroy the plates in

5

order to simplify the process and reduce the number of trips to the department's office.

## 170.08. Delivery of Environmental License Plates.

When the vehicle to which the environmental license plates will be assigned is known at the time of application, the department mails the environmental license plates to the owner. If the vehicle to which the plates will be assigned is not known at the time of application, the plates must be picked up so the department can assign the plates to the vehicle.

The purpose of this section is to specify the procedures for delivery of the plates.

It is necessary to inform the affected public of the department's procedures for delivering environmental license plates so they will know under which circumstances the plates will be mailed or when the plates must be picked up. It is necessary for the department to notify the plate owner when the plates are available for pick-up and to explain the consequences of a failure to pick up the plates. The public needs to know that plates will not be kept indefinitely, and if arrangements are not made to pick up the plates within the given time period, they will not be available. The department has determined that making three notification attempts by telephone and/or mail and allowing four months from the time the department first attempts notification is adequate for arrangements to be made to pick up the plates and generally allows for extended vacations, illnesses, mail forwarding if a move has occurred, etc. In addition, the final written notification that the plate owner has 30 days to pick up the plates before priority to the plates is lost and they are destroyed affords adequate consumer protection. The department must put some limit on the length of time allowed to pick up the plates because the department's storage space is limited and others are prevented from purchasing the same configuration.

## Section 170.10. Retention of Environmental License Plates.

Vehicle Code Sections 5105(c) and 5106(c) give the department authority to cancel environmental license plates when the specified fees are not paid. Some environmental license plate owners do not realize that even though registration fees are not required for a nonoperative vehicle to which environmental license plates were assigned, a $25 fee must still be paid to retain the plates.

The purpose of this section is to clarify Vehicle Code Sections 5105(c) and 5106(c) so that the affected public understands that if the environmental license plate fee is not paid, ownership of the plates will be lost and the configuration can be reassigned to another individual.

6

DMV 024322

It is necessary for consumer protection to specify in regulation that the retention of environmental license plates which were assigned to a vehicle on which registration fees are not required pursuant to Vehicle Code Section 4000 is contingent on the payment of the fee specified in Vehicle Code Section 5106(c). It is necessary to specify when the fee is due in order to clarify the statutory timeframe and ensure the affected public has a clear understanding of the statutory requirements.

### Section 170.12. Cancellation of Environmental License Plates.

Vehicle Code Section 5105 authorizes the department to cancel a previously issued environmental license plate if the configuration is later determined to be offensive to good taste and decency. While the department attempts to make this determination at the application stage, it is not uncommon for an approved license plate to be reported by a member of the public as offensive. When this occurs, the department must make a determination, in accordance with the procedures specified in Vehicle Code Section 5105, on the acceptability of the license plate configuration. The owner is entitled to a hearing if one is requested within ten days of receipt of the cancellation order. The statute does not define if the days refer to calendar or business days.

The purpose of this section is to clarify the statutory authority by specifying the criteria which shall be used to determine if the license plate configuration is considered offensive and to clarify the time frame for requesting a hearing.

It is necessary to specify the criteria used by the department to determine if the plates should be canceled so the affected public is in a position to understand the basis for the department's actions. A reference to the options available to the owner under Vehicle Code Section 5105(b) is necessary to make the owner aware of the legal basis for pursuing further action without duplicating all the provisions of the statute. It is necessary to define that a hearing must be requested within 10 departmental business days so there will be no confusion on the deadline for filing a request for a hearing. Using departmental business days rather than calendar days ensures adequate time for the owner to file a request for a hearing if desired.

A nonsubstantative modification was made to the proposed text to correct a typographical error in a cross-reference.

### Section 171.00. Requirements for Former Prisoner of War License Plates.

Vehicle Code Section 324.5 defines the term "former prisoner of war." Vehicle Code Section 5101.5 requires an applicant for a former Prisoner of War license plate to provide satisfactory proof of his or her former prisoner of

7

war status.  Vehicle Code Section 5101.5 also requires that the plate consist of the letters "POW" followed by four numbers of the applicant's choice.

The purpose of this section is to provide a reference to the statutory definition of "former prisoner of war," to specify the requirements for obtaining Prisoner of War license plates, and to provide a reference to the statutory requirements for the letter and number configuration that must appear on Prisoner of War license plates.

It is necessary to provide a reference to the statutory definition of a former prisoner of war so the affected public will be able to ascertain eligibility requirements for the Prisoner of War license plates.  Because the Prisoner of War license plates are actually a type of environmental license plate, it is necessary to inform the affected public that in addition to the special requirements for a Prisoner of War license plate, the requirements for environmental license plates must be met.  It is necessary to specify the additional requirements for Prisoner of War license plates so the affected public has a complete description of the requirements to obtain Prisoner of War license plates.

It is necessary to specify in regulations the documents that the department will accept as proof of eligibility for a Prisoner of War license plate.  It is necessary for the applicant to provide adequate proof of his or her former prisoner of war status so the department can determine that the eligibility requirement has been met.  A letter verifying the former prisoner of war's status from the National Personnel Records Center provides adequate evidence.  The department has determined that other documents which contain the applicant's name and information indicating former prisoner of war status are also acceptable to substantiate the applicant's eligibility.  It is necessary to return the evidence submitted to the applicant because the applicant may need the document to establish eligibility for other services.

It is necessary to provide a reference to the statutory specifications for the configuration of the Prisoner of War license plate so the affected public will be aware that the configurations available for environmental license plates do not apply to Prisoner of War license plates.

### Section 171.02.  Number of License Plate Sets.

Vehicle Code Section 5101.5 allows former prisoners of war to apply for and be issued special environmental license plates that bear the letters "POW" and four numbers of the applicant's choice.  The statute does not clearly indicate if Prisoner of War license plates can be issued for more than one vehicle owned or leased by the former prisoner of war.

8

The purpose of this section is to clarify whether a former prisoner of war may purchase special plates for more than one vehicle.

This section is necessary to clarify for the affected public that separate sets of former Prisoner of War license plates, each set bearing a different configuration, may be issued for each vehicle owned or leased by the former prisoner of war. The configuration must be different for each set because every vehicle must bear license plates that are unique to that vehicle.

### Section 171.04.  Surrender of License Plates upon Death.

The Vehicle Code does not specifically indicate what happens to the former Prisoner of War license plates upon the death of the former prisoner of war. Vehicle Code Section 5101.5 provides for issuance of former Prisoner of War license plates only to those applicants who submit satisfactory proof they are former prisoners of war. Vehicle Code Section 5104 allows environmental license plates to be issued only to the registered owner or lessee of the vehicle on which the plates will be displayed.

The purpose of this section is to specify the disposition of the plates when the former prisoner of war dies, to specify the time frame in which the plates shall be surrendered upon the former Prisoner of War's death and to clarify that the license plates cannot be transferred to another person.

The surrender of the plates is necessary because only a vehicle owned or leased by a former prisoner of war may be assigned Prisoner of War license plates. When the former prisoner of war dies, he or she is no longer the registered owner or lessee of the vehicle. It is consistent with Vehicle Code Sections 5101.3 and 5101.8 governing Pearl Harbor Survivor license plates and Purple Heart license plates, respectively, to require the surrender of the license plates upon death. The Pearl Harbor Survivor and Purple Heart license plates are similar in purpose to the Prisoner of War license plates, and it is reasonable to utilize the same standards for former Prisoner of War license plates. The 60 day time frame for surrender of the plates was chosen because it is consistent with Vehicle Code Section 5007 that requires surrender of plates within 60 days of the death of the owner of a disabled person or disabled veteran license plate. The license plates shall not be transferred to another person because each person must establish eligibility by making application as described in Section 5101.5 of the Vehicle Code. This restriction is consistent with the specifications of Vehicle Code Sections 5101.3 and 5101.8 governing Pearl Harbor Survivor license plates and Purple Heart license plates, respectively.

DMV 024325

Z94-0520-01

## Section 173.00.  Application Requirements for Legion of Valor License Plates or Purple Heart License Plates.

Vehicle Code Section 5101.4 allows the recipients of specified military medals awarded as the nation's highest decoration for valor to apply for special license plates that bear the words "Legion of Valor."  Vehicle Code Section 5101.8 allows Purple Heart recipients to apply for special license plates bearing the Purple Heart insignia, and the words "Combat Wounded" and "Purple Heart" or at least the letters "PH" as part of the numerical series.

The purpose of this section is to specify the application form and information required by the department to request a Legion of Valor or Purple Heart license plate, to establish the requirement for the submission of fees and other specified items with the application, and to establish the procedures for the surrender of the vehicle's current license plates.  This section also specifies the types of vehicles which are eligible to carry the Legion of Valor and Purple Heart license plates.

This section is necessary to specify in regulation all requirements for a Legion of Valor license plate or a Purple Heart license plate so that the affected public is easily able to determine what is required to apply for a Legion of Valor or Purple Heart license plate.

It is necessary to require that a specific application form be submitted to the department to ensure the designated information is provided in an organized manner and to enable the department to process the application in the most efficient manner.  The vehicle to which the Legion of Valor or Purple Heart license plates are to be assigned must be currently registered in California because current registration is a requirement for all vehicles owned by California residents to operate on California highways.  It is necessary to require the application to include the vehicle identification number, the make, and the current license plate number of the vehicle which will be assigned Legion of Valor or Purple Heart license plates so that the department can locate and update the vehicle file in the vehicle database.

The name of the registered owner is necessary to ensure that the recipient of the nation's highest decoration for valor or the Purple Heart is the registered owner of the vehicle as required by Sections 5101.4 and 5101.8 of the Vehicle Code.  The address of the registered owner is necessary to ensure the department's records are correct and to allow the department to mail the plates directly to the owner.  The registered owner must sign and date the certification because it is the method by which the owner acknowledges that the information on the application is correct.  The registered owner's telephone number is necessary in case the department needs to contact the individual quickly should any questions arise.

DMV 024326

Z94-0520-01

It is necessary for the owner to indicate which type of vehicle will carry the Legion of Valor or Purple Heart license plates so that the department's records will be accurate and to enable the department to produce the correct number and size of plates. Legion of Valor license plates cannot be assigned to motorcycles because motorcycle license plates are too small to carry the words "Legion of Valor," the license plate number, and the adhesive sticker denoting the medal which are required by law to appear on the license plate. The registered owner must indicate that Legion of Valor plates or Purple Heart plates are being applied for because the form is used to apply for many types of special license plates and this information is essential to properly process the application.

It is necessary to specify the items which must be submitted with the application so the affected public will have a complete description of the requirements associated with an application for Legion of Valor or Purple Heart license plates.

A reference to the required presentation of proof of eligibility for the license plates is necessary in this section in order to present a full description of all the items which must be submitted with the application.

A reference to the required fees specified in statute for Legion of Valor license plates must be included in regulation for clarity and to provide sufficient information in the regulations for the affected public to ascertain the fees. It is necessary to establish the additional fee for Purple Heart license plates in regulation in order to make specific Vehicle Code Section 5101.8(d) which authorizes the department to charge a fee sufficient to cover all costs of the Purple Heart license plate program. The department has determined that the fee must be set at $36 per application to cover the costs. These costs include $21 to produce the plates, $1 for reflectorization, $11 to process the application and issue the plates, and $3 for postage to mail the plates to the owner. A reference to the statutory exemption from the additional fee is necessary in regulations for clarity.

