IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL OGILVIE, ANDREA CAMPANILE, JAMES BLAIR, PAUL CRAWFORD, and AMRIT KOHLI,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVE GORDON, in his Official Capacity as Director of the California Department of Motor Vehicles,**<br><br>Defendant. | 4:20-cv-01707-JST<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT GORDON'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: Nov. 18, 2020<br>Time: 2:00 p.m.<br>Judge: Jon S. Tigar<br>Location: Courtroom 6<br><br>Action Filed: March 10, 2020 |

1

Before this Court is Plaintiffs' Motion for Summary Judgment and Defendant Gordon's Cross-Motion for Summary Judgment. This Court, having considered the arguments of counsel, briefing and relevant legal authority, and supporting declarations, hereby DENIES Plaintiffs' motion and GRANTS Defendant's cross-motion. Judgment will be entered in Defendant's favor.

**IT IS SO ORDERED.**

Dated: _____, 2020

JON S. TIGAR
District Court Judge

2

[Proposed] Order Denying Pltfs.' Motion and Granting Def.'s Cross-Mot. for Summ. J. (4:20-cv-01707-JST)