WENCONG FA, SBN 301679
Email: WFa@pacificlegal.org
JOSHUA P. THOMPSON, SBN 250955
Email: JThompson@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs Paul Ogilvie, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL OGILVIE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEVE GORDON, in his official capacity as Director of the California Department of Motor Vehicles,<br><br>　　　　　Defendant. | Case No.: 4:20-cv-01707-JST<br><br>**DECLARATION OF WENCONG FA IN SUPPORT OF PLAINTIFFS' BILL OF COSTS**<br><br>Action Filed: March 10, 2020 |

I, Wencong Fa, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am over eighteen years of age, have personal knowledge of the facts stated herein, and if called upon to do so, could and would testify competently thereto.

2. I am an attorney at Pacific Legal Foundation and represent Plaintiffs in the above-styled action.

3. I provide this declaration in support of Plaintiffs' bill of costs

4. Attached as Exhibit 1 is a copy of the court notice reflecting the filing fee of $400 in this case.

5. Attached as Exhibit 2 are copies of receipts for $280 for serving Defendant in this matter.

6. Attached as Exhibit 3 is a copy of a receipt for $1402.25 incurred in connection with the 30(b)(6) deposition of Christian Milhoan.

7. Attached as Exhibit 4 is a copy of a receipt for $1161.90 incurred in connection with the deposition of Aleisha Correa.

8. Attached as Exhibit 5 is a copy of a receipt for $1329. The cost was incurred in connection with the deposition of Agnes Holmes.

9. Attached as Exhibit 6 is a copy of a receipt for $262.50. The cost was incurred in connection with the deposition of Agnes Holmes. Ms. Holmes, who was served by subpoena, requested to reschedule her deposition on the day on which it was originally scheduled, which caused this fee to be incurred.

10. Each of the costs claimed in Plaintiffs' bill of costs was actually and necessarily incurred in this litigation.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this day: December 8, 2020.

>                                Respectfully submitted,
>
>                                By_____/s/ Wencong Fa_____
>                                       WENCONG FA
>
>                                *Attorney for Plaintiffs, Paul Ogilvie, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DECLARATION OF WENCONG FA IN SUPPORT OF PLAINTIFFS' BILL OF COSTS** has been served through the Court's CM/ECF system on all registered counsel.

DATED: December 8, 2020.

By   /s/ Wencong Fa
      WENCONG FA

*Attorney for Plaintiffs*
*Paul Ogilvie, et al.*