

# EXHIBIT - 1

**Kiren Mathews**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, March 10, 2020 9:19 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-01707 Ogilvie et al v. Gordon Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by Fa, Wencong on 3/10/2020 at 9:18 AM and filed on 3/10/2020

| | |
|---|---|
| **Case Name:** | Ogilvie et al v. Gordon |
| **Case Number:** | 3:20-cv-01707 |
| **Filer:** | Paul Ogilvie |
| | Paul Crawford |
| | James Blair |
| | Andrea Campanile |
| | Amrit Kohli |

**Document Number:** 1

**Docket Text:**
COMPLAINT against Steve Gordon ( Filing fee $ 400, receipt number 0971-14262566.). Filed byPaul Ogilvie, Paul Crawford, James Blair, Andrea Campanile, Amrit Kohli. (Attachments: # (1) Civil Cover Sheet)(Fa, Wencong) (Filed on 3/10/2020)

**3:20-cv-01707 Notice has been electronically mailed to:**

Wencong Fa     wfa@pacificlegal.org, incominglit@pacificlegal.org, pcastillo@pacificlegal.org

**3:20-cv-01707 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\COMPLAINT FINAL VERSION 3 10 20.pdf



# EXHIBIT - 2



3- 1593

**Edit Expense**

35 of 50 expenses ◄ ► ✕

**Finished!** Dawn Gonzales marked this expense as manually reimbursed outside of Expensify.

**Larry Salzman**
lsalzman@pacificlegal.org

✉ lsalzman@pacificlegal.org - 1162   🏛 American Express @Work - americanexpress.com   Reimbursed

Merchant *   WE SERVE NJ LLC

*Google: We Serve Nj Llc*

Date *   2020-03-13
*Posted On: Mar 14, 2020*

Total *   280.00    USD $   ▼

Category *   Professional Services   ▼

Attendees   👤 Patricia Castillo

Class *   100 - Litigation   ▼

Cases   3-1593   Ogilvie v. Gordon   ▼

Description *   Process Server to Serve Complaint Docs on Defendant

Report   Larry's Expenses #60210621   ▼

Save

American Airlines     $136.81
Mar 13   Reimbursed   Larry's Expenses #60210621



# INVOICE

| Paid |
|------|

## We Serve Law

Invoice #:  343635
Invoice Date:  Mar 13, 2020
Due date:  Mar 13, 2020

Phone: 800-637-1805
www.weservelaw.com

Amount due:
**$0.00**

Bill To:

PCastillo@pacificlegal.org

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process<br><br>Steve Gordon<br>Office of the Director<br>Department of Motor Vehicles<br>2415 First Avenue<br>Sacramento, CA 95818 | 1 | $150.00 | $150.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Printing Fee | 1 | $15.00 | $15.00 |
| Service Fee<br>Same Day Rush Request | 1 | $75.00 | $75.00 |
| | | Subtotal | $265.00 |
| | | Processing Fee | $15.00 |
| | | Total | $280.00 |

## Notes

We look forward to serving you again. Thank you for your business!



# EXHIBIT - 3

**WENCONG  FA ESQUIRE**
PACIFIC LEGAL FOUNDATION
930 G STREET

SACRAMENTO,CA 95814

| | | | |
|---|---|---|---|
| **Asg. Date:** | 08/10/2020 | | |
| **Case\Assg No.** | 34861-1 | **Invoice #** | 102242 |
| | | **Invoice Date** | 08/26/2020 |
| **Case Caption:** | OGILVIE, PAUL  vs  GORDON, STEVE - UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION | | |

---

ORIGINAL / INDEX / CONDENSED DEPOSITION OF  CHRISTIAN  MILHOAN

**Remarks**
FREE ENCRYPTED REPOSITORY!

APPEARANCE $276.00, TRANSCRIPT $983.75, EXHIBITS $82.50, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | **$1,402.25** |
| **Interest** | **$.00** |
| **Total Tax** | **$.00** |
| **Less Paid To Date** | **$1,402.25** |
| **Balance Due** | **$.00** |

NAEGELI  DEPOSITION  AND  T
111  SW  5TH  AVE  STE  2020
PORTLAND,  OR.  97204-3623
503-227-1544

**SALE**

REF#:  00000006

Batch  #:  053
11/04/20                              16:51:46
AVS:  Y                          CVV2:  M
APPR  CODE:  236579
Trace:  6
AMEX                          Manual  CNP
**********1162                    **/**

**AMOUNT        $3,576.65**

**APPROVED**

THANK  YOU

CUSTOMER COPY



**EXHIBIT - 4**

**WENCONG  FA ESQUIRE**
**PACIFIC LEGAL FOUNDATION**
930 G STREET

SACRAMENTO,CA 95814

| | | | |
|---|---|---|---|
| **Asg. Date:** | 08/11/2020 | | |
| **Case\Assg No.** | 34861-2 | **Invoice #** | 102248 |
| **Case Caption:** | OGILVIE, PAUL  vs.  GORDON, STEVE -<br>UNITED STATES DISTRICT COURT NORTHERN<br>DISTRICT OF CALIFORNIA SAN FRANCISCO<br>DIVISION | **Invoice Date** | 08/26/2020 |

---

*ORIGINAL / INDEX / CONDENSED DEPOSITION OF ALEISHA  CORREA*

**Remarks**

FREE ENCRYPTED REPOSITORY!

APPEARANCE $276.00, TRANSCRIPT $831.15, EXHIBITS $54.75.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | **$1,161.90** |
| **Interest** | **$.00** |
| **Total Tax** | **$.00** |
| **Less Paid To Date** | **$1,161.90** |
| **Balance Due** | **$.00** |



**EXHIBIT - 5**

**Kiren Mathews**

| | |
|---|---|
| **From:** | Naegeli Deposition & Trial <receipts+acct_1F50M3HaDbYze0X0@stripe.com> |
| **Sent:** | Tuesday, September 15, 2020 10:20 AM |
| **To:** | Kiren Mathews |
| **Subject:** | Your Naegeli Deposition & Trial receipt [#9468-1393] |

# Receipt from Naegeli Deposition & Trial

Receipt #1393-9468

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $1,329 | September 15, 2020 | AMERICAN EXPRESS — 1162 |

SUMMARY

| | |
|---|---|
| 102428 | $1,329.00 |
| **Amount paid** | **$1,329.00** |

If you have any questions, contact us at
Accounting@NaegeliUSA.com or call at +1 800-528-3335.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Naegeli Deposition & Trial, which partners with Stripe to provide invoicing and payment processing.

1



# EXHIBIT - 6

**Kiren Mathews**

| | |
|---|---|
| **From:** | Naegeli Deposition & Trial <receipts+acct_1F50M3HaDbYze0X0@stripe.com> |
| **Sent:** | Tuesday, September 15, 2020 10:17 AM |
| **To:** | Kiren Mathews |
| **Subject:** | Your Naegeli Deposition & Trial receipt [#1391-1917] |

# Receipt from Naegeli Deposition & Trial

Receipt #1917-1391

**AMOUNT PAID**
$262.50

**DATE PAID**
September 15, 2020

**PAYMENT METHOD**
AMERICAN EXPRESS — 1162

**SUMMARY**

| | |
|---|---|
| 102432 | $262.50 |
| **Amount paid** | **$262.50** |

If you have any questions, contact us at Accounting@NaegeliUSA.com or call at +1 800-528-3335.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Naegeli Deposition & Trial, which partners with Stripe to provide invoicing and payment processing.