| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS<br>*Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY<br>OBJECTION DEADLINE: December 22, 2020<br>OBJECTION FILED: YES ☐    No ☒ |
|---|---|---|
| **1. CASE NAME**<br>Ogilvie et al. v. Gordon | **2. CASE NUMBER**<br>4:20-cv-01707    **3. DATE JUDGMENT ENTERED**<br>Nov. 24, 2020 | **4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED**<br>Defendant Steve Gordon |
| **5. NAME OF CLAIMING PARTY**<br>Plaintiffs Ogilvie et al. | **6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")**<br>Wencong Fa, Pacific Legal Foundation | **7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE** |

**8. REQUEST TO TAX THE FOLLOWING AS COSTS:**     (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400.00 | Receipt of payment to USDC dated 3/10/2020 (Fa Decl. Exh. 1) | $400.00 | | |
| Service of Process, Civil LR 54-3(a)(2) | 280.00 | Receipt of payment to WeServeLaw dated 3/13/2020 (Fa Decl. Exh. 2) | $280.00 | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $0 | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0 | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $0 | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 3143.90 | Paid invoice for Aug. 10 Depo of Christian Milhoan, paid $983.75 11/4/2020 (Fa Decl. Exh. 3); Paid invoice for Aug. 11 Depo of Aleisha Correa, $831.15 paid 11/4/2020 (Fa Decl. Exh. 4); Receipt re Aug. 14 Depo of Agnes Holmes, $1329 paid 9/15/2020 (non-itemized; may include costs allowed under Civ. LR 54-3(c)(3) and (4)) (Fa Decl. Exh. 5). | $3,143.90 | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | 137.25 | Paid invoice for Aug. 10 Depo of Christian Milhoan, paid $82.50 11/4/2020 (Fa Decl. Exh. 3); Paid invoice for Aug. 11 Depo of Aleisha Correa, $54.75 paid 11/4/2020 (Fa Decl. Exh. 4) | $137.25 | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | 814.50 | Paid invoice for Aug. 10 Depo of Christian Milhoan, paid $276 11/4/2020 (Fa Decl. Exh. 3); Paid invoice for Aug. 10 Depo of | $262.50 | $552.00 | E |

| | | Aleisha Correa, $276 paid 11/4/2020 (Fa Decl. Exh. 4); Receipt re Aug. 11 Agnes Holmes late rescheduled deposition, $262.50 paid 9/15/2020 (Fa Decl. Exh. 6) | | | |
|---|---|---|---|---|---|
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $0 | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $0 | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $0 | | | | |
| Visual aids, Civil LR 54(d)(5) | $0 | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $0 | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0 | | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0 | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0 | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0 | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0 | | | | |
| **TOTAL AMOUNT** | $4,775.65 | | $ 4,223.65 | $ 552.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**: Wencong Fa, Plaintiffs

SIGNATURE:   s/ WENCONG FA   DATE:   Dec. 8, 2020

11. Costs are taxed in the amount of   $4,223.65   and included in the judgment.

Susan Y. Soong
Clerk of Court

BY: /s/ Kelly Collins   , Deputy Clerk   DATE: December 23, 2020

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)