The current registration certificate must be submitted with the application for Legion of Valor or Purple Heart license plates because the certificate is no longer valid and the department will issue a new registration certificate.

It is necessary to require the applicant to surrender the current license plates or to sign a statement certifying he/she understands the plates are no longer valid and will destroy the old plates because any unauthorized use of the license plates could hamper efforts of law enforcement and other agencies who rely on license plate information to protect the public. It is necessary to define what is considered destruction of the license plates so the affected public is made aware that the plates must be rendered useless. Compliance with this definition would prevent the plates from being subsequently

11

retrieved and attached to a vehicle.  If the plates are not surrendered or
destroyed, they could be lost or stolen and used illegally.  It is necessary for the
department to allow the owner to destroy the plates in order to simplify the
process and minimize the number of customer trips to the department.

### Section 173.02.  Additional Requirement for Legion of Valor License Plate Application.

Vehicle Code Section 5101.4 requires Legion of Valor license plate applicants
to prove eligibility by presenting conclusive evidence that they are recipients
of the nation's highest decoration for valor.

The purpose of this section is to specify what constitutes conclusive evidence
of receipt of the nation's highest decoration for valor.

This section is necessary to clarify the statute by specifying the various
documents that the department will accept as proof of eligibility for a Legion
of Valor license plate.

It is necessary for the registered owner to provide a copy of either the
Department of Defense form D.D. 214, a General Order issued by the
Department of Defense, or correspondence with a letterhead from the Awards
and Decoration Unit of the Department of Defense, identifying the applicant
as an award recipient, so that the department can ascertain the applicant's
eligibility.  The department has established that these official documents
provide adequate proof of the applicant's eligibility.  The department
developed the list of acceptable documents with the assistance of the
California Legion of Valor.  The type of medal awarded must be shown on the
document so the department can issue the appropriate adhesive sticker.  The
department retains the copy so that it can be microfilmed for retention as part
of the file in case the applicant's eligibility is questioned.

### Section 173.04.  Additional Requirement for Purple Heart License Plate Application.

Vehicle Code Section 5101.8 requires that Purple Heart license plate applicants
prove eligibility by providing satisfactory evidence that they are Purple Heart
recipients.

The purpose of this section is to specify what constitutes satisfactory evidence
of receipt of the Purple Heart.

This section is necessary to specify in regulations the various documents that
the department will accept as proof of eligibility for a Purple Heart license
plate.

DMV 024328

Z94-0520-01

It is necessary for the registered owner to provide a copy of either the orders awarding the Purple Heart to the applicant, the applicant's service record or discharge papers showing receipt of the Purple Heart, or certification from a Purple Heart organization identifying the applicant as a Purple Heart recipient, so that the department can ascertain the applicant's eligibility. The department must retain the copy so that it can be microfilmed for retention as part of the file in case the applicant's eligibility is questioned. The department has determined that these documents provide satisfactory evidence of the applicant's eligibility. The list of acceptable documentation was developed by the department in conjunction with Purple Heart organizations.

### Section 173.06. Number of Legion of Valor or Purple Heart License Plate Sets.

Vehicle Code Sections 5101.4 and 5101.8 describe the special license plates for which recipients of specified military medals or the Purple Heart can apply. The statute is clear that only vehicles owned by medal or Purple Heart recipients may bear Legion of Valor or Purple Heart license plates, respectively, but does not specify the number of sets of license plates available to the award recipients.

The purpose of this section is to clarify the statute by specifying how many sets of Legion of Valor or Purple Heart license plates may be owned by an award recipient.

This section is necessary to clarify the statute by establishing in regulation that separate sets of Legion of Valor or Purple Heart license plates, each set bearing a different configuration, may be issued for each vehicle owned by the award recipient, regardless of the number of awards received. The configuration must be different for each set because every vehicle must bear license plates that are unique to that vehicle. This section also clarifies the statute by specifying that only one medal or Purple Heart will qualify the recipient for multiple sets of Legion of Valor license plates or Purple Heart license plates, respectively.

### Section 173.08. Surrender of Purple Heart License Plates upon Death.

Vehicle Code Section 5101.8(c) requires the Purple Heart plates to be surrendered to the department upon the death of the Purple Heart recipient, but does not specify the time frames for surrender.

The purpose of this section is to specify the time frame in which the plates shall be surrendered upon the Purple Heart recipient's death.

It is necessary to clarify the statute by specifying the time frame for surrender of the Purple Heart license plate on the death of the recipient. The 60 day time frame was chosen because it is consistent with Vehicle Code Section 5007

DMV 024329

that requires surrender of plates within 60 days of the death of the owner of a disabled person or disabled veteran license plate.

## (2) The Local Mandate Determination
The proposed regulatory adoption imposes no mandate on local agencies or school districts.

## (3) The Comments and Responses
No comments were received during the public comment period which began June 3, 1994 and ended July 25, 1994.

## (4) The Alternative Determination with Supporting Information
No alternatives were proposed or considered to lessen any adverse economic impact on private persons and business. The proposed regulatory adoption does not have an adverse impact. The department has determined no other alternative would be more effective to implement the requirements for obtaining and maintaining environmental license plates and other special license plates issued by the department, or as effective and less burdensome to the affected public, than the regulations adopted by the department.

## (5) The Reasons for Rejecting Any Proposed Small Business Alternatives
The proposed regulatory adoption does not have an adverse economic impact on small businesses. Any businesses which choose to apply for these license plates perform a simple application process which requires minimal time and paperwork on their part. The department did not receive nor reject any alternatives to lessen the impact.

DMV 024330

EXHIBIT 12

DMV 024331

Z94-0520-01

# THE LOCAL MANDATE DETERMINATION

The department's regulatory action adopting Sections 170.00 through 171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations does not impose any mandate on local agencies or school districts.

DMV 024332

EXHIBIT 13

DMV 024333

Z94-0520-01

## THE SMALL BUSINESS ECONOMIC IMPACT DETERMINATION

The department finds that the adoption of Sections 170.00 through 171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations, will not have a significant adverse economic impact on small businesses. Any small businesses which choose to apply for special license plates perform a simple application process which requires minimal paperwork on their part.

DMV 024334

EXHIBIT 14

Z94-0520-01

# THE PLAIN ENGLISH STATEMENT

The department has drafted the regulation in plain English pursuant to Government Code Section 11342(f) and 11343.2(b).

DMV 024336

Exhibit 15

Z94-0520-01

## THE COST IMPACT ON PRIVATE PERSONS OR BUSINESSES

The department finds that the adoption of Sections 170.00 through 171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations, is expected to have an insignificant potential cost impact on private persons or businesses.

DMV 024338

EXHIBIT 16

DMV 024339

Z94-0520-01

## FISCAL IMPACT STATEMENT
## SUPPORTING DATA AND CALCULATIONS

There were no supporting data used nor calculations made to arrive at the determinations reflected in the Fiscal Impact Statement. The fee established in regulation for Purple Heart license plates reimburses the department for the costs to administer the program; all other fees are established by statute and are not a result of these regulations.

# FISCAL IMPACT STATEMENT (REGULATIONS AND ORDERS)

STD 399 (5/86)                                                                                          STATE OF CALIFORNIA

### SEE SAM SECTION 6055 FOR INSTRUCTIONS

| DEPARTMENT | CONTACT PERSON | PHONE NUMBER |
|---|---|---|
| Motor Vehicles | Sally Theroux | 916-657-5690 |

TITLE/DESCRIPTION OF REGULATION/ORDER
Special Plates

## A. FISCAL EFFECT ON LOCAL GOVERNMENT (Indicate appropriate boxes 1 through 6 and complete if necessary)

☐ 1.   Additional expenditures of approximately $ _____ annually which are reimbursable by the State pursuant to Section 6 of Article XIII B of the California Constitution and Sections 17500 et seq. of the Government Code. Funding for this reimbursement:

    ☐ a.   is provided in (Item _____ , Budget Act of _____ ) or (Chapter _____ , Statutes of _____ )

    ☐ b.   will be requested in the _____ (FISCAL YEAR) Governor's Budget for appropriation in Budget Act of _____ .

☐ 2.   Additional expenditures of approximately $ _____ annually which are not reimbursable by the State pursuant to Section 6 of Article XIII B of the California Constitution and Sections 17500 et seq. of the Government Code because this regulation:

    ☐ a.   implements the Federal mandate contained in _____ .

    ☐ b.   implements the court mandate set forth by the _____

        court in the case of _____ vs. _____ ;

    ☐ c.   implements a mandate of the people of this State expressed in their approval of Proposition No. _____ at the

        _____ (DATE) election;

    ☐ d.   is issued only in response to a specific request from the _____

        _____ , which is/are the only local entity(s) affected;

    ☐ e.   is more appropriately financed from the _____ authorized by Section

        (FEES, REVENUE, ETC.)

        _____ of the _____ Code;

    ☐ f.   provides for savings to each affected unit of local government which will, at a minimum, ofset any additional costs to each such unit.

☐ 3.   Savings of approximately $ _____ annually.

☐ 4.   No additional costs or savings because this regulation makes only technical, nonsubstantive or clarifying changes to current law and regulations.

☒ 5.   No fiscal impact exists because this regulation does not affect any local entity or program.

☐ 6.   Other

## B. FISCAL EFFECT ON STATE GOVERNMENT (Indicate appropriate boxes 1 through 4 and complete if necessary)

☐ 1   Additional expenditures of approximately $ _____ , annually. It is anticipated that State agencies will:

    ☐ a.   be able to absorb these additional costs within their existing budgets and resources.

    ☐ b.   request supplemental funding by means of "Budget Change Proposals" for the _____ fiscal year.

☐ 2   Savings of approximately $ _____ annually.

☐ 3   No fiscal impact exists because this regulation does not affect any State agency or program.

☒ 4   Other   No fiscal impact exists because fees are charged to offset costs.

## C. FISCAL EFFECT ON FEDERAL FUNDING OF STATE PROGRAMS (Indicate appropriate boxes 1 through 4 and complete if necessary)

☐ 1.   Additional expenditures of approximately $ _____ annually.

☐ 2.   Savings of approximately $ _____ annually.

☒ 3.   No fiscal impact exists because this regulation does not affect any federally funded State program or agency.

☐ 4.   Other

| SIGNATURE | TITLE |
|---|---|
| | Director |

| AGENCY SECRETARY APPROVAL/CONCURRENCE | DATE |
|---|---|
| | May 19, 1994 |

PROGRAM BUDGET MANAGER - DOF

DEPARTMENT OF FINANCE APPROVAL/CONCURRENCE                                                              DATE

DMV 024341

EXHIBIT 17

DMV 024342

Z94-0520-01

## THE EFFECT ON HOUSING COSTS

The department's adoption of Sections 170.00 through 171.04 and 173.00 through 173.08 in Article 3.1, Chapter 1, Division 1, Title 13 of the California Code of Regulations, has no effect on housing costs.

DMV 024343

EXHIBIT 18

DMV 024344

Z94-0520-01

## THE LIST OF SMALL BUSINESS ENTERPRISES

A list of businesses the department identified as being affected by or interested in the proposed regulatory action, and to whom the notice of proposed regulatory action was mailed, was submitted with the notice of the proposed regulatory action to the Office of Administrative Law on May 20, 1994. The listing included small business enterprises.

The department could not specifically identify those businesses on the list meeting the small business criteria in Section 11342(e) of the Government Code. The department submitted the entire listing to comply with Section 11346.7(a) of the Government Code which requires that a list of the small businesses to whom the notice of proposed regulatory action will be mailed be submitted to the Office of Administrative Law with the notice of proposed regulatory action.

DMV 024345

EXHIBIT 19

THE ORDER TO ADOPT REGULATIONS

TITLE 13.  MOTOR VEHICLES

ARTICLE 3.1 SPECIAL PLATES

## ENVIRONMENTAL LICENSE PLATES

**170.00.  Information Required on an Application for Environmental License Plates.**
   (a) An application for environmental license plates, as defined in Section 5103 of the Vehicle Code, shall be submitted in person or by mail to the department on an application for Environmental License Plates, Form REG. 17 (7/92), provided by the department.
   (1) If the application is made in person, it shall be made to any department location which processes vehicle registrations.
   (2) If the application is made by mail, it shall be sent to the Department of Motor Vehicles, P.O. Box 942869, Sacramento, CA 94269-0001, or to any department location which processes vehicle registrations.
   (b) The application shall be accompanied by the applicable fee specified in Sections 4850, 5106 and 5108 of the Vehicle Code.
   (c) The application shall include the following information:
   (1) An indication of whether the application is for original plates, duplicate plates, or substitute plates, and whether one or two plates are needed for duplicate or substitute plates.
   (2) An indication of whether the license plates will be assigned to an auto/truck, trailer, or motorcycle.
   (3) The applicant's first and second choices of the configuration of letters and numbers to appear on the license plates and the meaning of each.
   (A) The configuration shall comply with the specifications of Section 5105 of the Vehicle Code.
   (B) When a desired configuration is not available, a letter shall not be substituted for a number, nor shall a number be substituted for a letter, to create another configuration with a similar appearance.
   (C) The number zero shall not be used in the configuration.
   (D) The department shall refuse any configuration that may carry connotations offensive to good taste and decency, or which would be misleading, based on criteria which includes, but is not limited to, the following:
   (i) The configuration has a sexual connotation or is a term of lust or depravity.

1

DMV 024347

Z94-0520-01

(ii) The configuration is a vulgar term; a term of contempt, prejudice, or hostility; an insulting or degrading term; a racially degrading term; or an ethnically degrading term.

(iii) The configuration is a swear word or term considered profane, obscene, or repulsive.

(iv) The configuration has a negative connotation to a specific group.

(v) The configuration misrepresents a law enforcement entity.

(vi) The configuration has been deleted from regular series license plates.

(vii) The configuration is a foreign or slang word or term, or is a phonetic spelling or mirror image of a word or term, falling into the categories described in (i) through (vi).

(4) The true full name of the person who will be the plate owner as shown on the driver license or identification card.

(5) The address of the person who will be the plate owner.

(6) The purchaser's name.

(7) A statement signed by the purchaser indicating the purchaser has read the instructions contained on the application and understands the conditions under which the plates are to be issued.

(8) The purchaser's daytime telephone number.

(9) If the plate is being purchased as a gift, the plate owner specified in (4) and (5) shall be the recipient, and the purchaser specified in (6), (7), and (8) shall be the applicant.

(10) The location of the department or auto club office where the current license plates and registration will be exchanged for the environmental license plates if the vehicle to which the plates will be assigned is unknown.

(d) The department shall not honor a request for a change of choice or spacing in the letter/number configuration, or a request for a refund, after the license plate reservation is made, unless the request is due to departmental error.

(1) If the department erred when making the environmental license plate reservation, and the plate owner requests a change, the plate owner shall be permitted to submit a new environmental license plates application without payment of additional fees.

(2) If the department did not err when making the reservation, a new application and application fees shall be submitted for any change in the configuration.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 4850, 5101, 5102, 5103, 5105, 5106, and 5108, Vehicle Code.

**170.02.  Assignment of Environmental License Plates to Leased or Company Vehicle.**

(a) If the applicant is the lessee of the vehicle to which the environmental license plates are to be assigned but the registration certificate does not show the applicant's name as a lessee, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the leasing company.

DMV 024348

(b) If the environmental license plates are to be assigned to a company vehicle, a statement of facts authorizing the use of the environmental license plates on the vehicle shall be required from the company.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code. Reference:  Sections 5101, 5104, and 5105, Vehicle Code.

### 170.04.  Receipt of Environmental License Plates as a Gift.
(a) A statement of facts shall be required when the plates were ordered as a gift and the purchaser's name was incorrectly listed as the plate owner.
(1) The statement of facts shall indicate that the plates are a gift to the registered owner or lessee of the vehicle to which the plates will be assigned and that no money changed hands.
(2) The statement of facts shall be completed either by the original applicant or the recipient.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5101, 5104, and 5105, Vehicle Code.

### 170.06.  Surrender of Current Plates.
(a) When application for environmental license plates is made for a currently registered vehicle, and the vehicle to which the plates will be assigned is known, the current plates shall be surrendered to the department at the time of application, with the following exception:
(1) If the current plates are not available, the applicant shall complete a statement of facts.
(A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
(i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.
(b) When the vehicle to which the plates will be assigned is unknown at the time of application, the current plates and registration certificate shall be surrendered when the environmental license plates are picked up and assigned to the vehicle, with the following exception:
(1) If the current plates are not available, the applicant shall complete a statement of facts.
(A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.
(i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5101 and 5105, Vehicle Code.

Z94-0520-01

## 170.08.  Delivery of Environmental License Plates.

  (a) When the vehicle to which the plates will be assigned is known and the registration documents are furnished at the time of application, the department shall mail the plates to the plate owner.

  (b) When the vehicle to which the plates will be assigned is unknown or the registration documents are not furnished at the time of application, the department shall notify the plate owner when the plates have been delivered to the designated office.

  (1) The department shall make three attempts by telephone or mail to contact the plate owner to pick up the plates and assign them to a vehicle.

  (A) If the owner does not respond within four months of the first contact attempt, the department shall notify the owner in writing that priority to the plates will be lost in 30 days and the plates will be destroyed.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5104 and 5105, Vehicle Code.

## 170.10.  Retention of Environmental License Plates.

  (a) When payment of registration renewal fees is not required as specified in Vehicle Code Section 4000 for a vehicle to which the environmental license plate was last assigned, the environmental license plate owner shall be permitted to retain the plate upon payment of an annual retention fee of $25, as specified in Vehicle Code Section 5106(c).

  (1) If the annual retention fee is not paid by the expiration of the registration year for which payment of registration renewal fees is not required, the plate owner shall lose ownership and the letter/number configuration shall become available for reassignment.

NOTE:  Authority cited:  Sections 1651 and 5110, Vehicle Code.  Reference:  Sections 5105 and 5106, Vehicle Code.

## 170.12.  Cancellation of Environmental License Plates.

  (a) Pursuant to Vehicle Code Section 5105, the department shall cancel and order the return of any environmental license plate previously issued which contains any configuration of letters and/or numbers which the department later determines may carry connotations offensive to good taste and decency.

  (1) The department shall base this determination on the criteria specified in Section 170.00(c)(3)(D).

  (b) The department shall notify the plate owner in writing of the cancellation and advise the plate owner of the options available for further action, as specified in Vehicle Code Section 5105(b).

4

DMV 024350

Z94-0520-01

(1) Pursuant to Vehicle Code Section 5105(b), the plate owner shall be entitled to a hearing by submitting a written request to the department no later than ten departmental business days after receiving the notification.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Section 5105, Vehicle Code.

## FORMER PRISONER OF WAR PLATES

### 171.00. Requirements for Former Prisoner of War License Plates.

(a) To be eligible for former Prisoner of War license plates, the applicant for plate ownership must meet the definition of a former prisoner of war as described in Section 324.5 of the Vehicle Code.

(b) In addition to the requirements specified in Sections 170.00 through 170.08 for environmental license plates, the applicant shall present proof of the registered owner's or lessee's eligibility for a former Prisoner of War license plate by submitting to the department one of the following documents:

(1) A letter of verification from the National Personnel Records Center showing the registered owner's or lessee's name and establishing that the registered owner or lessee was held as a prisoner of war by forces hostile to the United States during a period of armed conflict.

(2) An official document which substantiates that the registered owner or lessee was a prisoner of war, such as a Veterans Administration Hospital Card marked "POW" or military discharge papers which declare the bearer to be an ex-prisoner of war.

(c) The evidence submitted to the department shall be returned to the applicant.

(d) The configuration specified in Section 170.00(c)(3) shall meet the specifications of Vehicle Code Section 5101.5.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Sections 324.5, 5101.5, 5106 and 5108, Vehicle Code.

### 171.02. Number of Prisoner of War License Plate Sets.

(a) Upon application, submission of eligibility proof, and payment of fees specified in Section 170.00(b), additional sets of Prisoner of War license plates, each set bearing a different configuration, shall be issued for each vehicle owned or leased by the former prisoner of war.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Section 5101.5, Vehicle Code.

DMV 024351

Z94-0520-01

**171.04. Surrender of Prisoner of War License Plates upon Death.**
  (a) Prisoner of War license plates shall be surrendered to the department within 60 days after the death of the former prisoner of war.
  (b) Prisoner of War license plate ownership shall not be transferred to any other person, including the co-owner of the vehicle.

NOTE: Authority cited: Sections 1651 and 5110, Vehicle Code. Reference: Section 5101.5, Vehicle Code.


## LEGION OF VALOR AND PURPLE HEART LICENSE PLATES

**173.00. Application Requirements for Legion of Valor License Plates or Purple Heart License Plates.**
  (a) An application for Legion of Valor license plates or Purple Heart license plates for a vehicle currently registered in California shall be submitted to the department on a Special License Plate Application, Form REG. 583 (12/91), provided by the department and shall include the following information:
  (1) The vehicle identification number of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.
  (2) The make of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.
  (3) The current license plate number of the vehicle to which the Legion of Valor or Purple Heart license plates will be assigned.
  (4) The true full name of the registered owner of the vehicle which will be assigned Legion of Valor or Purple Heart license plates.
  (A) To be eligible for a Legion of Valor license plate, the registered owner must be the recipient of one or more of the following medals: Army Medal of Honor, Navy Medal of Honor, Air Force Medal of Honor, Army Distinguished Service Cross, Navy Cross or Air Force Cross.
  (B) To be eligible for a Purple Heart license plate, the registered owner must be a recipient of a Purple Heart.
  (5) The address of the registered owner.
  (6) A statement signed and dated by the registered owner certifying under penalty of perjury under the laws of the State of California that all the information entered on the application by the registered owner is true and correct.
  (7) The registered owner's daytime telephone number.
  (8) An indication of whether the vehicle to which the Legion of Valor license plates will be assigned is classified as auto/commercial or trailer.
  (A) Legion of Valor license plates shall not be assigned to motorcycles.
  (9) An indication of whether the vehicle to which the Purple Heart license plate will be assigned is classified as auto/commercial, motorcycle, or trailer.
  (10) An indication that the type of plates requested are Legion of Valor or Purple Heart license plates.

DMV 024352

Z94-0520-01

(b) The application shall be submitted with:

(1) Proof of eligibility as specified in Section 173.02 for Legion of Valor license plates or Section 173.04 for Purple Heart license plates.

(2) The fee required by Section 5101.4 of the Vehicle Code for Legion of Valor license plates; or

(3) In addition to the regular fees for an original or renewal registration, a fee of $36 for Purple Heart license plates, unless the recipient is exempt from the additional fees for one vehicle pursuant to Section 5101.8(d) of the Vehicle Code.

(4) The current registration certificate.

(c) The current plates shall be surrendered to the department at the time of application, with the following exception:

(1) If the current plates are not available, the applicant shall complete a statement of facts.

(A) The statement of facts shall state that the applicant understands that the current plates are no longer valid and the applicant will destroy the plates.

(i) The plates shall be considered destroyed when they are mutilated in a manner which renders them useless.

NOTE:  Authority cited: Section 1651, Vehicle Code. Reference:  Sections 5101.4 and 5101.8, Vehicle Code.

## 173.02.  Additional Requirement for Legion of Valor License Plate Application.

(a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the medal recipient's name and type of medal awarded, which shall be retained by the department:

(1) Department of Defense form D.D. 214.

(2) A General Order issued by the Department of Defense.

(3) Correspondence with a letterhead from the Awards and Decorations Unit, Department of Defense, The Pentagon, Washington, D.C.

NOTE:  Authority cited:  Section 1651, Vehicle Code. Reference: Section 5101.4, Vehicle Code.

## 173.04.  Additional Requirement for Purple Heart License Plate Application.

(a) In addition to meeting the requirements specified in Section 173.00, the registered owner shall provide proof of eligibility by surrendering to the department a copy of one of the following documents, containing the Purple Heart recipient's name, which shall be retained by the department:

(1) Orders awarding the Purple Heart.

(2) The applicant's service record or discharge papers showing receipt of the Purple Heart award.

(3) Certification from a Purple Heart organization.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Section 5101.8, Vehicle Code.

DMV 024353

Z94-0520-01

**173.06.  Number of Legion of Valor or Purple Heart License Plate Sets.**
   (a) Upon application, submission of eligibility proof, and payment of the
applicable fee specified in Section 173.00(b)(2) and (3), additional sets of Legion of
Valor or Purple Heart license plates, each set bearing a different configuration, shall
be issued for each vehicle owned by the medal or Purple Heart recipient,
respectively, regardless of the number of awards received.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference: Sections 5101.4 and
5101.8, Vehicle Code.

**173.08.  Surrender of Purple Heart License Plates upon Death.**
   (a) Purple Heart license plates shall be surrendered to the department within 60
days of the death of the Purple Heart recipient.

NOTE:  Authority cited: Section 1651, Vehicle Code.  Reference:
Section 5101.8, Vehicle Code.


_____         __8-4-94_____
FRANK S. ZOLIN, DIRECTOR                         DATE
DEPARTMENT OF MOTOR VEHICLES

8

DMV 024354

Exhibit F

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS







(800) 528-3335

NAEGELIUSA.COM

PAUL OGILVIE, et al.,

     Plaintiffs,

v.                    No. 4:20-cv-01707-JST

STEVE GORDON, in his official
capacity as Director of the California
Department of Motor Vehicles,

     Defendant.

_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE**

**CHRISTIAN MILHOAN**

**TAKEN ON**
**MONDAY, AUGUST 10, 2020**
**12:58 P.M.**

**2415 FIRST AVENUE**
**SACRAMENTO, CALIFORNIA 95518**

1                            **APPEARANCES**

2

3   **APPEARING ON BEHALF OF THE PLAINTIFF:**

4   WENCONG FA, ESQUIRE

5   JOSHUA THOMPSON, ESQUIRE

6   **Pacific Legal Foundation**

7   930 G Street

8   Sacramento, CA  95814

9   (916) 419-7111

10  (916) 419-7747 FAX

11  wfa@pacificlegal.org

12  jthompson@pacificlegal.org

13

14  **APPEARING ON BEHALF OF THE DEFENDANT:**

15  CHAD STEGEMAN, ESQUIRE

16  **California Department of Justice**

17  455 Golden Gate Avenue

18  Suite 11000

19  San Francisco, CA  94102

20  (415) 703-5551

21  (415) 703-5480 FAX

22  chad.stegeman@doj.ca.gov

23

24

25

```
 1            Who is a processing technician?

 2       A.   A processing technician would either be the

 3  technician at the field office who's then standing at

 4  the window or sitting at the window who would receive

 5  the application from a customer in person, or that would

 6  be a technician in the headquarters office who would be

 7  receiving the application by mail.

 8       Q.   And what about with online applications?

 9       A.   Online applications are not reviewed.  Those

10  go automatically to the office work.

11       Q.   I suppose that's why we're talking about

12  physical applications here.  Okay.  Thank you for that.

13  "The application may be denied and returned to the

14  customer without being processed if the configuration is

15  already in use, blatantly offensive, mimics a sequential

16  configuration or is substituting a letter for a number

17  or number for a letter creating a configuration of

18  similar appearance to an existing license plate."

19            I think it's clear to me if an application can

20  be rejected if it's already in use.  When would a

21  technician receiving the application reject something

22  that is blatantly offensive?

23       A.   Generally we would be -- it would be something

24  like Nazi or something of a similar manner that's very -

25  - that just obviously would be offensive to the majority
```

1  of the citizens of California.

2      Q.    How do you determine whether something is

3  offensive to the majority of the citizens of California?

4          MR. STEGEMAN:  Objection, calls for

5  speculation, but if you can answer please do.

6      A.    That's kind of a tough question.  Blatantly

7  offensive would be something that would -- for me, that

8  would be something that was obviously offensive such as

9  a swearword or a slur racially or another kind of

10 configuration that would basically -- that the person

11 looking at it could immediately see that it was meant to

12 be -- or rather that it was offensive.  So there's no --

13 you don't necessarily need to dig really deep to looking

14 into the meaning of it, but just on the face of it you

15 can see that it is an offensive term or a phrase.

16 BY MR. THOMPSON:

17     Q.    Is there a list of blatantly offensive terms

18 that the Department maintains?

19     A.    There is a list that is used by the reviewers.

20 It's in their review terminology, which goes through and

21 has some automatic denials, most of which are blatantly

22 offensive.

23     Q.    Would the processing technician be using that

24 list when determining whether something is blatantly

25 offensive?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1        MR. STEGEMAN:  Well, that calls for
 2 speculation.  But Chris, go ahead and answer if you can.
 3     A.   Yeah, I was going to say likely not.  It is
 4 available but it generally would not be something that
 5 would be regularly accessed by a processing technician.
 6 BY MR. THOMPSON:
 7     Q.   You said that swearwords would be blatantly
 8 offensive.  How do you determine what is a swearword?
 9     A.   Swearword would be -- well, that's kind of a
10 tough question.  It comes down to, like, the F-word or
11 commonly used swearwords that are -- I don't know how to
12 -- I'm kind of at a little bit of a -- I'm not sure
13 exactly how to define a swearword.  A swearword in and
14 of itself is a swearword.  It's kind of like the
15 difference between using the F-word and something else.
16 I'm not sure.
17     Q.   Okay.  The second part of that sentence, it
18 says that the application may be denied if it's
19 substituting a letter or number or number for a letter,
20 creating a configuration of similar appearance to an
21 existing license plate.
22          Can you explain what that means to me?
23     A.   Absolutely.  That has to do with if a customer
24 is trying to create a configuration that is similar in
25 appearance simply because it's already been taken and
```

1    Q.   And this is now something that is not
2 blatantly offensive but they have a question about it;
3 is that correct?

4    A.   It could be either one.  If it was blatantly
5 offensive and they didn't immediately turn it back to
6 the customer, they could send it up to headquarters for
7 review.  But then also if it's a questionable
8 configuration which they're not 100 percent sure about,
9 they would send it up as well with kind of an
10 explanation as to what it was.  Generally, we're looking
11 at foreign language words or -- it's quite common when
12 we get those up because it may not be -- the person may
13 -- the technician may perceive it if they speak that
14 language that it's enough, and so they would write that
15 up and send it up.

16    Q.   Can a technician approve a license plate
17 immediately?

18    A.   They cannot.

19    Q.   So let's -- if the technician has no concerns,
20 they don't think that it may be in conflict, they don't
21 think it's blatantly offensive, what does the technician
22 do then?

23    A.   The technician would then key the application
24 into our processing system.  They would have to type in
25 the letters of the facing and then it would -- they

 1  order to determine if it is unacceptable according to"
 2  the regulation.
 3          So on the card, the REG 272 as I understand
 4  it, only has the application and the name and address.
 5  So the reviewer's job at that point is simply based
 6  solely on that information, to determine whether it
 7  violates the regulation; is that correct?
 8      A.    Yes, sir.
 9      Q.    What is the reviewer using -- scratch that.
10          Is there any documents that the reviewer is
11  using to determine whether a REG 272 and the license
12  application located within it is unacceptable?
13      A.    Yeah, again, as I mentioned earlier, there are
14  -- there's an ELP review process that has a list of
15  configurations that are unacceptable, but for the most
16  part they're reading the configuration and then trying
17  to determine if it should be denied based on the reasons
18  that we had identified in the code of regulations.
19          So there's not -- I mean, there are documents
20  and part of the registration manual also has a list of
21  configurations that have been removed from our regular
22  series license plates as being offensive.  So they could
23  possibly use those, but in general they're flipping
24  through them to see if they read them as something that
25  could be offensive.

1  other bucket.

2      Q.  Okay.  "The reviewers evaluate their findings
3  and determine if the configuration may carry
4  connotations offensive to good taste and decency.  If
5  the evaluation is inconclusive, the configuration and
6  findings are provided to the other members of the review
7  team and discussed."

8          So after going through Urban Dictionary,
9  Google, Google Translate, talking with other foreign
10 language speakers, if at that point it's inconclusive,
11 that is the only stage where the application will get
12 another stage of review; is that correct?

13     A.  Yes, and in general -- I mean, that could be
14 actually part of the same research.  They could ask the
15 other reviewers if they've heard this term before.  So -
16 - but that's the -- if they aren't able to make a
17 determination between themselves and maybe one or
18 another person, they might bring it up to the entire
19 group.

20     Q.  Are there formal meetings where those unclear
21 applications are discussed or are those sort of ad hoc?

22     A.  No, they're ad hoc.

23     Q.  Okay.  "If an ELP application is denied during
24 this initial review process, the customer is issued a
25 refund and sent a letter indicating the reason for the

 1     A.    Currently we have four analysts that are doing
 2  this work.

 3     **Q.    And you manage all four of those analysts?**
 4     A.    It is managed by my direct manager.  I'm one
 5  of those analysts.

 6     **Q.    Oh, you're one of those analysts, okay.  So**
 7  **walk me through what you do when you get assigned one of**
 8  **these and it has a tracking number, it's been**
 9  **distributed to an analyst like yourself.  What is your**
10  **process for determining whether this violates the**
11  **regulation?**

12     A.    Well, we get assigned this work.  We have
13  generally a time frame, it's about a week, in order to
14  research this information.  And so we take the letter
15  from the customer, read through it and see what they're
16  indicating what their meaning is for the specific
17  configuration.  Then I would go through and I would pull
18  the customer's meaning that they submitted on their
19  application.  Then we would go through and, again, do
20  some research similar to what the technicians did
21  initially, where we would be going to Google or Urban
22  Dictionary or foreign language speakers, whatever the
23  case may be depending upon the configuration.  We would
24  then usually -- we could have a discussion between
25  another manager if it was kind of questionable.  If it

 1 | was something that seemed pretty -- it seemed benign, it
 2 | didn't seem like it was necessarily or obviously
 3 | offensive and -- we would -- ultimately we would end up
 4 | making a recommendation to either approve or deny the
 5 | application and then it would be forwarded up to our
 6 | manager and then to the program manager, in order for
 7 | them to review our findings and make a determination.
 8 | We would normally put an explanation as to why we were
 9 | determining if this should be approved or denied, and
10 | then that's reviewed at the higher level and then they
11 | would come back with a decision, either yes or no
12 | whether it was approved or we should deny it, and then
13 | we would send out the letters.
14 |     **Q.   You have an estimate of how many applications**
15 | **actually get this secondary review?  In other words, if**
16 | **they had been appealed and gets a tracking number, how**
17 | **many of those do you receive on a daily or weekly basis?**
18 |     A.   We don't get all that many, to be honest with
19 | you.  It's kind of a -- it tends to be kind of feast or
20 | famine.  If I was to give you an estimate -- I don't
21 | have a solid number for that -- I'd say maybe we get
22 | five a week or so.  Sometimes it could be a little more,
23 | sometimes it could be none at all.  It really depends.
24 |     **Q.   Sure.  Of those five a week, or let's call it,**
25 | **I don't know, couple hundred a year, again an estimate,**

1  please, what percentage of these are actually ultimately

2  approved?

3       A.   I -- I don't have that information.  If I had

4  to throw out a number, I'd say probably -- and again,

5  this is just off the top of my head without any

6  statistics or anything to back it up -- I'd say we

7  probably approve close to between 65, 75 percent,

8  somewhere in that general range.  I would say the

9  majority probably get approved on secondary review.  A

10 lot of them are -- since the customer gives us that

11 additional explanation or if it's -- one example is 1969

12 vehicles.  The number 69 can only be applied to those

13 vehicles, so there's just some proof.

14      Q.   Are you familiar with the prior lawsuit

15 involving the "come on you, whites" COYW license plate

16 configuration?

17      A.   I am.

18      Q.   So are you aware that that was also appealed

19 and received a tracking number and ostensibly went to

20 one of your analysts for review?

21      A.   I am.

22      Q.   So that explanation provided by the customer

23 explained that this was a term used for footballers in

24 England, can you explain why that was still denied?

25           MR. THOMPSON:  Chad, I think you're on mute if

1    A.   Oh no, they review all of them.  It's just --
2  the separating of the order is really just dependent
3  upon the order size, where we would break it up between
4  -- if it was like a smaller order, 4- or 500, for
5  example, it would all go to just one reviewer.

6    **Q.   And then the next day the next reviewer would**
7  **get a batch and so forth so everybody has sort of a**
8  **working compendium of things to review?**

9    A.   Yeah, basically.  They would each have an
10 individual order or part of an order, and then if they
11 had a part of an order, once everybody was done
12 reviewing it it would be compiled back into the single
13 order for distribution.

14   **Q.   Sure.  Thank you.  You mentioned earlier that**
15 **under the regulations at the time, you also would have**
16 **denied the OG Wolf.**

17        **Do I understand that to mean there's been some**
18 **change in your thinking that today you would not deny**
19 **it?**

20        **MR. STEGEMAN:**  Objection, misstates prior
21 testimony.

22 **BY MR. THOMPSON:**

23   **Q.   Well, let me ask differently, Chris.  Under**
24 **your current understanding of the regulations, would you**
25 **deny the OG Wolf application today?**

NAEGELI

DEPOSITION & TRIAL

(800)528-3335

NAEGELIUSA.COM

1              MR. STEGEMAN:  Objection, calls for

2  speculation, incomplete hypothetical.  Can you put the

3  report in front of him or the materials so he can

4  consider?

5  BY MR. THOMPSON:

6      Q.   Chris, are you familiar with the OG Wolf

7  license plate that is the subject of the litigation

8  today?

9      A.   I have seen it but I don't recall what it

10  entails currently.

11     Q.   Okay.  Has anything changed in how you would

12  review a license plate that contains OG from two yeas

13  ago until today?

14     A.   I would say that there's been a -- it used to

15  be absolutely 100 percent we would -- that was on the

16  denied list and we would deny it without fault because

17  it stands for original gangster.  So it was -- it had a

18  gang-related meaning.  Over time, that -- to my

19  understanding, over time that that's become more of a

20  pop culture reference, meaning more along the lines of

21  instead of original gangster it means just original or

22  somebody that's been doing it for a while.  So if I was

23  to do a secondary review, that would be taken into

24  consideration based on the information.

25     Q.   Would it matter that the applicant's last name

 1 | began with those letters?

 2 |     A.    It would be taken into consideration.  Whether

 3 | or not the configuration was determined to be acceptable

 4 | or not would kind of really depend upon what he put in

 5 | the letter and kind of the circumstances and additional

 6 | information that was found on it.

 7 |     Q.    Thank you.  You mentioned previously that a

 8 | license plate with the proposed configuration of 69

 9 | would be automatically rejected, but upon an appeal and

10 | a demonstration that that vehicle was made in 1969, that

11 | would subsequently be allowed.

12 |          Am I stating that correctly?

13 |     A.    Yes, that's correct, in general.  I mean, to

14 | clarify, if the configuration itself had the 69 on it

15 | but the rest of the configuration was denied, then yes.

16 | But if it was also -- if it was clearly a sexual

17 | connotation related to 69, if it's on a '69 vehicle is

18 | irrelevant at that point.

19 |     Q.    What if someone was born in 1969?

20 |     A.    That would not generally be taken into

21 | consideration.  It has to be on a 1969 vehicle because

22 | as far as I understand it, the thought process is it's

23 | identifying the vehicle itself.  The person reading that

24 | license plate has no way to identify the age of the

25 | passenger -- or the driver of the vehicle.

1    Q.   Does the person reading that license plate
2 able to identify the year of the vehicle?
3        MR. STEGEMAN:  Objection, calls for
4 speculation.
5    A.   I would say yes.  I would say a large number
6 of people would be able to identify that vehicle as a
7 1969 or around that general area.  That late 60s/early
8 70s are pretty -- are vehicles that are pretty easily
9 identifiable.
10 BY MR. THOMPSON:
11   Q.   Would you approve a license plate application
12 that included 69 if the car was made in 1968?
13   A.   I would not.
14   Q.   Do you have any -- again, this is an estimate.
15 Do you have any idea of how many personalized plates are
16 on California roads?
17   A.   An estimate, several million.  There's
18 probably -- I think the last time I checked, there was
19 about 7- or 800,000 regular standard license plates, and
20 we have about that same number of legacy plates.  So I
21 would say we have at least 1.5 -- between 1.5 and 2
22 million, if I was to take a guess.
23   Q.   Are all personalized license plates
24 environmental license plates?
25   A.   Yes, the terms are synonymous.



NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    Q.   Great.  Are you familiar with the statute that
2 authorizes the Department to enact an environmental
3 license plate program?

4    A.   I am.  I couldn't quote it verbatim, but I am
5 familiar with it.

6    Q.   Great.  Well, that's perfectly understandable.

7         MR. THOMPSON:  I want to mark as Plaintiff's
8 Exhibit 3, the statute authorizing the environmental
9 license plate program.  It's vehicle code section 5105.

10        (WHEREUPON, Vehicle Code Section 505 was
11 marked as Plaintiff's Exhibit No. 3 for identification.)
12 BY MR. THOMPSON:

13    Q.   Are you familiar with this statute, Christian?

14    A.   I am.

15    Q.   I want to point you to the particular subject
16 matter of the regulation which Plaintiffs are
17 challenging.  "There shall be no duplication of
18 registration numbers, and the Department may refuse to
19 issue any combination of letters or numbers or both that
20 may carry connotations offensive to good taste or
21 decency or which may be misleading or a duplication of
22 license plates provided for in Article 8."

23        What is your understanding of something that
24 may carry connotations offensive to good taste and
25 decency?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1        A.    Well, specifically that goes into the
 2   regulation itself, is where my understanding comes from.
 3   So basically within the regulations, within 206.00, it
 4   identifies specifically what we're looking for when
 5   we're looking for what may carry connotations offensive
 6   to good taste and decency.
 7        Q.    Okay.
 8             MR. THOMPSON:  Well, then let's mark as
 9   Plaintiff's Exhibit 4, the regulation that you just
10   referenced.  This is regulation 206.
11             (WHEREUPON, Regulation 206 was marked as
12   Plaintiff's Exhibit No. 4 for identification.)
13   BY MR. THOMPSON:
14        Q.    Are you familiar with this regulation?
15        A.    I am.
16        Q.    Are you aware that Plaintiffs are challenging
17   the constitutionality of subpart D?
18        A.    I am.
19             MR. STEGEMAN:  Objection.  I understand that
20   you guys are just focused on one part of subsection D,
21   offensive to good taste and decency, according to your
22   opposition to my motion to dismiss.
23             MR. THOMPSON:  That's right.
24             MR. STEGEMAN:  Okay.  Just to clarify.
25   BY MR. THOMPSON:
```

1     Q.   You explained that your understanding of

2  what's offensive to good taste and decency is defined

3  through this regulation.

4        Am I characterizing your testimony correctly,

5  Chris?

6     A.   Yes.

7     Q.   Okay.  Can you explain to me what is a

8  configuration that has a sexual connotation?

9     A.   A configuration that has a sexual connotation

10  would generally be related to some kind of a sexual act

11  or have something related to that, such as FU, or it

12  could be -- a better example might be -- what was one --

13  like donkey punch, which it has something to do -- it

14  has a sexual connotation because it's related to a

15  sexual act.

16     Q.   What is a term of lust?

17     A.   A term of lust?  Lust or depravity.  I would

18  say that that would be a similar configuration to sexual

19  connotation but usually directed at somebody else, so

20  they're expressing a lustful term or a lustful idea that

21  is -- they're expressing that to somebody else.  That

22  would be my term of lust.

23     Q.   And a term of depravity?

24     A.   Depravity is -- basically, my reading of it

25  would be is that something that the average person on

```
 1       Q.    I want to look back at the interrogatories.  I
 2  believe this was marked as Plaintiff's Exhibit 1, and I
 3  want to move to interrogatory number 4.  Identify each
 4  governmental interest you contend is advanced by the
 5  regulation.  And I'll highlight as I read.  Defendant
 6  responds as follows:  The regulation advances the
 7  interests set forth and embodied in the Vehicle Code,
 8  Section 5105, including preventing the duplication of
 9  registration numbers and preventing issuance of any
10  combinations of letters or numbers or both that may
11  carry connotations offensive to good taste and decency
12  or would be misleading or a duplication of license
13  plates provided for in Article 8.
14       I want to start with the backend of that.
15  Chris, why does the Department want to prevent the
16  duplication of license plates?
17       A.    It all comes back to public safety.  The
18  primary reason to have a license plate is to identify
19  the vehicle, the type of registration and their -- and
20  then subsequently identify the owner through our system.
21  So if we have license plates with a similar
22  configuration, it's quite easy for people to misread
23  those in a circumstance where they might want to
24  identify that vehicle.
25       Q.    Sure.  And why would the Department want to
```

```
 1  prevent license plates that are misleading?
 2      A.    Basically, you could have a license plate that
 3  identified itself in such a way to indicate that the
 4  person was a member of law enforcement or was a member
 5  of a specific group.  I use law enforcement as an
 6  example of that.  We don't want people thinking that
 7  somebody's a police officer when they're getting -- just
 8  because what their license plate says on it.
 9      Q.    Sure, that makes sense.  Would it also be fair
10  to say the Department wants to prevent misleading
11  license plates for similar reasons of duplication, so
12  you can identify the correct plate when identification
13  is called for?
14      A.    I believe that's a fair statement.
15      Q.    For example, I think we talked earlier about
16  when they were substituting the 1 for an L, that could
17  be misleading and the Department would want to prevent
18  misleading applications like that?
19      A.    Yes.
20      Q.    So why does the Department want to ban license
21  plates that may carry connotations offensive to good
22  taste and decency?
23      A.    Well, other than it being in the statute
24  itself, it basically comes down to again bringing it
25  back to public safety.  We also don't want to have the
```

```
 1  Department being perceived as -- what's the word I'm
 2  looking for -- being perceived as approving these
 3  messages on the license plates.  For example, Nazi.  If
 4  we let it out there, you put that license plate on the
 5  car, you're going to have people that are offended by
 6  that.  It could lead to road rage.  It could lead to any
 7  number of things which would have a negative
 8  connotation.  And then we would have the public
 9  contacting us, going how could you possibly have let
10  that out, because there's that perception of approval
11  from the Department because we've let that out for them.
12      Q.   Is the Department contacted by members of the
13  public that are offended by license plates that you have
14  currently approved?
15      A.   Absolutely.
16      Q.   Can you give me an example of that?
17      A.   An example of that.  Sure, let's see.  One
18  that came in recently was Asian flu.  The person was
19  very upset that we had let that out and clearly felt
20  that it was an offensive term.  If you want to go all
21  the way back to the 70s, we had -- probably the most
22  famous one that we have is Jap, which was offensive to
23  the Japanese Americans, of course, during that time and
24  actually prompted changes to the statute that allowed
25  the Department to start recalling these offensive
```

```
 1        A.    Well again, I feel that it goes back to once
 2   we let one of those out, it's considered by a lot of
 3   members of the public to be approval by the Department
 4   that we have approved these configurations and that it's
 5   -- you know, the primary purpose of a license plate is
 6   just to identify the car, and this is a situation where,
 7   again, we get some other complaints.  I don't have a lot
 8   of examples off the top of my head, but we get them
 9   quite often with people upset with configurations that
10   had been put out there or had been approved.  So I mean,
11   that's it.  It comes back to also public safety.  If
12   somebody has an offensive license plate on their car,
13   they can conceivably be subject to somebody else taking
14   great offense at that and then confronting the person in
15   regards to what they have on their car.
16        Q.    If I'm understanding you correctly, you don't
17   know of any examples of individuals becoming offended by
18   a license plate configuration and threatening the public
19   safety?
20             MR. STEGEMAN:  Objection, vague.
21        A.    I do not have an example of customers being --
22   people being attacked for their license plate.  I have
23   seem numerous examples of people who have sent in
24   complaints or even posted to social media of many of the
25   configurations that they're deeply offended by that
```

1   somehow got by the Department.  One example in

2   particular was the license plate kigy, k-i-g-y.  It got

3   out.  A photograph was taken at a white supremacist

4   rally, and it turns out that it's an acronym for

5   Klansmen, I greet you.  So needless to say, they posted

6   that on social media and it created quite the outcry

7   from the Department -- or to the Department, rather.

8   **BY MR. THOMPSON:**

9       **Q.   Has the Department recalled that license**

10  **plate?**

11      A.   That license plate was recalled, yes.

12      **Q.   Have you received complaints from the public**

13  **that they were offended by a license plate that you did**

14  **not recall?**

15      A.   Yes.

16      **Q.   So is it fair to say that when individuals are**

17  **offended, that doesn't mean that the Department is going**

18  **to recall a license plate?**

19      A.   It ultimately depends upon the -- how

20  offensive it is and how many complaints that we've

21  received.  Generally, if it's something that is more

22  questionable than it is 100 percent offensive -- let's

23  say for example, for that kigy, which came back with a

24  whole bunch of people reaching out to us about it, we

25  recalled that one right away.  Other ones, there was one

 1  in that five or ten seconds when you see it on the road,
 2  they just can't believe the Department could possibly
 3  have let something like that out.  It's just like if we
 4  let out swearwords or let out, for example, Nazi.  I
 5  know I keep going back to that one.  That was another
 6  one that we recalled.  It was -- it's that perception
 7  that the Department is letting that out.  And then we
 8  see king Kobe on the road.  You're not feeling that --
 9  the public's not seeing that as a negative message
10  against anybody.  Hope that made sense.

11       Q.   I appreciate the answer.  Let's move on to the
12  response to interrogatory number 5.  So this is asking,
13  explain how the regulation furthers the interests that
14  were identified in the prior interrogatory.  And the
15  answer that the Department has given is, without waiving
16  any objections the Department responds that the
17  regulation and its subparts prevent the issuance of
18  license plate configurations that may cause the harms
19  described above.

20       So if we look to the harms described above,
21  misleading, duplication and may carry connotations
22  offensive to good taste and decency.

23       What is the harm that a license plate that
24  carries connotations offensive to good taste, what is
25  the harm the Department is preventing by denying those

 1  **license plates?**

 2          **MR. STEGEMAN:**  Objection, vague, but go ahead

 3  and answer, Chris.  That's just for the record.

 4          **THE WITNESS:**  Okay.

 5      A.   What is the harm?  I think we're going back

 6  around to kind of the same answer that I gave before.

 7  It comes back down around to the public safety aspect,

 8  the possibility of somebody being deeply offended by one

 9  of these configurations and causing them to take action,

10  that their -- the perception that, again, the Department

11  is approving these messages that are going out there and

12  that it's -- not only is it a possibility of something

13  happening but there's also the distraction of it with

14  somebody seeing that message and being offended.

15  **BY MR. THOMPSON:**

16      **Q.   So is it fair to say that one of the harms the**

17  **Department is attempting to alleviate is that it doesn't**

18  **want the public to be offended?**

19          **MR. STEGEMAN:**  Objection, vague.

20      A.   I think that it's a -- that there are -- that

21  the Department definitely does not want these terms that

22  are questionable within the regulations out there

23  because it definitely -- a group of people -- for

24  example, we go back to Jap.  This is a large group of

25  people with Japanese decent and they're deeply, deeply

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1   with the word hick, h-i-c-k.

2         Do you believe a majority of Californians find

3   hick to be offensive?

4      A.   I'm not sure, to be 100 percent truthful. I

5   think that it is one of those terms that can really

6   depend on what you consider a slur. I mean, you also

7   have redneck and ones that fall into similar things,

8   almost like OG. Words change over time and so do our

9   policies, and so in regards to -- at one point the

10   Department did deny pretty much everything that had red

11   or blue in it. But upon review of that, it was

12   determined that it was better to judge the entire

13   configuration, rather than just sticking to those

14   specific words. But it all comes back around to the

15   configuration as a whole, rather than just specific

16   parts of it.

17      Q.   So when the Department determines something

18   like OG is an auto deny and then becomes a not auto deny

19   but is more context-driven denial, what type of -- why

20   does the Department make that change? What have they

21   accumulated in terms of evidence -- which is going to

22   draw objection from Chad -- but what type of

23   documentation does the Department have that would say

24   that OG is now transformed from an auto deny into a non-

25   auto deny and is context driven?

Christian Milham          8/10/2020          NDT Assgn #34884 A          Page 74

1      MR. STEGEMAN:  I'd just object.  This is

2  beyond the scope of the 30(b)(6).  But if you know,

3  Chris, go ahead.

4      A.   I don't know that there's a -- I don't believe

5  there's anything specific within the -- that generated

6  that change.  It's a shifting perspective over time.

7  When you're looking at it and you're looking at

8  different groups of people looking at that configuration

9  and what it meant, you know, a few years ago, let's say

10 five years ago, there was certainly more of a gang

11 connotation to it.  And as our language has developed,

12 it has shifted, again, to more of a pop culture

13 situation.  And so as we get more of those types of

14 configurations then it also lends itself to adjustment

15 on our part, in regards to how we address those specific

16 configurations.

17 BY MR. THOMPSON:

18     Q.   Do you have any documentation of when language

19 shifts that would make the Department reevaluate its

20 position?

21     A.   I do not.

22     Q.   Would the Department -- scratch that.

23          Who is the individual or individuals who would

24 make the determination that a term has shifted in

25 meaning, so as to not become an auto deny anymore?

```
 1        Q.   Chris, have you had a chance to review the
 2   Department's answer to Plaintiff's complaint in this
 3   case?

 4        A.   Yes, I believe so.

 5        Q.   I'm going to introduce that.  Hold on one
 6   second.  I don't know.  I'm having difficulty.  I can
 7   screen share it and if you need me to figure out how to
 8   share it I'll do so, but hopefully it won't require
 9   that.  Are you seeing that, Chris?

10        A.   Yes, I have seen that document.

11        Q.   So this is, again, the Department's answer to
12   the lawsuit.  I just want to ask a question with regards
13   to paragraph 3.

14             Defendant admits that the decision in Kotler
15   speaks for itself.  The parties settled all claims on
16   the merits and any and all claims relating to attorneys'
17   fees awards and costs, including issuance of the plate
18   COYW and that there has been no formal revision to the
19   regulation to date.

20             What I want to ask you about is the next part.
21   "Though one is contemplated and in internal
22   deliberations as a result of that litigation."

23             Can you speak to that statement?

24        MR. STEGEMAN:  And Chris, I'd just admonish
25   you not to disclose any attorney-client communications
```

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

 1  with me or legal, and I'd just object to the extent that

 2  this discloses any kind of deliberative process

 3  internally.  But go ahead, Chris, if you know anything

 4  about it.

 5          THE WITNESS:  Yeah.

 6      A.   I'm aware in discussions in regards to

 7  changes, but I have not been consulted in regards to it.

 8  I don't have any specific information in regards to

 9  these contemplated changes.

10  BY MR. THOMPSON:

11      Q.   Okay, thank you.  A few follow ups to -- let

12  me get your screen -- some of the questions we went over

13  earlier today.

14          You mentioned that when you're reviewing

15  applications that sometimes you will recall them, and we

16  saw that document that listed the recalled license

17  plates that were previously approved and that if a

18  number -- the greater the number of people that contact

19  the Department for being offended -- I forget what the -

20  - was it KIGW or some -- I forget what it was that you

21  were referencing with regards to Nazis.

22      A.   Kigy, K-i-g-y.

23      Q.   Yeah.  But the more people that contact the

24  Department, the more likely the Department is to find

25  something offensive.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      **MR. STEGEMAN:**  Objection, misstates testimony,
2  but go ahead, Josh.  Sorry to interrupt.

3      **MR. THOMPSON:**  Yeah, let me clarify that.  I
4  think that's fair.

5  **BY MR. THOMPSON:**

6      **Q.   Do you think that's accurate, Chris, that the**
7  **more complaints the Department receives about a license**
8  **plate the more likely it is to find that license plate**
9  **offensive?**

10     A.   I believe that the more complaints we receive
11 indicate to us that the pubic is finding it offensive,
12 and so we use that as a bar to determine whether or not
13 we would move forward with a recall.

14     **Q.   Notwithstanding objections from the public,**
15 **may the Department still decide to keep a license plate**
16 **on the roads?**

17     A.   They may.  It just depends on the
18 circumstances.  For example, we used kigy earlier.  We
19 also had another one that was Notsee, it was N-o-t-s-e-
20 e, as an example, that had gotten out, and those ones
21 really, because of their nature, didn't require
22 additional -- I mean, we got obviously a lot of social
23 media complaints on it but even just one or possibly two
24 would have probably been enough to recall those based on
25 the meanings of those license plates, where as the other

# CERTIFICATE

I, Matthew Prindiville, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 24th day of August, 2020.

_____

Matthew Prindiville

Exhibit G



**COURT REPORTING**

**LEGAL VIDEOGRAPHY**

**VIDEOCONFERENCING**

**TRIAL PRESENTATION**

**MOCK JURY SERVICES**

**LEGAL TRANSCRIPTION**

**COPYING AND SCANNING**

**LANGUAGE INTERPRETERS**







**(800) 528-3335**

**NAEGELIUSA.COM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PAUL OGILVIE, et al.,

      Plaintiffs,

v.                   No. 4:20-cv-01707-JST

STEVE GORDON, in his official
capacity as Director of the California
Department of Motor Vehicles,

      Defendant.

_____

REMOTE DEPOSITION BY VIDEOCONFERENCE

ALEISHA CORREA

TAKEN ON
TUESDAY, AUGUST 11, 2020
10:37 A.M.

2415 FIRST AVENUE
SACRAMENTO, CALIFORNIA 95518

```
 1                         APPEARANCES

 2

 3   APPEARING ON BEHALF OF THE PLAINTIFF:

 4   WENCONG FA, ESQUIRE

 5   JOSHUA THOMPSON, ESQUIRE

 6   Pacific Legal Foundation

 7   930 G Street

 8   Sacramento, CA   95814

 9   (916) 419-7111

10   (916) 419-7747 FAX

11   wfa@pacificlegal.org

12   jthompson@pacificlegal.org

13

14   APPEARING ON BEHALF OF THE DEFENDANT:

15   CHAD STEGEMAN, ESQUIRE

16   California Department of Justice

17   455 Golden Gate Avenue

18   Suite 11000

19   San Francisco, CA   94102

20   (415) 703-5551

21   (415) 703-5480 FAX

22   chad.stegeman@doj.ca.gov

23

24

25
```

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

```
 1      Q.   Do you personally know which plates the
 2 reviewers have approved?
 3      A.   No.
 4      Q.   No?  Do you see most of the plates that the
 5 reviewers have rejected?
 6      A.   No, unless they come in as a complaint, I
 7 don't have the time to sit there and review each
 8 configuration.
 9           (Phone ringing.)
10           THE WITNESS:  Oh, sorry.  Let me turn my phone
11 off.
12           MR. FA:  Okay.
13 BY MR. FA:
14      Q.   So is there anything that you do to ensure
15 that the reviewers' determination of the different
16 license plate applications are consistent?
17      A.   Well, the reviewers are given the guidelines
18 and, you know, I think you've seen the manual that we
19 had put together, which was a result of the lean six
20 sigma process.  I would say on occasion I'll look at the
21 orders that are being sent to the prison to be
22 manufactured, but unless it's something that has come
23 through as a complaint and I need to keep them aware of,
24 we really don't -- you know, it's their experience and
25 the guidelines that they follow.  Due to the result of
```

 1  the project, they were given autonomy to be the first

 2  line reviewers, because the customers will have the

 3  option to write in and request a secondary review.

 4      Q.   Is it fair to say that they have some

 5  discretion in whether to approve or deny a certain

 6  license plate configuration?

 7      A.   Based on the review codes, yes.

 8      Q.   Okay.  Besides the guidelines, is there

 9  anything else that you do to ensure that the reviewers'

10  determinations are consistent?

11      A.   We have open discussions if they see anything

12  trending.  The majority of the denials are substitutes

13  or lookalikes or something that's going to mimic an

14  existing configuration or series of plates.  But we do

15  have open discussions, just to see what -- you know,

16  just to try to keep that communication open and see if

17  anything's trending or anything like that.

18      Q.   And I'm curious.  How do you know that a

19  majority of the denials are lookalikes or substitutes?

20      A.   Well, when we get the secondary reviews and I

21  see those letters, the majority of those are lookalikes.

22      Q.   Do you have an estimate about percentage?

23      A.   Well, the percentage of denials on my area is

24  about ten percent.  So I would say -- this is just a

25  guess.  I would say maybe half or more than half,

```
 1        Q.    Okay.  Do the reviewers ever -- are there
 2  meetings where the reviewers would meet and discuss the
 3  configurations?
 4        A.    They don't have a meeting, but if there's
 5  anything that they're questioning or, you know, it's a
 6  gray area, they will confer with each other.  They're
 7  very good about that.  And because it's a small group,
 8  they do that often.
 9        Q.    Okay.  How do you know that?
10        A.    Well, when they were all in the office, I
11  would go by and I can hear them talking, and we have to
12  tell them to keep their tone down because other areas
13  around would hear their conversations, which are not
14  work appropriate sometimes.  But now they email each
15  other or they go through teams.
16        Q.    Okay.  I know you stated that you kind of --
17  you supervise the supervisors of the reviewers.
18              I'm curious, do you know anything about the
19  reviewers themselves?
20        A.    Well --
21              MR. STEGEMAN:  Objection.  Do you want to
22  specify when?
23              THE WITNESS:  Yeah.
24  BY MR. FA:
25        Q.    Yeah, my question was do you know anything
```



1        MR. STEGEMAN:  -- for her personal opinion?

2    Just to be clear, she's not speaking on behalf of the

3    Department.

4    BY MR. FA:

5        Q.   You may answer.

6        A.   Okay.  What I've seen over time to be obscene

7    or repulsive could be something like jizz or anal.

8        Q.   Okay, but wouldn't that be covered under

9    number 1, the configuration has a sexual connotation, or

10   would it be part of profane, obscene or repulsive?

11       A.   It would depend on the context.

12       Q.   Can you explain how?

13       A.   Well, something repulsive could also be -- I'm

14   trying to think.  Eat the D or -- I don't know.  Nothing

15   really is coming to mind because I've seen so many, but.

16       Q.   That's okay.  Profane, obscene or repulsive,

17   do you take those three words to mean the same thing or

18   different things?

19       A.   I guess they can somewhat correlate.  I would

20   probably have to, you know, look up the definition to

21   see what exactly each word, you know, is referring to.

22       Q.   Okay.  So you don't know, just as you sit here

23   right now, you don't know if they mean the same thing or

24   different things?

25       A.   I would think they'd be similar.

```
 1              MR. FA:  Okay, I will try at some point.
 2              THE REPORTER:  Thank you.
 3              (WHEREUPON, the ELP review sheet was marked as
 4   Exhibit No. 3 for identification.)
 5              MR. FA:  Sorry, just give me one moment here.
 6   BY MR. FA:
 7       Q.   So Ms. Correa, here it says OG Ortiz.  Do you
 8   see that?
 9       A.   Yes.
10       Q.   And it says, "Pulled for OG" on the meaning;
11   is that correct?
12       A.   Yes.
13       Q.   And then it says -- it has an N by it, which I
14   think it means it got rejected.  Right here, N, it says
15   do not issue, correct?
16       A.   Yes.
17       Q.   Is it your understanding that license plates
18   with the OG configuration are automatically denied?
19       A.   My understanding is they used to be.  However,
20   currently it depends on the context that it's used
21   because it appears that original gangster, more so the
22   gangster part is not as relevant as perhaps it used to
23   be in the past.  Now the term OG is used more so as
24   original or old, like the Gen X-ers or Millennials refer
25   to something that's older.
```

1        Q.    Okay, and can you explain a little bit more
2   about how you know that?
3        A.    Well, just in talking to the reviewers and the
4   secondary reviewers, if they see something that they're
5   going to be approving on their end they will tend to
6   share with the reviewers, the initial reviewers, so
7   we're on the same page.
8        Q.    So when did that shift happen with the OG?
9        A.    I can't be exact, but I'm going to say maybe
10  within the last year.  I mean, this year's been a fog.
11  I would maybe say within the last year, if I had to take
12  a guess.
13       Q.    Okay.  And that was based on basically
14  information that was shared from the secondary
15  reviewers; is that correct?
16       A.    Correct.
17            MR. STEGEMAN:  Objection, calls for
18  speculation.
19  BY MR. FA:
20       Q.    Is that based on anything else besides
21  information from the secondary reviewers?
22       A.    Well, they see something or based on their
23  research, they're ELP analysts, so.
24       Q.    Okay.
25       A.    It doesn't make sense for us to deny it and

```
 1  them to approve it if it's something that, you know, has
 2  evolved or if there's a change or if something -- that
 3  they're aware of.
 4       Q.   And again, I'm just asking you for what you
 5  know.  Do you know what sources the analysts consulted
 6  in making these changes?
 7            MR. STEGEMAN:  Objection, calls for
 8  speculation.
 9  BY MR. FA:
10       Q.   I'm just asking you for what you know, Ms.
11  Correa.
12       A.   The ELP analysts?  No.
13       Q.   Okay.  What about this one that I'm
14  highlighting?  It says, "SR HTRD".  Is that correct?
15       A.   Yes.
16       Q.   And then here it says it was denied because
17  HRTD means hatred; is that right?
18       A.   That's what it says.
19       Q.   Okay.  In your opinion, is that a proper
20  interpretation of the regulations?  Let me rephrase.
21            Is that a proper application of the
22  regulations?
23            MR. STEGEMAN:  Objection, vague as to time.
24  You mean today?  It sounds like they evolve.  You can
25  answer, Aleisha, based on your understanding.
```

```
 1       Q.    So do you have anything that you want to add
 2  to the endorses or condones part?  Do you view that as
 3  the same thing or different things?
 4       A.    I believe that as the same.
 5       Q.    Okay.  So in your opinion, the California
 6  Department of Motor Vehicles is endorsing any message
 7  that it approves on a personalized license plate; is
 8  that correct?
 9       A.    That is correct because it goes on the
10  California license plate and motorists will see it as
11  such.
12       Q.    Okay.
13       A.    That's why we get complaints.
14       Q.    Do you ever get complaints about anybody's
15  bumper stickers?
16       A.    No.
17       Q.    What happens when you get a complaint from a
18  motorist about a license plate?
19       A.    It goes to the ELP analysts for further review
20  and research.
21       Q.    Do you have any role in that?
22       A.    Only if they ask for feedback or if we have
23  anything to add.
24       Q.    Have they ever asked --
25       A.    But --
```

```
 1  not limited to the customer's meaning provided on the
 2  ELP application, online resources such as Urban
 3  Dictionary, Google or Google Translate to identify the
 4  meanings of unknown words or phrases, and if necessary,
 5  foreign language speakers."
 6           Is that correct?
 7       A.   Yes.
 8       Q.   Okay.  So I'm curious, what do you mean by the
 9  research includes but is not limited to these different
10  things?
11       A.   The research includes but is not limited to?
12       Q.   Yeah, what other things do you consider?
13  That's my question.
14       A.   What other things would the reviewers
15  consider?
16       Q.   Yes, correct.
17       A.   Well, they would -- I know they've mentioned
18  that they've also used Reddit or, you know, the other
19  research would be themselves, as far as putting it out
20  there amongst themselves so they can discuss it.
21       Q.   Okay.  Are you aware of anything else besides
22  those things that you --
23       A.   Language, they would reach out to someone who
24  is familiar with that language.
25       Q.   Okay.  And do you know, Ms. Correa, how these
```

```
 1      Q.   Okay.

 2      A.   There has to be a number in there somewhere.

 3      Q.   And for this question I'm only asking for non-

 4  privileged information, but are you aware of any non-

 5  privileged information that the Department is

 6  contemplating changes to the regulation that we're

 7  challenging?

 8          MR. STEGEMAN:  Aleisha, just to be clear,

 9  privileged, for instance, is talking to me about it or

10  talking to your legal team at DMV or if you're involved

11  in the actual deliberations concerning the amendment to

12  the regulation.  Don't disclose the substance.

13  BY MR. FA:

14      Q.   Yeah, I'm only looking for non-privileged

15  information, Ms. Correa.

16      A.   I'm not aware of any of that.  That usually

17  would fall under Karen's team.

18      Q.   Okay.  Let me drag the -- right there.  I just

19  entered in another file into the chat feature.

20          MR. FA:  I believe this should be Exhibit 5.

21          (WHEREUPON, the environmental license plates

22  review procedures were marked as Exhibit No. 5 for

23  identification.)

24  BY MR. FA:

25      Q.   Let me share it on my screen as well.  Okay,
```

```
 1            Can you explain to me how OG is viewed now?
 2   Would it be approved in every circumstance or how is it
 3   viewed now?
 4            MR. STEGEMAN:  Objection, calls for
 5   speculation.  You can answer if you can, Aleisha.
 6       A.   My understanding currently is OG is more of a
 7   term of original or old.  For the young group, that's
 8   how they reference OG.  Again, if it's in conjunction
 9   with something that is hateful or hostile, I would
10   assume they would still deny it.
11   BY MR. FA:
12       Q.   Ms. Correa, are you familiar with one of our
13   clients who wanted a license plate with the
14   configuration DUK N A?
15       A.   I'm familiar with the configuration.
16       Q.   Do you believe, as you sit here today, that
17   configuration should be denied?
18            MR. STEGEMAN:  Objection, incomplete
19   hypothetical.  You can answer if you can.
20       A.   Well, looking at the configuration and going
21   based on the initial review, yes.
22   BY MR. FA:
23       Q.   Okay.  What about a configuration that says
24   DUKN GO?
25       A.   I'm sorry, say that again.
```



NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1        Q.   I've got just a couple of questions for you,
 2   Aleisha, just to follow up.
 3             So you are not a reviewer; is that correct?
 4        A.   That's correct.
 5        Q.   Have you ever been a reviewer?
 6        A.   No.
 7        Q.   You supervise the supervisor of the reviewers,
 8   correct?
 9        A.   That's correct.
10        Q.   Do you approve Reg 272s?
11        A.   No.
12        Q.   Do you deny Reg 272s?
13        A.   No.
14        Q.   You're not a secondary review analyst, are
15   you?
16        A.   No.
17        Q.   You don't approve or deny secondary reviews,
18   correct?
19        A.   No, I don't.
20             MR. STEGEMAN:  Okay.  That's all I have.
21             THE REPORTER:  Standby.  This concludes the
22   deposition.  Mr. Fa, will you be ordering the original
23   of this transcript?
24             MR. FA:  Yes.
25             THE REPORTER:  And Mr. Stegeman, will you be
```

## CERTIFICATE

I, Matthew Prindiville, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 24th day of August, 2020.


_____

Matthew Prindiville

Exhibit H



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



(800) 528-3335

NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

PAUL OGILVIE, et al.,

      Plaintiffs,

vs.                  Case No. 4:20-cv-01707-JST

STEVE GORDON, in his official
Capacity as Director of the California
Department of Motor Vehicles,

      Defendant.

_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE**

**AGNES HOLMES**

**SACRAMENTO, CALIFORNIA**

**TAKEN ON**
**FRIDAY, AUGUST 14, 2020**
**9:33 A.M.**

```
 1                        APPEARANCES

 2

 3   Appearing on behalf of the Plaintiff:

 4   WENCONG FA, ESQUIRE (via video conference)

 5   JOSHUA P. THOMPSON, ESQUIRE (via video conference)

 6   Pacific Legal Foundation

 7   930 G Street

 8   Sacramento, CA  95814

 9   (916) 419-7111

10   (916) 419-7747 (Fax)

11   wfa@pacificlegal.org

12   jthompson@pacificlegal.org

13

14   Appearing on behalf of the Defendant:

15   CHAD A. STEGEMAN, ESQUIRE (via video conference)

16   California Department of Justice

17   455 Golden Gate Avenue, Suite 11000

18   San Francisco, CA  94102

19   (415) 703-5551

20   (415) 703-5480 (Fax)

21   Chad.stegeman@doj.ca.gov

22

23   ALSO PRESENT:

24   Vincent Guerrera, Zoom Technician

25
```

```
 1        A.   Yes.  Several people that oversaw them, so.
 2        Q.   Can you just give me an overview of the
 3   hierarchy?
 4        A.   Well, they had a manager that oversaw them, a
 5   Manager I, and then they had a section manager that
 6   oversaw them.  And then I oversaw the section manager.
 7        Q.   Who was the section manager that oversaw the
 8   reviewers?
 9        A.   Aliesha Correa.
10        Q.   Okay.  What about -- strike that.
11             So do you have -- do you have any knowledge
12   about what sources the reviewers consulted in deciding
13   whether or not to approve a personalized license plate
14   application?
15        A.   Yes.
16        Q.   What sources did they consult?
17        A.   They used the statutes, the manual, and they
18   did research.  They Googled.  I mean, they use Google
19   and Urban Dictionary.
20        Q.   Can you think of anything else?
21        A.   I can't think of anything else.
22        Q.   Okay.  By manual, what do you mean by manual?
23        A.   We had a manual.  A manual for our -- it's the
24   license plate manual.
25        Q.   Okay.  Do you know when this manual was
```

1 created?

2     A.   No, I do not.

3     Q.   Okay.  Do you know what standards the

4 reviewers -- strike that.

5         Do you know what standards the reviewers used

6 in deciding whether or not to approve a personalized

7 license plate configuration?

8         MR. STEGEMAN:  Objection; vague as to

9 standards.

10         You can answer.

11         THE WITNESS:  I don't understand what you mean

12 "the standard."  Can you clarify that?

13 BY MR. FA:

14     Q.   Yeah.  What -- how would they determine

15 whether or not to approve a personalized license plate

16 configuration?

17         MR. STEGEMAN:  Objection; calls for

18 speculation.  But to the extent it doesn't, Ms. Holmes,

19 you can answer.

20         THE WITNESS:  They would utilize the manuals

21 and the statutes and research, you know, the Urban

22 Dictionary.

23 BY MR. FA:

24     Q.   Did the reviewers do anything besides --

25 strike that.

NAEGELI
DEPOSITION & TRIAL

(800)528-3333
NAEGELIUSA.COM

```
 1 plate will distract or provoke a driver.
 2      Q.   But without looking at the manual, you
 3 wouldn't know whether a personalized license plate
 4 configuration would be distracting?
 5      A.   I'd have to do the research.  I can't look at
 6 a license plate at face value and tell you that.  I
 7 would have to do some research first.
 8      Q.   Does the manual tell you if a personalized
 9 license plate configuration is distracting?
10      A.   The manual doesn't tell us if it's
11 distracting, but based on the research, you know, so
12 that would tell us based on if it's distracting.
13      Q.   What claim --
14      A.   You know, the meaning of --
15      Q.   Sorry; go ahead.
16      A.   The meaning of the plate.
17      Q.   How would -- how would research reveal if a
18 personalized license plate is distracting?
19      A.   How would it reveal?  Based -- just looking at
20 the research.  I mean, when you're reading it.  I mean,
21 that's how -- you would look at it and based on the
22 research.  I would read it.  I'm not clear on your --
23      Q.   Well, I mean, can you just give me an example
24 of how a personalized license plate configuration might
25 be distracting based on the research?
```

1         A.    Basically, based on you look at it and if the

2    research is something that would offend someone, or like

3    I said, if it would be distracting or could cause

4    someone to be angry or, you know, provoke a driver to be

5    angry based on what they see on the license plate or if

6    they determine from reading the license plate or the

7    meaning of the plate could be offensive to someone.

8         Q.    **How do you know if the meaning is distracting?**

9         A.    I would know based on, I mean, from the --

10   from the research.

11        Q.    **Okay.  So you wouldn't know if the meaning was**

12   **distracting before you conducted the research; correct?**

13        A.    No.  I'd have to research the plate.  I can't

14   tell from looking at a plate whether or not -- I'm not

15   that familiar with them to tell you without looking at

16   the research and determining from there.  I couldn't

17   tell you just by looking at the plate.

18        **MR. STEGEMAN:**  Hey, Wen, after -- after you're

19   done with this line can we take a break?  I hear some

20   activity out here and I'm going to want to check in and

21   see if they can get this done soon.

22        **MR. FA:**  Yeah, sure.

23   **BY MR. FA:**

24        Q.    **Does the research -- Ms. Holmes, does the**

25   **research tell you the meaning of the phrase itself or**

NAEGELI
DEPOSITION & TRIAL          (800)528-3335
                            NAEGELIUSA.COM

1                          CERTIFICATE

2

3                I, Amber Loyd, do hereby certify that I

4        reported all proceedings adduced in the foregoing

5        matter and that the foregoing transcript pages

6        constitutes a full, true and accurate record of said

7        proceedings to the best of my ability.

8

9                I further certify that I am neither related

10       to counsel or any party to the proceedings nor have any

11       interest in the outcome of the proceedings.

12

13               IN WITNESS HEREOF, I have hereunto set my

14       hand this 31st day of August, 2020.

15

16

17

18       _____

19                Amber Loyd

20

21

22

23

24

25